UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____

www.cand.uscourts.gov

Susan Y. Soong                                                    GENERAL COURT NUMBER

  CLERK OF COURT                                                          408-535-5363

September 6, 2017

SECOND NOTICE

ALL COUNSEL

Re:     Gary Middle Rider v. Moving Solutions, Inc

Case Number: 17-cv-04015-HRL

Dear Counsel/Parties:

        This matter has been randomly assigned to United States Magistrate Judge Howard R. Lloyd
for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings
in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the
consent of all parties.

        A review of our records discloses that the Consent to Proceed before a United States
Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment
to a United States District Judge has not been filed in this case.  All parties are requested to complete
the attached form documenting either consent or request for reassignment and e-file it with the Court
by September 20, 2017.  This form can be found on the Court's website at www.cand.uscourts.gov.

                                        Susan Y. Soong

                                        Clerk, United States District Court

                                        _____/s/_____
                                          Patty Cromwell, Courtroom Deputy to
                                          Honorable Howard R. Lloyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY MIDDLE RIDER,

          Plaintiff,

      v.

MOVING SOLUTIONS, INC,

          Defendant.

Case No.  17-cv-04015-HRL

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )     **<u>Consent</u> to Magistrate Judge Jurisdiction**

      In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **<u>consent</u>** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

     **OR**

( )     **<u>Decline</u> Magistrate Judge Jurisdiction**

      In accordance with the provisions of 28 U.S.C. § 636(c), I **<u>decline</u>** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____

NAME: _____

COUNSEL FOR (OR "PRO SE"): _____

_____
*Signature*

United States District Court
Northern District of California