UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GARY MIDDLE RIDER,<br><br>   Plaintiff,<br><br> v.<br><br>MOVING SOLUTIONS, INC,<br><br>   Defendant. | Case No.  17-cv-04015-HRL<br><br>**ORDER REASSIGNING CASE** |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the **Honorable Lucy H. Koh** in the **SAN JOSE** division for all further proceedings.  Counsel are instructed that all future filings shall bear the initials **LHK** immediately after the case number.

All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: September 13, 2017      FOR THE EXECUTIVE COMMITTEE

                        */s/ Susan Y. Soong*
                        Susan Y. Soong
                        Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.