1  JAMES DAL BON, Bar No. 157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4

5  ATTORNEYS FOR PLAINTIFFS
6

7              UNITED STATES DISTRICT COURT
8                 NORTHERN CALIFORNIA
9                              Case No.  17-CV-04015 LK

10                             **PLAINTIFFS CASE MANAGEMENT STATEMENT**
11  GARY MIDDLE RIDER et al

12          Plaintiffs,

13     vs.

14

15

16          Defendants.

17  MOVING SOLUTIONS INC

18
19         **PLAINTIFF'S CASE MANAGEMENT CONFERNCE STATEMENT**

20  Plaintiff discovered his process server served the wrong party.   Plaintiff directed his process

21  server to reserve the complaint.  Plaintiff served the Defendant only last week.

22

23  Plaintiff respectfully requests the Honorable District Court  Judge set the next Case

24  Management Conference.

25

26

27

28

1 | October 20, 2017

Respectfully submitted,

*James Dal Bon*

JAMES DAL BON

Attorneys for Plaintiff