JAMES DAL BON, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. 1ST St.
SAN JOSE, CA 95112
(408) 466-5845

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

GARY MIDDLE RIDER et al

    Plaintiffs,

vs.

    Defendants.

MOVING SOLUTIONS INC

Case No. 17-CV-04015 LK

**RESPONSE TO ORDER TO SHOW CAUSE AND DECLARATION**

**HEARING DATE**   12/13/2017
**TIME**              2:00 PM
**ROOM**            8
**HONORABLE JUDGE LUCY KOH**

I James Dal Bon swear under penalty of perjury by the laws of the State of California that the following is true and correct:

1) On August 9, 2017 I searched the California Secretary of State website for the agent of service of process for Moving Solutions Inc., .
2) When searched the website Mr. Rick S Philpott in Milpitas was listed as the agent for service of process. See Exhibit 1.
3) Exhibit 1 is a true and correct copy of the information I copied from the California Secretary of State's website concerning Moving Solutions on August 9, 2017.

4) I ordered my process server to serve him at that address on August 9, 2017.  See Exhibit 2.
5) Exhibit 2 is a true and correct copy of an e-mail I sent to my process server asking they serve the Defendants on August 9, 2017.
6) In early October, as the first Case Management Conference approached, I became concerned that a large corporation had not answered my complaint.
7) I once again searched the agent for service process on the California Secretary of State website.
8) This time I discovered that Defendants had a new agent for service of process, Samuel Chuck in San Jose California.
9) The agent for service of process had apparently been changed on August 11, 2017, only two days after I placed my order to serve the old agent for service of process. See Exhibit 3.
10) Exhibit 3 is a true and correct copy of the information I downloaded from the California Secretary of State website on Moving Solutions in early October 2017.
11) Thus I informed the court the complaint had been incorrectly served in my Case Management Statement.
12) My process server served the complaint on the new agent for service pf process on October 12, 2017.  See Exhibit 4.
13) Exhibit 4 is a true and correct copy of the proof of service on Moving Solutions in this case.
14) A further complication occurred when the attorney representing Moving Solutions, Inc., informed us that there is a co-defendant, Chartwell, on November 17, 2017.  See Exhibit 5.
15) Exhibit 5 is a true and correct copy of an e-mail I received from Moving Solution's attorney on November 17, 2017.
16) I apologize for the confusion this has created.  It has been three weeks since we discovered the new Defendant and should have informed the court sooner.  While it is

no excuse, I run a small plaintiffs law firm representing primarily low income clients. Like many lawyers we get very busy and some things take longer than they should.

December 11, 2017

          Respectfully submitted,

*James Dal Bon*
_____
JAMES DAL BON

Attorneys for Plaintiff