Alex Padilla
California Secretary of State

##  Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, August 8, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

C1181456   MOVING SOLUTIONS, INC.

| | |
|---|---|
| **Registration Date:** | 07/06/1984 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | SOS SUSPENDED |
| **Agent for Service of Process:** | RICK S PHILPOTT |
| | 975 WRIGLEY WAY |
| | MILPITAS CA 95035 |
| **Entity Address:** | 927 WRIGLEY WAY |
| | MILPITAS CA 95035 |
| **Entity Mailing Address:** | 927 WRIGLEY WAY |
| | MILPITAS CA 95035 |

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 05/07/2014 | |
| SI-COMPLETE | 03/14/2006 | |
| AMENDMENT | 01/20/1998 | Image unavailable. Please request paper copy. |
| REGISTRATION | 07/06/1984 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.