Elizabeth Ornelas

|
Wed 8/9, 1:20 PM

orders@professionallegal.com;

James Dal Bon

20170809130029342.pdf
859 KB

**Download**

**Save to OneDrive - wagedefenders.net**

Hello,
 Attached below is a new Complaint that's needs to be served.
 Agent for Service of Process: RICK S. PHILPOTT
                                    975 WRIGLEY WAY
                                    MILPITAS CA 95035

Thank you