**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-280-0700  Fax 408-280-7121
www.professionallegal.com

*"Hands-on Litigation Support since 1975"*

Invoice No. 323276

| | |
|---|---|
| Attorney JAMES DAL BON (SBN 157942) | September 22, 2017 |
| Telephone 408-466-5845 | Court UNITED STATES DISTRICT COURT-SAN JOSE SAN JOSE, CA 95113 |
| Fax 877-711-0577 | Plaintiff GARY MIDDLE RIDER |
| Atty File | Defendant MOVING SOLUTIONS, INC. |
| | Case No. 5:17-CV-04015 HRL |
| | Documents SUMMONS; COMPLAINT |
| Attention James | |
| Firm JAMES DAL BON<br>606 N. 1ST STREET<br>SAN JOSE, CA 95112 | |

Serve: MOVING SOLUTIONS, INC., A CALIFORNIA CORPORATION

| Residence Address (1) | Business Address (2) |
|---|---|
| | 1960 THE ALAMEDA SUITE #200<br>SAN JOSE, CA 95126<br>Bus Phone<br>AGENT: SAMUEL A. CHUCK |

Special Instructions

| Hearing Date | Time | Dept | Last Date to Serve **STANDARD** |
|---|---|---|---|

| Description | Age | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|

| Service Date | 10/12/17 | Time | 3:30pm | Servers Name | James Penrose |
|---|---|---|---|---|---|

Report SERVED TO KAHEA ROMERO, RECEPTIONIST.

| ITEM | CHARGES |
|---|---|
| Service | 47.00 |
| Rush charge | |
| T | |
| Sub Service | |
| Fees Adv. | |
| Check Charge | |
| PDF | |
| FuelSurcharge | |
| **TOTAL** | **$47.00** |

Attorney Check Attached _____

"DEDICATED TO EXCELLENCE"



Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-2269496
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JAMES DAL BON (SBN 157942)<br>JAMES DAL BON<br>606 N. 1ST STREET<br>SAN JOSE, CA 95112 | 408-466-5845 | |
| Attorneys for: | Ref. No. Or File No.<br>323276 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT-SAN JOSE
280 SOUTH 1ST STREET, RM. 2112

Plaintiff:
GARY MIDDLE RIDER

Defendant:
MOVING SOLUTIONS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>5:17-CV-04015 HRL |
|---|---|---|---|---|

I, James Penrose, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : MOVING SOLUTIONS, INC., A CALIFORNIA CORPORATION

By Serving          : KAHEA ROMERO, RECEPTIONIST/PERSON AUTHORIZED TO ACCEPT

Address             : 1960 THE ALAMEDA SUITE #200 , SAN JOSE, CA 95126
Date & Time         : Thursday, October 12, 2017 @ 3:30pm
Witness fees were   : Not applicable.

Person serving:
James Penrose
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-280-0700    Fax 408-280-7121

a. Fee for service: $47.00
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  1456
   (3) County:  Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 24, 2017                                          Signature:_____
                                                                                James Penrose


Printed on recycled paper