# Moving Solutions/Chartwell

Amy Carlson <acarlson@eralawyers.com>



Reply all
|

Fri 11/17, 8:35 AM

Inbox

The message sender has requested a read receipt. To send a receipt, click here.

This message has been marked as Confidential.

Jim and Vickie,

I have more information for the other defendant. They filed a cross-complaint against my client in Orange County, thus disclosing their official name for you to amend the complaint:

Chartwell Professional Staffing, Inc. a PA Corp; and Managed

Facilities Solutions, LLC, a CA limited liability company.

Carlson, Esq.
Employment Rights Attorneys, LLP
1500 E. Hamilton Ave.
Suite 118
Campbell, CA 95008
T: (408) 796-7551   *   F: (408) 796-7368
http://www.eralawyers.com
