UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER,<br><br>       Plaintiff,<br><br>    v.<br><br>MOVING SOLUTIONS, INC,<br><br>       Defendant. | Case No. 17-CV-04015-LHK<br><br>**CASE MANAGEMENT ORDER AND ORDER VACATING ORDER TO SHOW CAUSE** |

Plaintiff's Attorney: James Dal Bon

   The Court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute on December 7, 2013. ECF No. 15. On December 11, 2017, Plaintiff filed a written response to the Order to Show Cause. ECF No. 16. On December 13, 2017, the Court held a hearing on the Order to Show Cause. Good cause appearing, the Court hereby VACATES the Order to Show Cause.

   After considering the four factors from *Leadsinger, Inc. v. BMG Music Pub.*, 512 F.3d 522, 532 (9th Cir. 2008), that guide a district court's decision whether to grant leave to amend, the Court GRANTED Plaintiff leave to file an amended complaint for the reasons stated on the record. Plaintiff shall file an amended complaint by December 14, 2017.

   The Court set a further case management conference for March 7, 2018, at 2:00 p.m. The parties shall file their joint case management conference by February 28, 2018.

**IT IS SO ORDERED.**

1

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER AND ORDER VACATING ORDER TO SHOW CAUSE

Dated: December 13, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER AND ORDER VACATING ORDER TO SHOW CAUSE