# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| GARY MIDDLE RIDER PLAINITFF AND PUTATIVE PLAINTIFFS<br>*Plaintiff(s)*<br>v.<br>MOVING SOLUTIONS, INC., A CALIFORNIA CORPORATION, CHARTWELL STAFFING SOLUTIONS, INC. AND MANAGED FACILITIES SOLUTIONS, LLC<br>*Defendant(s)* | Civil Action No.   17-CV-04015 LHK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MOVING SOLUTIONS, INC., A CALIFORNIA CORPORATION 1960 The Alameda Suite 600 San Jose CA 95126

CHARTWELL STAFFING SOLUTIONS, INC. 1325 J Street #1550 Sacramento CA 95814

MANAGED FACILITIES SOLUTIONS, LLC 1451 ARTESIA BLVD. SUITE 12 GARDENA CA 90249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint /amended or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of James Dal Bon 606 North 1st Street San Jose, CA 95112 James Dal Bon

If you fail to respond, judgment by default will be entered against you for the relief demanded in the /amended complaint. You also must file your answer or motion with the court.

Date: 1/2/2018

*CLERK OF COURT*
*Susan Y. Soong*

*Cindy Hernandez*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: