Christopher J. Archibald, CA Bar No. 253075
christopher.archibald@ogletree.com
Alis M. Moon, CA Bar No 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714.800.7900
Facsimile:    714.754.1298

Attorneys for Defendant
Chartwell Staffing Services, Inc., erroneously
sued as Chartwell Staffing Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER PLAINTIFF AND PUTATIVE PLAINTIFFS,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC,<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**CLASS ACTION**<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>**[CIV. L.R. 3-15]** |

33038068_1.docx

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, Defendant Chartwell Staffing Services, Inc., erroneously sued as Chartwell Staffing Solutions, Inc. ("Defendant"), is not publicly traded. Defendant has no parent corporation and no publicly held corporation owns more than 10% of Defendant's stock.

DATED: February 20, 2018   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Christopher J. Archibald
    Christopher J. Archibald
    Alis M. Moon

Attorneys for Defendant
Chartwell Staffing Services, Inc., erroneously sued as Chartwell Staffing Solutions, Inc.

33038068.1