1  RICHARD SCHRAMM (SBN 151696)
   AMY CARLSON (SBN 213924)
2  EMPLOYMENT RIGHTS ATTORNEYS
   1500 E. Hamilton Ave., Suite 118
3  Campbell, California 95008
   Tel: (408) 796-7551
4  Fax: (408) 796-7368

5  Attorneys for Defendant, Moving Solutions, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

-oo0oo-

| | |
|---|---|
| GARY MIDDLE RIDER, | Case No. 17-CV-04015-LHK |
| Plaintiff and Putative Plaintiffs, | DEFENDANT, MOVING SOLUTIONS, INC.'s, REQUEST FOR DISMISSAL OF CROSS-CLAIM FOR IMPLIED INDEMNITY, COMPARATIVE INDEMNITY DECLARATORY RELIEF, EQUITABLE INDEMNITY AND CONTRIBUTION |
| v. | |
| MOVING SOLUTIONS, INC., A California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC, | |
| Defendants. | |
| MOVING SOLUTIONS, INC., a California Company, | |
| Defendant and Cross-Complaintant, | |
| v. | |
| MANAGED FACILITIES SOLUTIONS; CHARTWELL STAFFING SOLUTIONS, INC.; CHARTWELL STAFFING, LLC; and MANAGED FACILITIES SOLUTIONS, LLC, | |
| Defendants and Cross-Defendants. | |

Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) states without a Court Order, subject to Rules 23(e), 23.1(c), 23.2, and 66 and any application federal statute, the Cross-Claimant may dismiss an action with out a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Whereas, the opposing party has not served an answer or motion for summary judgment in this action, Cross-Claimant, Moving Solutions, Inc., hereby dismisses it's Cross-Claim for Implied Indemnity, Comparative Indemnity Declaratory Relief, Equitable Indemnity and Contribution without prejudice as to all parties.

Respectfully,

March 2, 2018

/s/ Amy Carlson

Richard D. Schramm, Esq.
Amy Carlson, Esq.
Employment Rights Attorneys
Attorneys for Moving Solutions, Inc.

# PROOF OF SERVICE

I am a citizen of the United States and a resident of Santa Clara County. I am over the age of 18 years and not a party to the within cause of action. My business address is 1500 E. Hamilton Avenue, Suite 118, Campbell, California 95008. On March 2, 2018, I served a copy of the document described as:

1. DEFENDANT, MOVING SOLUTIONS, INC.'s, REQUEST FOR DISMISSAL OF CROSS-CLAIM FOR IMPLIED INDEMNITY, COMPARATIVE INDEMNITY, DECLARATORY RELIEF, EQUITABLE INDEMNITY AND CONTRIBUTION;

The above-described document was served on the following:

Robert D. Eassa, Esq.
Anjuli M. Cargain, Esq.
Duane Morris LLP
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105

[X] **(By Mail)** I caused such envelope(s) with postage fully prepaid to be placed in the U.S. Mail at San Jose, CA.

[ ] **[By Electronic Mail]** I caused an electronic mail copy of said document(s) to be transmitted to the recipient's previously designated electronic mail address.

[ ] **(By Certified Mail)** I caused such envelope(s) with postage fully prepaid, return receipt requested, to be placed in the United States Mail at San Jose, CA.

[ ] **(By Overnight Courier)** I caused such envelope(s) to be picked up for guaranteed next day delivery by _____.

[ ] **(By Hand/Personal Service)** I personally served such document(s) by hand to the person(s) at the address herein above named.

[ ] **(By Facsimile)** I caused said document to be sent to the Fax Machine number indicated above, by Fax Machine No. (408) 295-5008 which machine complies with Rule 2003(3) of the California Rules of Court and no error was reported by the machine. Pursuant to Rule 2005(I) I caused the machine to print a transmission record, a copy of which is maintained in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 2, 2018.

_____
Moriah E. Condos

PROOF OF SERVICE                                   Case No 2013-1-CV-249279                   PAGE 1