UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER,<br><br>Plaintiff,<br><br>v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for March 7, 2018 at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file one Joint Case Management Statement by 12:00 p.m. on Monday, March 5, 2018.

**IT IS SO ORDERED**.

Dated: March 2, 2018

_____
LUCY H. KOH
United States District Judge

1

Case No.: 17-CV-04015-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT