1  JAMES DAL BON, Bar No. 157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4

5  ATTORNEYS FOR PLAINTIFFS
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN CALIFORNIA

9                                    Case No.  17-CV-04015 LK

10                                   **PLAINTIFF'S ADDENDUM JOINT CASE
11 GARY MIDDLE RIDER et al          MANAGEMENT STATEMENT**

12        Plaintiffs,              **HEARING DATE    3/7/2018
                                   TIME              2:00 PM
13     vs.                         ROOM              8
                                   HONORABLE JUDGE LUCY KOH**
14

15

16        Defendants.

17 MOVING SOLUTIONS INC., HARTWELL
   STAFFING SOLUTIONS, NC. AND
18 MANAGED FACILITIES SOLUTIONS LLC

19

20

21        The correct date of the CMC is 3/7/2018.

22        1.      **JURISDICTION AND SERVICE**

23        After considering that Defendant Chartwell stated that Defendant Managed Facilities

24 LLC was not served I reviewed the proof of service I received by e-mail last week by the process

25 server.   I used Professional Legal Services, a licensed process server to serve the amended

26 complaint.  I have used them about ten years without any of the types of problems that have arisen in

27 this case.   Thus when Professional Legal Services assured me that Managed Facilites had been

28 served in early in February I took them at their word.  Another reason I believed they served the

amended complaint correctly, is that Amy Carlson of the Employment Rights Attorney was listed as attorney of record for  Defendant Managed Facilities LLC on the docket:

**Defendant**

**Managed Facilities Solutions, LLC.**          represented by   **Amy Richelle Carlson**
Employment Rights Attorneys, LLP
1500 E Hamilton Ave
#118
Campbell, CA 95008
United Sta
408-796-7551
Fax: 408-796-7368
Email: acarlson@ERALawyers.com
*ATTORNEY TO BE NOTICED*

Additionally she filed an answer on March 2, 2018 that appeared on the docket as:

"Moving Solutions, Inc's Statement of Affirmative Defenses and ANSWER to Complaint to Plaintiff's First Amended Complaint byManaged [sic] Facilities Solutions, LLC.. (Carlson, Amy) (Filed on 3/2/2018) (Entered: 03/02/2018)"

Richard Schramm Managing Partner of the Employment Right's Attorney indicated that his office does not represent Managed Facilities LLC. Additionally Employment Right's Attorneys did not file any papers on behalf of Managed Facilities Solutions LLC.

The Proof of Service  Professional Legal Services sent me by e-mail on March 5, 2018 needs to be clarified.  I have asked them to file a more complete proof of service. Once I receive that proof I will file both the one originally sent to me and the new with the court.

I take full responsibility for any confusion I caused in this case.  It is my understanding that Professional Legal Services has undergone a change of ownership which may explain the service issues.  Nevertheless the process server who delivered the amended complaint to Managed Facilities Solutions states that he is licensed process server and therefore should know aow to an agent for

service of process.

Respectfully submitted,

*James Dal Bon*

JAMES DAL BON

Attorneys for Plaintiff