| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JAMES DAL BON  (SBN 157942)<br>JAMES DAL BON<br>606 N. 1ST STREET<br>SAN JOSE, CA 95112 | 408-466-5845 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>500006 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT-SAN JOSE
280 SOUTH 1ST STREET, RM. 2112

Plaintiff:
GARY MIDDLE RIDER, ET AL.

Defendant:
MOVING SOLUTIONS, INC., ET AL.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>17CV-04015 LHK |
|---|---|---|---|---|

I, Gabriela Melendez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : | MANAGED FACILITES SOLUTIONS, LLC |
|---|---|---|
| By Serving | : | DAVID PUERTO, SERVICE STAFFING SPECIALIST |
| Address | : | 1451 ARTESIA BOULEVARD SUITE 12, GARDENA, CA 90249 |
| Date & Time | : | Tuesday, February 6, 2018 @ 3:19pm |
| Witness fees were | : | Not applicable. |

Person serving:
Gabriela Melendez
**PROFESSIONAL LEGAL SERVICES**
P.O. Box 90417, San Jose, CA 95109
408-280-0700   Fax 408-280-7121

a. Fee for service: $124.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2018

Signature: _____
Gabriela Melendez


Printed on recycled paper