JAMES DAL BON  (SBN 157942)
JAMES DAL BON
606 N. 1ST STREET
SAN JOSE, CA 95112
Telephone: 408-466-5845
Attorneys for: plaintiffs

United States District Court-San Jose
280 South 1st Street, Rm. 2112

Plaintiff(s)   : GARY MIDDLE RIDER, ET AL.
Defendant(s) : MOVING SOLUTIONS, INC., ET AL.

Hearing Date:
Time:            Dept.

| Invoice No. 500006 | **DECLARATION RE DILIGENCE** | Case No. 17CV-04015 LHK |
|---|---|---|

I GABRIELA MELENDEZ, and any employees or independent contractors retained by Professional Legal Services, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

**MANAGED FACILITES SOLUTIONS, LLC**

(3) Alternate Address : ,
(2) Business Address : 1451 ARTESIA BOULEVARD SUITE 12, GARDENA, CA 90249
(1) Residence Address: ,

<u>Date and time of attempt(s):</u>

SERVED TO DAVID PUERTO, SERVICE STAFFING SPECIALIST/PERSON AUTHORIZED TO ACCEPT ON BEHALF OF THE COMPANY

** NOTE:  AGENT WAS NOT AVAILABLE, DOCUMENTS WERE SERVED TO PERSON AUTHORIZED TO ACCEPT **

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on March 6, 2018                    Signature:_____
                                                               Gabriela Melendez

Printed on recycled paper  **Professional Legal Services P.O. Box 90417, San Jose, CA  95109**  408-280-0700  fax-408-280-7121