JAMES DAL BON, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. 1ST St.
SAN JOSE, CA 95112
(408) 466-5845

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

GARY MIDDLE RIDER et al

    Plaintiffs,

vs.

    Defendants.

MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC

Case No. 17-CV-04015 LK

**NOTICE OF ENTRY OF DEFAULT MANAGED FACILITIES SOLUTIONS LLC**

Plaintiff hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant MANAGED FACILITIES SOLUTIONS LLC on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Civil Rules of Civil Procedure. Plaintiff served the complaint on FEBRUARY 6, 2018 Doc Nos. 31, 32.

    To this date the Defendant MANAGED FACILITIES SOLUTIONS LLC has not filed an answer to the amended complaint.

1

The above stated facts are set forth in the accompanying declaration of JAMES DAL BON filed herewith.

## DECLARATION OF JAMES DAL BON

1. I am the attorney for Plaintiff GARY MIDDLE RIDER in this action, and I have personal knowledge of each fact stated in this declaration.

2. GARY MIDDLE RIDER filed suit against Defendant MANAGED FACILITIES SOLUTIONS, LLC , by amending the complaint on JANUARY 2. 2018 Doc No. 21 Service was made on Defendant MANAGED FACILITIES SOLUTIONS LLC at Defendant's place of business on FEBRUARY 6, 2018. See Doc Nos. 31, 32

3. The time allowed by the Federal Rules of Civil Procedure (21 days) for responding to the complaint expired on February 27, 2018.

4. Defendant MANAGED FACILITIES SOLUTIONS LLC has not appeared in this action and has not responded to the Complaint within the time permitted by the Federal Rules of Civil Procedure.

5. Defendant MANAGED FACILITIES SOLUTIONS LLC is not a minor, incompetent person, or a person in military service or otherwise exempt from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

March 7, 2018

*James Dal Bon*

James Dal Bon