UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER,<br><br>    Plaintiff,<br><br>    v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>    Defendants. | Case No. 17-CV-04015-LHK<br><br>**CASE MANAGEMENT ORDER AND DENIAL OF MOTION FOR ENTRY OF DEFAULT AS TO MANAGED FACILITIES SOLUTIONS** |

Plaintiff's Attorney: James Dal Bon
Defendant Moving Solutions, Inc.'s Attorney: Richard Schramm
Defendants Chartwell Staffing Solutions and Managed Facilities Solutions' Attorney: Christopher Archibald

    An initial case management conference was held on March 7, 2018. A further case management conference is set for August 8, 2018, at 2:00 p.m. The parties shall file their joint case management statement by August 1, 2018.

    Mr. Archibald of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. accepted service of the amended complaint today on behalf of Defendant Managed Facilities Solutions. Managed Facilities Solutions will respond to the complaint by March 28, 2018. Plaintiff withdrew Plaintiff's motion for entry of default as to Managed Facilities Solutions, ECF No. 33, so the Court denied Plaintiff's motion.

    The parties shall exchange initial disclosures by March 21, 2018.

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER AND DENIAL OF MOTION FOR ENTRY OF DEFAULT AS TO MANAGED FACILITIES SOLUTIONS

The Court referred the parties to private mediation with a deadline of July 6, 2018.

There is no bifurcation or stay of discovery.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Exchange Initial Disclosures | March 21, 2018 |
| Last Day to File a Motion or Stipulation to Amend the Pleadings/Add Parties | May 18, 2018 |
| Deadline to Complete Private Mediation | July 6, 2018 |
| Further Case Management Conference | August 8, 2018 at 2:00 p.m. |
| Last Day to File Motion for Class Certification | September 27, 2018 |
| Class Certification Hearing | November 15, 2018 at 1:30 p.m. |
| Close of Fact Discovery | January 16, 2019 |
| Opening Expert Reports | January 23, 2019 |
| Rebuttal Expert Reports | January 30, 2019 |
| Close of Expert Discovery | February 6, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 28, 2019 |
| Hearing on Dispositive Motions | April 18, 2019 at 1:30 p.m. |
| Final Pretrial Conference | June 13, 2019 at 1:30 p.m. |
| Jury Trial | July 1, 2019 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: March 7, 2018

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER AND DENIAL OF MOTION FOR ENTRY OF DEFAULT AS TO MANAGED FACILITIES SOLUTIONS