1  Christopher J. Archibald, CA Bar No. 253075
   christopher.archibald@ogletree.com
2  Alis M. Moon, CA Bar No. 293897
   alis.moon@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:     714.800.7900
6  Facsimile:      714.754.1298

7  Attorneys for Defendant
   Chartwell Staffing Services, Inc., erroneously
8  sued as Chartwell Staffing Solutions, Inc.

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  GARY MIDDLE RIDER
    PLAINTIFF AND PUTATIVE PLAINTIFFS,   Case No. 17-CV-04015 LHK
13
            Plaintiffs,                   **NOTICE OF APPEARANCE**
14
        v.                                **CLASS ACTION**
15
    MOVING SOLUTIONS, INC., a California
16  Corporation; CHARTWELL STAFFING
    SOLUTIONS, INC.; and MANAGED
17  FACILITIES SOLUTIONS, LLC,

18           Defendants.

19
20
21
22
23
24
25
26
27
28

Case No. 17-CV-04015 LHK
NOTICE OF APPEARANCE

1  PLEASE TAKE NOTICE that Alis M. Moon of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Park Tower, 695 Town Center Drive, Suite 1500, Costa Mesa California 92626, Telephone: 714.800.7900, Facsimile: 714.754.1298, alis.moon@ogletree.com, hereby enters this Notice of Appearance as counsel of record on behalf of Defendant Chartwell Staffing Services, Inc., erroneously sued as Chartwell Staffing Solutions, Inc. in the above-captioned matter, and requests that copies of all pleadings, motions, orders and other documents filed in the captioned matter be served on the undersigned.

DATED: March 8, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alis M. Moon
　　　Christopher J. Archibald
　　　Alis M. Moon

Attorneys for Defendant
Chartwell Staffing Services, Inc., erroneously sued as Chartwell Staffing Solutions, Inc.

# PROOF OF SERVICE
*Gary Middle Rider, et al. v. Moving Solutions, Inc., et al.*
Case No. 17-CV-04015 LHK

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 402 W. Broadway, Suite 400, San Diego, CA 92101.

On March 8, 2018, I served the following document(s):

**NOTICE OF APPEARANCE**

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at 402 W. Broadway, Suite 400, San Diego, CA 92101.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., San Diego, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

　　☐　the written confirmation of counsel in this action:

　　☐　[State Court motion, opposition, or reply only] Code of Civil Procedure section 1005(b):

　　☐　[Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)**   I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 8, 2018, at San Diego, California.

Pamela Blanton

Type or Print Name                                   Signature

# SERVICE LIST
*Gary Middle Rider, et al. v. Moving Solutions, Inc., et al.*
Case No. 17-CV-04015 LHK

| | |
|---|---|
| James Dal Bon, Esq.<br>LAW OFFICES OF JAMES DAL BON<br>606 North 1st Street<br>San Jose, CA  95112<br>Tel:    (408) 466-5845<br>Fax:   (408) 286-7111 | Attorneys for Plaintiff Gary Middle Rider and Putative Plaintiffs |
| Victoria L.H. Booke, Esq.<br>BOOK & AJLOUNY<br>606 North First Street<br>San Jose, CA  95112<br>Tel:    (408) 286-7000<br>Fax:   (408) 286-7111<br>vbooke@bookelaw.com | Attorneys for Plaintiff Gary Middle Rider and Putative Plaintiffs |

33253364.1