DECLARATION OF JAMES DAL BON

My name is James Dal Bon, I am over the age of eighteen, a resident of the State of California and the attorney representing the Plaintiffs in this matter. I swear under penalty of perjury by the law of the State of California that the following is true and correct based upon my personal knowledge:

1) On July 17, 2017 I filed the filed a class action complaint for Gary Middle Rider on behalf of himself and other employees of Moving Solutions, Inc., for wage and hour violations.

2) I amended the complaint to include Chartwell Staffing Solutions, Inc. And Managed Facilities Solutions, LLC on December 14, 2017.

3) Sometime late in March of 2018 my secretary informed me Plaintiff's attorney that Gary Middle Rider the Plaintiff had suddenly passed away.

4) When I heard this news I dialed the phone number of Gary Middle Rider and spoke to his wife.

5) She informed me that Mr. Middle Rider had recently passed away.

6) Since I spoke to her Gary Middle Rider's phone has been disconnected and I am now trying to find another phone number for his widow.

7) Over the next month and a half I sought other employees who could be amended into the complaint from a witness list provided to me by Gary Middle Rider. Most of the phone numbers were old and I had to hire a private detective to assist in tracking them down.

8) In the last week I finally contacted three former employees of the Defendants

willing to be amended into the complaint.

9)  All three of the employees claim to have worked as non exempt movers, like Gary Middle Rider, for the Defendants.

10) Daniel Coronado claims to have worked as a foreman until the spring of 2015.

11) Robert Garza claimed to have worked as a mover until approximately May 25, 2016.

12) Albert Arellano claimed to have worked as a mover until approximately January 29, 2016.

May 18, 2018

*James Dal Bon*
_____
James Dal Bon

Declaration of James Dal Bon                                    2