UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER et al<br><br>    Plaintiffs and Putative Plaintiffs,<br><br>    vs.<br><br>MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, INC. AND MANAGED FACILITIES SOLUTIONS, LLC<br><br>    Defendants. | Case No. 17-CV-04015 LK.:<br><br>Proposed Order |

It is Ordered that the Plaintiff be allowed to file the Proposed Second Amended Complaint adding Daniel Coronado, Robert Garza and Alberto Arellano as Plaintiffs.

Dated:

_____

Honorable Judge Lucy H Koh