Christopher J. Archibald, CA Bar No. 253075
christopher.archibald@ogletree.com
Alis M. Moon, CA Bar No 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714.800.7900
Facsimile:     714.754.1298

Attorneys for Defendants,
Chartwell Staffing Services, Inc., erroneously sued as Chartwell Staffing Solutions, Inc., and Managed Facilities Solutions, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MIDDLE RIDER PLAINTIFF AND PUTATIVE PLAINTIFFS,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC,<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC do not oppose Plaintiff Gary Middle Rider's Motion for Leave to File a Second Amended Complaint, but they specifically reserve all defenses.

DATED: June 1, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/     Alis M. Moon
      Christopher J. Archibald
      Alis M. Moon

Attorneys for Defendants,
Chartwell Staffing Services, Inc., erroneously sued as Chartwell Staffing Solutions, Inc., and Managed Facilities Solutions, LLC

34290518.1

# PROOF OF SERVICE
*Gary Middle Rider, et al. v. Moving Solutions, Inc., et al.*
Case No. 17-CV-04015 LHK

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 1, 2018, I served the following document(s):

**DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 1, 2018, at Costa Mesa, California.

| Juana A. Fuentes | *[signature]* |
|---|---|
| Type or Print Name | Signature |

1   Case No. 17-CV-04015 LHK
PROOF OF SERVICE

34290518_1.docx

# SERVICE LIST
*Gary Middle Rider, et al. v. Moving Solutions, Inc., et al.*
Case No. 17-CV-04015 LHK

| | |
|---|---|
| James Dal Bon, Esq.<br>LAW OFFICES OF JAMES DAL BON<br>606 North 1st Street<br>San Jose, CA  95112<br>Tel:     (408) 466-5845<br>Fax:    (408) 286-7111 | Attorneys for Plaintiff Gary Middle Rider and Putative Plaintiffs |
| Victoria L.H. Booke, Esq.<br>BOOK & AJLOUNY<br>606 North First Street<br>San Jose, CA  95112<br>Tel:     (408) 286-7000<br>Fax:    (408) 286-7111<br>vbooke@bookelaw.com | Attorneys for Plaintiff Gary Middle Rider and Putative Plaintiffs |
| Richard D. Schramm<br>Grainne Callan<br>EMPLOYMENT RIGHTS ATTORNEYS<br>1500 E. Hamilton Ave., Suite 118<br>Campbell, California 95008<br>Tel:    (408) 796-7551<br>Fax:    (408) 796-7368 | Attorneys for Defendant<br>Moving Solutions, Inc. |

34290518.1