UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415 522-2200

CASE NUMBER: 5:17-cv-04015-LHK
CASE TITLE: Middle Rider v. Moving Solutions, Inc

## REASSIGNMENT ORDER

Magistrate Judge Howard R. Lloyd retired from the court as of June 4, 2018.

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to Magistrate Judge Virginia K. DeMarchi as the referral judge.

ALL REFERRED MATTERS PRESENTLY SCHEDULED FOR HEARING BEFORE MAGISTRATE JUDGE LLOYD ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE VIRGINIA K. DEMARCHI.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

Dated:  June 7, 2018

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*

_____
CLERK OF COURT