1  Christopher J. Archibald, CA Bar No. 253075
   christopher.archibald@ogletree.com
2  Alis M. Moon, CA Bar No 293897
   alis.moon@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:     714.800.7900
6  Facsimile:     714.754.1298

7  Attorneys for Defendants,
   Chartwell Staffing Services, Inc., erroneously
8  sued as Chartwell Staffing Solutions, Inc., and
   Managed Facilities Solutions, LLC
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

12

| | |
|---|---|
| 13  GARY MIDDLE RIDER PLAINTIFF AND PUTATIVE PLAINTIFFS, | Case No. 17-CV-04015 LHK |
| 14            Plaintiffs, | **CLASS ACTION** |
| 15       v. | **DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| 16  MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING | |
| 17  SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC, | **[CIV. L.R. 3-15]** |
| 18            Defendants. | |
| 19 | |

20

21

22

23

24

25

26

27

34991693_1.docx
28

DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC'S CERTIFICATION OF INTERESTED ENTITIES
OR PARTIES

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, Managed Facilities Solutions, LLC ("Defendant"), is not publicly traded. Defendant has no parent corporation and no publicly held corporation owns more than 10% of Defendant's stock.

Other than the parties themselves, Defendant is not aware of any person, association of persons, firm, partnership, corporation, or other entity having a financial interest in the subject matter in controversy or any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  July 26, 2018                              OGLETREE, DEAKINS, NASH, SMOAK &
                                                  STEWART, P.C.


                                                  By:  /s/ Christopher J. Archibald
                                                       Christopher J. Archibald
                                                       Alis M. Moon

                                                       Attorneys for Defendants
                                                       Chartwell Staffing Services, Inc., erroneously
                                                       sued as Chartwell Staffing Solutions, Inc.,
                                                       and Managed Facilities Solutions, LLC

                                                                              34991693.1

34991693_1.docx

2                                Case No. 17-CV-04015 LHK