Christopher J. Archibald, CA Bar No. 253075
christopher.archibald@ogletree.com
Alis M. Moon, CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714.800.7900
Facsimile:     714.754.1298

Attorneys for Defendants
Chartwell Staffing Services, Inc. (*erroneously sued as Chartwell Staffing Solutions, Inc*.) and Managed Facilities Solutions, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MIDDLE RIDER PLAINTIFF AND PUTATIVE PLAINTIFFS,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC,<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE ABOVE-ENTITLED COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher J. Archibald is withdrawing from the above-entitled action. Alis M. Moon of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., shall continue to serve as lead counsel for Defendants Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC.

DATED: August 3, 2018              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Christopher J. Archibald
    Christopher J. Archibald
    Alis M. Moon

    Attorneys for Defendants
    Chartwell Staffing Services, Inc.
    (*erroneously sued as Chartwell Staffing Solutions, Inc.*) and Managed Facilities Solutions, LLC

35102671.1