UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER,<br><br>            Plaintiff,<br><br>     v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>            Defendants. | Case No. 17-CV-04015-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Victoria Booke, James Dal Bon
Defendant Moving Solutions, Inc.'s Attorney: Richard Schramm
Defendants Chartwell Staffing Solutions Inc. and Managed Facilities Solutions, LLC's Attorney: Alis Moon

     A further case management conference was held on August 8, 2018.  A further case management conference is set for October 17, 2018, at 2:00 p.m.  The parties shall file their joint case management statement by October 10, 2018.

     The Court GRANTED the motion for leave to file a second amended complaint to add new plaintiffs due to Mr. Middle Rider's death.  ECF No. 38.  Plaintiffs shall file the second amended complaint by August 9, 2018.

     The newly added plaintiffs shall serve their initial disclosures by August 22, 2018.

     The Court referred the parties to private mediation with a deadline of November 1, 2018.

1

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER

In light of Mr. Middle Rider's death, the Court set the following amended case schedule:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | October 17, 2018 at 2:00 p.m. |
| Deadline to Complete Private Mediation | November 1, 2018 |
| Last Day to File Motion for Class Certification | January 25, 2019 |
| Class Certification Hearing | March 21, 2019 at 1:30 p.m. |
| Close of Fact Discovery | May 16, 2019 |
| Opening Expert Reports | May 23, 2019 |
| Rebuttal Expert Reports | May 31, 2019 |
| Close of Expert Discovery | June 7, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) | June 28, 2019 |
| Hearing on Dispositive Motions | August 22, 2019 at 1:30 p.m. |
| Final Pretrial Conference | October 17, 2019 at 1:30 p.m. |
| Jury Trial | November 12, 2019 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: August 8, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge