JAMES DAL BON, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. 1st St.
SAN JOSE, CA 95112
(408) 466-5845

VICTORIA L.H. BOOKE    SB# 142518
BOOKE & AJLOUNY
606 North First Street
San Jose, California 95112
Telephone:   (408) 286-7000
Facsimile:    (408) 286-7111

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER et al<br><br>Plaintiffs,<br><br>vs.<br><br>MOVING SOLUTIONS, INC., CHARTWELL STAFFING SOLUTIONS, INC., AND MANAGED FACILITIES SOLUTIONS, LLC<br><br>Defendants. | Case No.  17-CV-04015 LHK<br><br>**CLASS ACTION**<br><br>**STIPULATION TO AMEND COMPLAINT TO ADD PLAINTIFFS** |

Complaint in above referenced case number can be amended to add three new proposed Plaintiffs, Daniel Coronado, Robert Garza and Alberto Arellano, as named Plaintiffs in lieu of deceased Plaintiff Gary Middle Rider.

//

Plaintiff has two weeks, up to and including August 13th, to file a Second Amended Complaint.

Dated: 8/7/2018

JAMES DAL BON
Attorney for Plaintiffs

Dated: 08/08/18

RICHARD SCHRAMM
Attorney for Defendant
Moving Solution, Inc.

Dated: 8/8/18

ALIS M. MOON
Attorney for Defendants
Chartwell Staffing Solutions, Inc.
Managed Facilities Solutions, Inc.

BOOKE & AJLOUNY
ATTORNEYS AND COUNSELORS AT LAW