1  RICHARD SCHRAMM (SBN 151696)
   GRAINNE M. CALLAN (SBN 318962)
2  EMPLOYMENT RIGHTS ATTORNEYS
   1500 E. Hamilton Ave., Suite 118
3  Campbell, California 95008
   Tel: (408) 796-7551
4  Fax: (408) 796-7368

5  Attorneys for Defendant, Moving Solutions, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

-oo0oo-

| GARY MIDDLE RIDER, | ) Case No. 17-CV-04015-LHK |
|---|---|
| Plaintiff and Putative Plaintiffs, | ) |
| v. | ) NOTICE OF WITHDRAWAL |
| MOVING SOLUTIONS, INC., A California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC, | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Amy Carlson has withdrawn as counsel in this matter. Richard Schramm and Employment Rights Attorneys remain as counsel for Moving Solutions, Inc.

DATED this 9th Day of August, 2018.

/S/
Richard Schramm, Esq.
Employment Rights Attorneys
Attorneys for Moving Solutions, Inc.