# PROOF OF SERVICE

I am a citizen of the United States and a resident of Santa Clara County. I am over the age of 18 years and not a party to the within cause of action. My business address is 1500 E. Hamilton Avenue, Suite 118, Campbell, CA 95008. On August 9, 2018, I served a copy of the document described as:

1. NOTICE OF WITHDRAWAL

The above-described document was served on the following:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Office of James Dal Bon<br>606 N. First Street<br>San Jose, CA 95112 | Victoria L.H. Booke, Esq.<br>Booke & Ajlouny<br>606 North First Street<br>San Jose, CA 95112 |
| jdb@wagedefenders.net | vbooke@gmail.com |

Alis M. Moon
Christopher J. Archibald
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Park Tower, Suite 1500
695 Tower Center Drive, 15th Fl.
Costa Mesa, CA 92626

alis.moon@ogletreedeakins.com
christopher.archibald@ogletreedeakins.com

[ ]   (**By Mail**) I caused such envelope(s) with postage fully prepaid to be placed in the U.S. Mail at San Jose, CA.

[X]   [**By Electronic Mail**] I caused an electronic mail copy of said document(s) to be transmitted to the recipient's previously designated electronic mail address.

[ ]   (**By Certified Mail**) I caused such envelope(s) with postage fully prepaid, return receipt requested, to be placed in the United States Mail at San Jose, CA.

[ ]   (**By Overnight Courier**) I caused such envelope(s) to be picked up for guaranteed next day delivery by _____.

[ ]   (**By Hand/Personal Service**) I personally served such document(s) by hand to the person(s) at the address herein above named.

[ ]   (**By Facsimile**) I caused said document to be sent to the Fax Machine number indicated above, by Fax Machine No. (408) 295-5008 which machine complies with Rule 2003(3) of the California Rules of Court and no error was reported by the machine. Pursuant to Rule 2005(I) I caused the machine to print a transmission record, a copy of which is maintained in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 9, 2018.

                              /s/
                    Corina F. Garcia

PROOF OF SERVICE                                Case No 2013 -1-CV-249279                    PAGE 1