▲AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

GARY MIDDLE RIDER,

                Plaintiff (s),

V.

MOVING SOLUTIONS, INC., etc.; et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:17-cv-04015-LHK

Notice is hereby given that, subject to approval by the court, __Managed Facilities Solutions, LLC__ substitutes
                                                                                      (Party (s) Name)

__Christopher J. Archibald__, State Bar No. __253075__ as counsel of record in
(Name of New Attorney)

place of __Alis Marie Moon.__
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bryan Cave Leighton Paisner LLP |
| Address: | 3161 Michelson Drive, Suite 1500, Irvine, CA 92612 |
| Telephone: | (949) 223-7000    Facsimile (949) 223-7100 |
| E-Mail (Optional): | christopher.archibald@bclplaw.com |

I consent to the above substitution.

Date: August 9, 2018

I consent to being substituted.

Date: August 9, 2018

I consent to the above substitution.
Date: August 8, 2018

Managed Facilities Solutions, LLC

_W. Holmes Lilley, III_
(Signature of Party (s))

_[signature]_
(Signature of Former Attorney (s))
Alis Marie Moon

_[signature]_
(Signature of New Attorney)
Christopher J. Archibald

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com

**PROOF OF SERVICE**
**CCP 1013A(3) REVISED 5/1/88**
**Gary Rider v. Moving Solutions, Inc., et al. (Case No. 5:17-cv-04015-LHK)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **August 15, 2018**, I served the foregoing document(s) described as: **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on all interested parties in this action by placing ☒ a true copy ☐ the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorney for Plaintiffs*<br>Telephone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North First Steet<br>San Jose, CA 95112 | *Attorney for Plaintiffs*<br>Telephone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Amy R. Carlson, Esq.<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorney for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br>Telephone: 408.796.7551<br>Email: rschramm@eralawyers.com |

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 15, 2018**, at Irvine, California.

_____
Apameh Meyers

12073203.1.1

PROOF OF SERVICE