◤AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## **Northern** District of **California**

GARY MIDDLE RIDER,

                                Plaintiff (s),

                    V.

MOVING SOLUTIONS, INC., etc.; et al.

                                Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:17-cv-04015-LHK

Notice is hereby given that, subject to approval by the court, Chartwell Staffing Services, Inc. substitutes

                                        (Party (s) Name)

Christopher J. Archibald                    , State Bar No. 253075          as counsel of record in

            (Name of New Attorney)

place of  Alis Marie Moon.

                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

|  |  |
|---|---|
| Firm Name: | Bryan Cave Leighton Paisner LLP |
| Address: | 3161 Michelson Drive, Suite 1500, Irvine, CA  92612 |
| Telephone: | (949) 223-7000                Facsimile (949) 223-7100 |
| E-Mail (Optional): | christopher.archibald@bclplaw.com |

I consent to the above substitution.

Date:      August 9 , 2018

Chartwell Staffing Services, Inc.

*W. Holmes Lilley, III*
                (Signature of Party (s))

I consent to being substituted.

Date:      August  9 , 2018

*a.h*
            (Signature of Former Attorney (s))
Alis Marie Moon

I consent to the above substitution.
Date:      August 8 , 2018

*Chris Archibald*
            (Signature of New Attorney)
Christopher J. Archibald

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com

**PROOF OF SERVICE**
**CCP 1013A(3) REVISED 5/1/88**
**Gary Rider v. Moving Solutions, Inc., et al. (Case No. 5:17-cv-04015-LHK)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **August 15, 2018**, I served the foregoing document(s) described as: **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on all interested parties in this action by placing ⊠ a true copy ☐ the original thereof enclosed in sealed envelopes addressed as follows:

James Dal Bon, Esq.                      *Attorney for Plaintiffs*
Law Offices of James Dal Bon             Telephone: 650.630.2447
606 North 1st Street                     Email: jdb@wagedefenders.net
San Jose, CA 95112

Victoria L.H. Booke, Esq.                *Attorney for Plaintiffs*
Law Offices of Booke & Ajlouny, LLP      Telephone: 408.286.7000
606 North First Steet                    Email: vbrooke@gmail.com
San Jose, CA 95112

Richard D. Schramm, Esq.                 *Attorney for Defendant/Cross-*
Amy R. Carlson, Esq.                     *Complainant, Moving Solutions, Inc.*
Employment Rights Attorneys              Telephone: 408.796.7551
1500 E. Hamilton Avenue, Suite 118       Email: rschramm@eralawyers.com
Campbell, CA 95008

⊠ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

⊠ FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 15, 2018**, at Irvine, California.

_____
Apameh Meyers

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

12073203.1.1

PROOF OF SERVICE