Allison C. Eckstrom, California Bar No. 217255
    allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
    christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
    michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**NOTICE OF UNAVAILABILITY FOR CHRISTOPHER J. ARCHIBALD, COUNSEL FOR DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC**<br><br>Hon. Lucy H. Koh |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND THE COURT:**

**PLEASE TAKE NOTICE** that counsel of record for Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC, will be unavailable for any purposes, including but not limited to court proceedings, meetings, receiving notices of any kind, responding to ex parte applications, appearing in court, attending depositions, or attending trial on the following dates: **September 18, 2018 through October 5, 2018**.

**NOTICE IS FURTHER GIVEN** that under the case authority of *Tenderloin Housing Clinic v Sparks*, 8 Cal. App. 4th 299 (1992), intentionally scheduling a conflicting proceeding without good cause is conduct subject to sanctions.

Dated: September 6, 2018

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Christopher J. Archibald*
Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and MANAGED FACILITIES SOLUTIONS, LLC

12144261.1

1

NOTICE OF UNAVAILABILITY FOR COUNSEL FOR DEFENDANTS CHARTWELL STAFFING SOLUTIONS, INC. AND MANAGED FACILITIES SOLUTIONS, LLC – 17-CV-04015-LHK

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **September 6, 2018**, I caused the following document(s) described as:

**NOTICE OF UNAVAILABILITY FOR CHRISTOPHER J. ARCHIBALD, COUNSEL FOR DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone:  650.630.2447<br>Email:   jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone:  408.286.7000<br>Email:   vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone:  408.796.7551<br>Email:   rschramm@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 6, 2018**, at Irvine, California.

*/s/ Ginny Hamel*
Ginny Hamel

USA01\12088658.1\2396171

PROOF OF SERVICE