Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE; [PROPOSED] ORDER**<br><br>Hon. Lucy H. Koh |

Plaintiffs Robert Garza, Albert Arellano, and Jose Don Coronado ("Plaintiffs") and Defendants Moving Solutions, Inc. ("MSI"), Chartwell Staffing Services, Inc. ("Chartwell"), and Managed Facilities Solutions, LLC ("MFS") (collectively, the "Parties"), by and through their counsel of record, submit the following stipulation for the Court's consideration.

## RECITALS

A. WHEREAS, on August 8, 2018, this Court held a status conference, where it granted Plaintiffs leave to file a Second Amended Complaint and set the deadlines for this action;

B. WHEREAS, one of the deadlines the Court set was the mediation completion date, which it set for November 1, 2018;

C. WHEREAS, after the August 8 status conference, the Parties immediately agreed-upon a mediator and began obtaining her availability;

D. WHEREAS, after multiple rounds of comparing the Parties' schedules to the mediator's schedule, the earliest available date that the mediator and all Parties are available is November 30, 2018;

E. WHEREAS, the Parties respectfully request permission to mediate on November 30, 2018 and for the mediation completion date to be continued to November 30, 2018;

F. WHEREAS, the continuance will not have any impact on the schedule of the case or any other dates set by the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## STIPULATION

NOW, THEREFORE, the Parties hereby stipulate and agree to mediate this action on November 30, 2018, and to request that the Court grant permission to do so.

**IT IS SO STIPULATED.**

Dated: September 14, 2018

James Dal Bon
**LAW OFFICES OF JAMES DAL BON**

By: */s/ James Dal Bon*
James Dal Bon
Attorneys for Plaintiffs
GARY MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO and JOSE DON CORONADO
Victoria L. H. Booke

Dated: September 14, 2018

**LAW OFFICES OF BOOKE & AJLOUNY, LLP**

By: */s/ Victoria L. H. Booke*
Victoria L. H. Booke
Attorneys for Plaintiffs
GARY MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO and JOSE DON CORONADO
Richard D. Schramm
Grainne M. Callan

Dated: September 14, 2018

**EMPLOYMENT RIGHTS ATTORNEYS**

By: */s/ Grainne M. Callan*
Grainne M. Callan
Attorneys for Defendant
Moving Solutions, Inc.

| | | |
|---|---|---|
| Dated: September 14, 2018 | | Allison C. Eckstrom<br>Christopher J. Archibald<br>Michael E. Olsen<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br><br>By:  */s/ Christopher J. Archibald*<br>       Christopher J. Archibald<br>Attorneys for Defendants<br>CHARTWELL STAFFING SERVICES, INC. and<br>MANAGED FACILITIES SOLUTIONS, LLC |