Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE**<br><br>Hon. Lucy H. Koh |

USA01\12135237

[PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE – 17-CV-04015-LHK

## PROPOSED ORDER

The Court, having read and considered the foregoing Stipulation to Continue the Mediation Completion Deadline to November 30, 2018, and good cause appearing therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED that the mediation completion date is continued from November 1, 2018 to November 30, 2018.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  Honorable Lucy H. Koh
                                  United States District Court Judge