Alis M. Moon, CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714.800.7900
Facsimile:     714.754.1298

Attorneys for Defendants
Chartwell Staffing Services, Inc. (*erroneously sued as Chartwell Staffing Solutions, Inc.*) and Managed Facilities Solutions, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER PLAINTIFF AND PUTATIVE PLAINTIFFS, <br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC,<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

35689594_1.docx

Case No. 17-CV-04015 LHK
NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE ABOVE-ENTITLED COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alis M. Moon of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. is withdrawing from the above-entitled action. Christopher J. Archibald of Bryan Cave Leighton Paisner LLP has substituted in as counsel of record to serve as counsel for Defendants Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC., per Document 51.

DATED: September 21, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alis M. Moon
Alis M. Moon

Attorneys for Defendants
Chartwell Staffing Services, Inc.
(*erroneously sued as Chartwell Staffing Solutions, Inc*.) and Managed Facilities Solutions, LLC

35689594.1