Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California  92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br>           Plaintiffs,<br>v.<br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br>           Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE ON OCTOBER 17, 2018**<br><br>[Proposed Order filed concurrently herewith]<br><br>Hon. Lucy H. Koh |

12220945.1

MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE – 17-CV-04015-LHK

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Defendants Chartwell Staffing Services, Inc. ("Chartwell") and Managed Facilities Solutions, LLC ("MFS") respectfully move for an order granting them permission to appear telephonically for the October 17, 2018 Case Management Conference. Chartwell and MFS make this request on the grounds that their counsel is located in Irvine, California. As such, it will cause increased litigation fees and costs for them if their counsel is not permitted to appear telephonically.

Dated: October 8, 2018

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By:   */s/ Christopher J. Archibald*
           Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC