Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br>            Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br>            Defendants. | Case No. 17-CV-04015 LHK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE ON OCTOBER 17, 2018** <br><br> Hon. Lucy H. Koh |

**PROPOSED ORDER**

The Court, having read and considered Defendants Chartwell Staffing Services, Inc. ("Chartwell") and Managed Facilities Solutions, LLC ("MFS") motion to appear telephonically for the October 17, 2018 Case Management Conference, hereby GRANTS their request. Chartwell and MFS are directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing, to finalize their appearance. They are to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: _____  _____
Honorable Lucy H. Koh
United States District Court Judge