AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER, etc.; et al. )<br>*Plaintiff* )<br>v. )<br>MOVING SOLUTIONS, etc.; et al. )<br>*Defendant* ) | Case No. 17-cv-04015 LHK |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC

Date: October 8, 2018

/s/ Michael E. Olsen
*Attorney's signature*

Michael E. Olsen, SBN 307358
*Printed name and bar number*

Bryan Cave Leighton Paisner LLP
3161 Michelson Drive, Suite 1500
Irvine, CA  92612
*Address*

michael.olsen@bclplaw.com
*E-mail address*

(949) 223-7000
*Telephone number*

(949) 223-7100
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

**PROOF OF SERVICE**
CCP 1013a(3)
(*Gary Middle Rider v. Moving Solutions, Inc., et al.*)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **October 8, 2018**, I caused the following document(s) described as:

**APPEARANCE OF COUNSEL**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone:   650.630.2447<br>Email:    jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone:   408.286.7000<br>Email:    vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>            gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 8, 2018**, at Irvine, California.



Theresa Macaulay

USA01\12088658.1\2396171

PROOF OF SERVICE