1  JAMES DAL BON, Bar No. 157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. 1ST ST.
   SAN JOSE, CA 95112
3  (408) 466-5845
   ATTORNEY FOR PLAINTIFF
4

5  RICHARD SCHRAMM
   EMPLOYMENT RIGHTS ATTORNEYS
6  1500 E HAMILTON AVE. SUITE 118
   CAMPBELL, CA 95008
7  (408) 796-7551
   ATTORNEY FOR DEFENDANT
8  MOVING SOLUTIONS, INC.

9  Allison C. Eckstrom, California Bar No. 217255
   allison.eckstrom@bcpllaw.com
10 Christopher J. Archibald, California Bar No. 253075
   christopher.archibald@bclplaw.com
11 Michael E. Olsen, California Bar No. 307358
   michael.olsen@bclplaw.com
12 BRYAN CAVE LEIGHTON PAISNER LLP
   3161 Michelson Drive, Suite 1500
13 Irvine, California  92612-4414
   Telephone:      (949) 223-7000
14 Facsimile:      (949) 223-7100

15 Attorneys for Defendants
   CHARTWELL STAFFING SERVICES, INC. and
16 MANAGED FACILITIES SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER et al<br><br>Plaintiffs,<br><br>vs.<br><br>Defendants.<br><br>MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC | Case No.  17-CV-04015 LHK<br><br>**JOINT CASE MANANGEMENT  STATEMENT**<br><br>HEARING DATE :    10/17/2018<br>TIME:                         2:00 PM<br>ROOM:                       8<br>HONORABLE JUDGE LUCY H. KOH |

1

The parties by and through their respective counsel jointly submit this updated status report pursuant to the Court's Case Management Order:

1. The new plaintiffs have been added to the Complaint and served their respective initial disclosures.

2. All counsel signed a Stipulation permitting the widow of the deceased plaintiff to substitute in as a representative of the deceased. On October 9, 2018, Plaintiffs' counsel will file an unopposed Rule 25 motion allowing the substitution of the widow for the deceased to the action. Since the parties and counsel are in agreement with the substitution, counsel respectfully requests the Court to summarily grant the motion.

3. All parties agreed upon Jamie Jacobs-May as a mediator in this matter. Due to the mediator's availability and counsels' scheduling conflicts, the earliest mutually acceptable date for all was November 30, 2018. Consequently, counsel filed a Stipulation and Order to extend the mediation in accordance with the first available date.

DATED: October 9, 2018

Respectfully submitted,

   /s/James Dal Bon_____
JAMES DAL BON
Attorney for Plaintiff

   /s/Richard Schramm_____
RICHARD SCHRAMM
Attorney for Defendant

Dated: October 10, 2018        Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE  LEIGHTON PAISNER LLP**

By: /s/Christopher J. Archibald
     Christopher J. Archibald

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC