JAMES DAL BON, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. 1ST St.
SAN JOSE, CA 95112
(408) 466-5845

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

Case No.  17-CV-04015 LHK

**STATEMENT OF DEATH**

GARY MIDDLE RIDER et al

        Plaintiffs,

  vs.

        Defendants.

MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC

      The widow of the Plaintiff Gary Middle Rider by and through her attorney James Dal Bon hereby the record the death of Gary Middle Rider, pursuant to Rule 25(a)(1) during the pendency of this action.  Attached to this Statement of Death is Exhibit A, a true and correct copy of the marriage certificate between Barbara and Gary Middle Rider and Exhibit B a true and correct copy of the certificate of death o Gary Middle Rider.

October 10, 2018

_____/jdb_____

James Dal Bon

1