# Exhibit A

# EL DORADO COUNTY
## PLACERVILLE, CALIFORNIA

5·88·09·

004723
Registration

## LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE

195960
License Number

### USE BLACK INK/MAKE NO ALTERATIONS OR ERASURES

BOOK 70 PAGE 605

| | 1A. Name of Husband—First Name | 1B. Middle Name | | 1C. Last Name | |
|---|---|---|---|---|---|
| **PERSONAL DATA OF HUSBAND** | GARY | LEE | | MIDDLERIDER | |
| | 2. Date of Birth—Month, Day, Year | 3. Age (Last Birthday) | | 4. Birthplace (State or Foreign Country) | |
| | 10/4/57 | 30 | | Montana | |
| | 5A. Name of Father of Husband | 5B. Birthplace | 6A. Birth Name of Mother of Husband | | 6B. Birthplace |
| | Floyd MiddleRider | MT | Alfreda Spearson | | MT |
| **PERSONAL DATA OF WIFE** | 7A. Name of Wife—First Name | 7B. Middle Name | | 7C. Last Name (Birth Name) | |
| | Barbara | Lynn | | Montelongo | |
| | 8. Date of Birth—Month, Day, Year | 9. Age (Last Birthday) | | 10. Birthplace (State or Foreign Country) | |
| | 7/24/57 | 30 | | CA | |
| | 11A. Name of Father of Wife | 11B. Birthplace | 12A. Birth Name of Mother of Wife | | 12B. Birthplace |
| | Henry Montelongo, Sr | NM | Geraldine Hamlin | | MT |
| **RESIDENCE OF HUSBAND AND WIFE** | 13A. Residence (Street and Number, Rural Number, or Location) | | 13B. City or Town | 13C. County (Outside California, Enter State) | |
| | 418 S. Willard, #1 | | San Jose | Santa Clara | |

**AFFIDAVIT OF HUSBAND AND WIFE**

WE the undersigned, declare or affirm, each for ourselves, that we are an unmarried man and an unmarried woman, not minors, and have been living together as husband and wife and that the personal information provided above is true and correct to the best of our knowledge.

14A. Signature of Husband *Harry Lee Middle Rider Jr.*    14B. Signature of Wife *Barbara Lynn Montelongo*

## AUTHORIZATION

I the undersigned, empowered by the laws of the State of California, do hereby certify that the above-named parties to be married have personally appeared before me, have declared or affirmed that they meet all the requirements of the law, and the fees prescribed by law having been paid, do hereby authorize said parties to be married pursuant to Section 4213, Civil Code.

| 15A. Authorizing Signature | 16. Name and Address if Other Than County Clerk | Affix Seal |
|---|---|---|
| 15B. Title     15C. Issue Date | Eugene E. Lee | OFFICIAL SEAL EUGENE E. LEE NOTARY PUBLIC - CALIFORNIA EL DORADO COUNTY My Comm. Expires Nov 14, 1989 |
| Notary Public   6-17-88 | 1053 Wildwood Ave. | |
| 15D. County of Issue   15E. Expiration Date | | |
| El Dorado   9-17-88 | So. Lake Tahoe, CA | "Subscribed and sworn to before me |
| 15F. Address of County Clerk | Commission #688991 | on June 25, 1988." |
| 495 Main St., Placerville, CA | | |

| **CERTIFICATION OF PERSON PERFORMING CEREMONY** | 17. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California. Please note: The marriage must take place in the county in which the license was issued. | 18A. Signature of Person Performing Ceremony and Official Title |
|---|---|---|
| | On June 25 19 88 | |
| | Month   Day | 18B. Name of Person Performing Ceremony (Type)   18C. Denomination |
| | | Rev. Gene Lee   Wesleyan |
| | At So. Lake Tahoe  Eldorado  California | 18D. Address—Street Address, City or Town, and State (Type) |
| | City or Town   County | 1053 Wildwood Ave.,So. Lake Tahoe,CA |

### TO BE COMPLETED BY COUNTY CLERK AT THE TIME OF FILING

| **COUNTY CLERK** | 19. Date Accepted for filing JUL 8 1988 | 20. County Clerk—Signature BILLIE MITCHELL |
|---|---|---|

SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS    VS 123 (1-87)

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS   DATE ISSUED
COUNTY OF EL DORADO                JUN 0 4 2018

*000279705*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the EL DORADO COUNTY RECORDER-CLERK.

*William E. Schultz*

EL DORADO COUNTY RECORDER-CLERK

This copy not valid unless prepared on engraved border displaying seal and signature of County Recorder-Clerk.
PBNCO (Rev) 04/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE