10/10/2018 WED 13:58 FAX 406 453 3844 PICKWICKS OFFICE CITY
10/10/2018  15:08   4082867111 3844 PICKWICKS OFFICE CITY
                                      BOOKEAJLOUNY                    PAGE 001/002
                                                                          01/02

1  JAMES DAL BON, Bar No. 157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4

5  ATTORNEYS FOR PLAINTIFF

6

7              UNITED STATES DISTRICT COURT

8                 NORTHERN CALIFORNIA

9                              Case No. 17-CV-04015 LHK

10                             DECLARATION OF BARBARA MIDDLE
11 GARY MIDDLE RJ et al         RIDER

12        Plaintiffs,

13    vs.

14

15

16     Defendants.

17 MOVING SOLUTIONS INC., CHARTWELL
   STAFFING SOLUTIONS, NC. AND
18 MANAGED FACILITIES SOLUTIONS LLC

19

20

21 My name is Barbara Middle Rider and I declare under penalty of perjury by the laws of the

22 State of California that the following is true and correct based upon my personal knowledge:

23

24   1) I am a citizen of the United States and I presently reside at 826 6th Avenue South

25      Great Falls Montana, 59405;

26
     2) I was born on 7/24/1957;
27
     3) I am the wife of Gary Middle Rider.
28

1

BUOKEAJLUJNY PAGE 02/02

4) I married Gary Middle Rider on June 25, 1988;

5) A true and correct copy of the marriage certificate is attached to this Declaration and marked Exhibit A;

6) My husband passed away on March 19, 2018;

7) A true and correct copy of the Death Certificate is attached to this Declaration and marked Exhibit B;

8) There was no will;

Dated: *10 110, 2018*

Barbara Middle Rider