# Exhibit A

# EL DORADO COUNTY
## PLACERVILLE, CALIFORNIA

**C-88-09-004723** Registration

**LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE**

USE BLACK INK/MAKE NO ALTERATIONS OR ERASURES

**195960** License Number

BOOK 70 PAGE 605

**PERSONAL DATA OF HUSBAND**
- 1A. Name of Husband—First Name: GARY
- 1B. Middle Name: LEE
- 1C. Last Name: MIDDLERIDER
- 2. Date of Birth—Month, Day, Year: 10/4/57
- 3. Age (Last Birthday): 30
- 4. Birthplace (State or Foreign Country): Montana
- 5A. Name of Father of Husband: Floyd MiddleRider
- 5B. Birthplace: MT
- 6A. Birth Name of Mother of Husband: Alfreda Spearson
- 6B. Birthplace: MT

**PERSONAL DATA OF WIFE**
- 7A. Name of Wife—First Name: Barbara
- 7B. Middle Name: Lynn
- 7C. Last Name (Birth Name): Montelongo
- 8. Date of Birth—Month, Day, Year: 7/24/57
- 9. Age (Last Birthday): 30
- 10. Birthplace (State or Foreign Country): CA
- 11A. Name of Father of Wife: Henry Montelongo, Sr
- 11B. Birthplace: NM
- 12A. Birth Name of Mother of Wife: Geraldine Hamlin
- 12B. Birthplace: MT

**RESIDENCE OF HUSBAND AND WIFE**
- 13A. Residence: 418 S. Willard, #1
- 13B. City or Town: San Jose
- 13C. County: Santa Clara

**AFFIDAVIT OF HUSBAND AND WIFE**
WE the undersigned, declare or affirm, each for ourselves, that we are an unmarried man and an unmarried woman, not minors, and have been living together as husband and wife and that the personal information provided above is true and correct to the best of our knowledge.
- 14A. Signature of Husband: Gary Lee MiddleRider Jr.
- 14B. Signature of Wife: Barbara Lynn Montelongo

**AUTHORIZATION**
I the undersigned, empowered by the laws of the State of California, do hereby certify that the above-named parties to be married have personally appeared before me, have declared or affirmed that they meet all the requirements of the law, and the fees prescribed by law having been paid, do hereby authorize said parties to be married pursuant to Section 4213, Civil Code.

- 15A. Authorizing Signature: [signature]
- 15B. Title: Notary Public
- 15C. Issue Date: 6-17-88
- 15D. County of Issue: El Dorado
- 15E. Expiration Date: 9-17-88
- 15F. Address of County Clerk: 495 Main St., Placerville, CA
- 16. Name and Address if Other Than County Clerk: Eugene E. Lee, 1053 Wildwood Ave., So. Lake Tahoe, CA, Commission #688991
- Affix Seal: OFFICIAL SEAL EUGENE E. LEE NOTARY PUBLIC - CALIFORNIA EL DORADO COUNTY My Comm. Expires Nov 14, 1989
- "Subscribed and sworn to before me on June 25, 1988."

**CERTIFICATION OF PERSON PERFORMING CEREMONY**
17. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California. Please note: The marriage must take place in the county in which the license was issued.
- On June 25, 1988
- At So. Lake Tahoe, Eldorado, California
- 18A. Signature of Person Performing Ceremony: Rev. Gene Lee
- 18B. Name of Person Performing Ceremony: Rev. Gene Lee
- 18C. Denomination: Wesleyan
- 18D. Address: 1053 Wildwood Ave., So. Lake Tahoe, CA

**TO BE COMPLETED BY COUNTY CLERK AT THE TIME OF FILING**
- 19. Date Accepted for filing: JUL 8 1988
- 20. County Clerk—Signature: BILLIE MITCHELL / [signature]

SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA
COUNTY OF EL DORADO } SS  DATE ISSUED: JUN 0 4 2018

*000279705*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the EL DORADO COUNTY RECORDER-CLERK.

William E. Schultz
EL DORADO COUNTY RECORDER-CLERK

This copy not valid unless prepared on engraved border displaying seal and signature of County Recorder-Clerk.

PBNCO (Rev 04/16)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE