# Exhibit B

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
### PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

3201843002622

STATE FILE NUMBER / LOCAL REGISTRATION NUMBER

### DECEDENT'S PERSONAL DATA

- 1. NAME OF DECEDENT—FIRST (Given): GARY
- 2. MIDDLE: LEE
- 3. LAST (Family): MIDDLE RIDER SR
- 4. DATE OF BIRTH: 10/04/1957
- 5. AGE Yrs.: 60
- 6. SEX: M
- 7. DATE OF DEATH: 03/19/2018
- 8. HOUR (24 Hours): 0028
- 9. BIRTH STATE/FOREIGN COUNTRY: MT
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS/SRDP: MARRIED
- 13. EDUCATION: SOME COLLEGE
- 14/15. HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: BLACKFEET
- 17. USUAL OCCUPATION: DERRICK WORKER
- 18. KIND OF BUSINESS OR INDUSTRY: OIL
- 19. YEARS IN OCCUPATION: 25

### USUAL RESIDENCE

- 20. DECEDENT'S RESIDENCE: 237 REVEY AVENUE #1
- 21. CITY: SAN JOSE
- 22. COUNTY/PROVINCE: SANTA CLARA
- 23. ZIP CODE: 95128
- 24. YEARS IN COUNTY: 10
- 25. STATE/FOREIGN COUNTRY: CA

### INFORMANT

- 26. INFORMANT'S NAME, RELATIONSHIP: BARBARA MIDDLE RIDER, WIFE
- 27. INFORMANT'S MAILING ADDRESS: 237 REVEY AVENUE #1, SAN JOSE, CA 95128

### SPOUSE/SRDP AND PARENT INFORMATION

- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: BARBARA
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): MONTELONGO
- 31. NAME OF FATHER/PARENT—FIRST: FLOYD
- 32. MIDDLE: ELMER
- 33. LAST: MIDDLE RIDER
- 34. BIRTH STATE: MT
- 35. NAME OF MOTHER/PARENT—FIRST: ALFREDA
- 36. MIDDLE: -
- 37. LAST (BIRTH NAME): SPEARSON
- 38. BIRTH STATE: MT

### FUNERAL DIRECTOR / LOCAL REGISTRAR

- 39. DISPOSITION DATE: 03/26/2018
- 40. PLACE OF FINAL DISPOSITION: GREEN LAKE CEMETERY, HEART BUTTE, MT 59448
- 41. TYPE OF DISPOSITION(S): TR/BU
- 42. SIGNATURE OF EMBALMER: WILHELMINA RYBICKI
- 43. LICENSE NUMBER: EMB8487
- 44. NAME OF FUNERAL ESTABLISHMENT: BAY AREA MORTUARY SERVICES
- 45. LICENSE NUMBER: FD1829
- 46. SIGNATURE OF LOCAL REGISTRAR: SARA H CODY, MD
- 47. DATE: 03/22/2018

### PLACE OF DEATH

- 101. PLACE OF DEATH: OWN RESIDENCE
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home
- 104. COUNTY: SANTA CLARA
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 237 REVEY AVENUE #1
- 106. CITY: SAN JOSE

### CAUSE OF DEATH

- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: ACUTE HEMORRHAGIC CEREBROVASCULAR ACCIDENT, NON-TRAUMATIC — 2 WKS
  - (B) HYPERTENSION — YRS
- 108. DEATH REPORTED TO CORONER?: NO
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: (blank)
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: CRANIOTOMY 03/04/2018

### PHYSICIAN'S CERTIFICATION

- 114. Decedent Attended Since: 03/16/2018 — Decedent Last Seen Alive: 03/16/2018
- 115. SIGNATURE AND TITLE OF CERTIFIER: GARY ALAN PASTERNAK M.D.
- 116. LICENSE NUMBER: G55926
- 117. DATE: 03/21/2018
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: GARY ALAN PASTERNAK M.D., 1670 SOUTH AMPHLETT BOULEVARD, SAN MATEO, CA 94402

### CORONER'S USE ONLY
(blank)

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SANTA CLARA

DATE ISSUED: MAR 2 6 2018

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.

*010001003836979*


*H 3 2 8 7 1 3 6*

