UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

Case No.  17-CV-04015 LHK

**PROPOSED ORDER**

GARY MIDDLE RIDER et al

Plaintiffs,

vs.

Defendants.

MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC

Barbara Middle Rider shall replace Gary Middle Rider as a plaintiff in this case.

DATED

_____

Honorable United States District Court

Judge Lucy H.Koh

1