UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

GARY MIDDLE RIDER et al

    Plaintiffs,

vs.

    Defendants.

MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC

Case No.  17-CV-04015 LHK

**~~PROPOSED~~ ORDER**

Barbara Middle Rider shall replace Gary Middle Rider as a plaintiff in this case.

DATED ˙# o&«› ¡® ˙

_____

Honorable United States District Court Judge Lucy H. Koh

1