James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Hon. Lucy H. Koh <br><br> Date: January 16, 2019 <br> Time: 2:00 p.m. <br> Room: 8 |

Plaintiffs Albert Arellano, Robert Garza, Barbara Middle Rider, and Dan Coronado ("Plaintiffs") and Defendants Moving Solutions, Inc. ("MSI"), Chartwell Staffing Services, Inc. ("Chartwell"), and Managed Facilities Solutions, LLC ("MFS") (collectively, the "Parties"), hereby jointly submit this status report in preparation for the January 16, 2019 status conference:

On November 30, 2018, the Parties attended mediation with Hon. Jacobs-May. The Parties are pleased to report that at the end of mediation, they executed a Memorandum of Understanding with respect to the terms of an agreement to resolve Plaintiffs' claims.

As part of the settlement, Plaintiffs' agreed to file an amended complaint to clarify that when the previously-filed complaints asserted a claim for failure to provide "breaks," they pursued claims for both failure to provide meal breaks and rest breaks. The Parties also agreed that Plaintiffs would be permitted to amend the complaint to include a claim for penalties pursuant to the Private Attorneys General Act.

On December 22, 2018, Plaintiff Robert Garza provided notice of his PAGA claims to the California Labor & Workforce Development Agency and to Defendants of the factual and legal basis for the PAGA claims to be alleged in the amended complaint.

Pursuant to Labor Code section 2699.3(a)(2)(A), on or around February 25, 2019, which is 65 days after the December 22 letter, the Parties will file a Joint Stipulation for Plaintiffs to file the amended complaint.

In light of the foregoing, the Parties respectfully request that the January 16, 2019 Case Management Conference be continued to the earliest available date in March 2019, at which time the Parties will request that a hearing date be set for Plaintiffs' Motion for Preliminary Approval of Class Action and PAGA Settlement.

\*\*\*The filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.\*\*\*

Dated: January 8, 2019

James Dal Bon
**LAW OFFICES OF JAMES DAL BON**

By: /s/ *James Dal Bon*
James Dal Bon
Attorneys for Plaintiffs and the Putative Class

Dated: January 8, 2019

Victoria L. H. Booke
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**

By: /s/ *Victoria L. H. Booke*
Victoria L. H. Booke
Attorneys for Plaintiffs and the Putative Class

Dated: January 8, 2019

Richard D. Schramm
**EMPLOYMENT RIGHTS ATTORNEYS**

By: /s/ *Richard D. Schramm*
Richard D. Schramm
Attorneys for Defendant
Moving Solutions, Inc.

Dated: January 8, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Christopher J. Archibald*
Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **January 8, 2019**, I caused the following document(s) described as:

**JOINT CASE MANAGEMENT STATEMENT**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 8, 2019**, at Irvine, California.

/s/ Ginny Hamel
Ginny Hamel

USA01\12088658.1\2396171

PROOF OF SERVICE