United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARZA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference currently set for January 16, 2019 is CONTINUED to March 21, 2019 at 1:30 p.m.

The Court reminds the parties that the case schedule remains as set, including the January 25, 2019 deadline to file a motion for class certification and the March 21, 2019 class certification hearing. The Court will not grant any continuances of these deadlines. The Court also will not vacate any of the case schedule until the parties file the motion for preliminary approval of class action settlement.

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-04015-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE