James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>       Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>       Defendants. | Case No. 17-CV-04015 LHK<br><br>**JOINT STIPULATION REGARDING REQUEST FOR RECONSIDERATION REGARDING CASE DEADLINES PURSUANT TO LOCAL RULE 6-2**<br><br>Hon. Lucy H. Koh |

Plaintiffs Albert Arellano, Robert Garza, Barbara Middle Rider, and Dan Coronado ("Plaintiffs") and Defendants Moving Solutions, Inc. ("MSI"), Chartwell Staffing Services, Inc. ("Chartwell"), and Managed Facilities Solutions, LLC ("MFS") (collectively, the "Parties"), hereby jointly submit this Joint Stipulation Regarding Request for Reconsideration Regarding Case Deadlines Pursuant to Local Rule 6-2:

WHEREAS, the Parties have executed a Memorandum of Understanding ("MOU") with respect to the terms of an agreement to resolve Plaintiffs' claims;

WHEREAS, in exchange for the financial consideration provided by Defendants in the settlement, the MOU requires Plaintiffs to provide notice of their claims pursuant to the Private Attorneys General Act ("PAGA") to the California Labor & Workforce Development Agency and to Defendants and to file an amended complaint to include PAGA claims;

WHEREAS, Plaintiff Robert Garza provided the PAGA notice to the LWDA on December 22, 2018;

WHEREAS, California Labor Code section 2699.3(a)(2)(A) provides that, as a matter of law, Plaintiff Garza **cannot file an amended complaint to allege his PAGA claims until 65 days after the December 22, 2018 letter, or until February 26, 2019**;

WHEREAS, if the Parties are required to file and oppose class certification motions before the date that the PAGA claims may be asserted in an amended pleading, it will require the Parties and Court to waste resources litigating claims for which the Parties have reached an agreement and may prevent the Parties from effectuating the terms of the agreement they have reached;

WHEREAS, the Parties have not requested any previous time modifications with respect to the class certification dates;

WHEREAS, the requested modification will only impact the schedule for the case by approximately 42 days (the difference in time between January 25, 2019 and

1 March 8, 2019;

2 NOW THEREFORE, the Parties respectfully request that the Court
3 reconsider its January 11, 2019 Order and make the following Order:

4 (1) The January 25, 2019 deadline for Plaintiffs to file their Motion for
5 Class Certification and March 21, 2019 class certification hearing date are
6 VACATED.

7 (2) By March 1, 2019, the Parties will file a Stipulation for Leave for
8 Plaintiffs to file their Third Amended Complaint;

9 (3) By March 8, 2019, Plaintiffs will file their Motion for Preliminary
10 Approval of Class Action Settlement.

12 ***The filer of this document hereby attests that concurrence in the filing of
13 this document has been obtained from the other signatory hereto.***

15 Dated: January 16, 2019

James Dal Bon
**LAW OFFICES OF JAMES DAL BON**

By: */s/ James Dal Bon*
James Dal Bon
Attorneys for Plaintiffs and the Putative Class

21 Dated: January 16, 2019

Victoria L. H. Booke
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**

By: */s/ Victoria L. H. Booke*
Victoria L. H. Booke
Attorneys for Plaintiffs and the Putative Class

Dated: January 16, 2019

Richard D. Schramm
**EMPLOYMENT RIGHTS ATTORNEYS**

By:   */s/ Richard D. Schramm*
          Richard D. Schramm
Attorneys for Defendant
Moving Solutions, Inc.

Dated: January 16, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE  LEIGHTON PAISNER LLP**

By:   */s/ Christopher J. Archibald*
          Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

12414519.1

3

JOINT STIPULATION REGARDING REQUEST FOR RECONSIDERATION REGARDING CASE DEADLINES –
17-CV-04015-LHK