Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING REQUEST FOR RECONSIDERATION REGARDING CASE DEADLINES**<br><br>Hon. Lucy H. Koh |

USA01\12135237

[PROPOSED] ORDER GRANTING STIPULATION REGARDING CASE DEADLINES – 17-CV-04015-LHK

**PROPOSED ORDER**

The Court, having read and considered the foregoing Stipulation Regarding Case Deadlines, and good cause appearing therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) The January 25, 2019 deadline for Plaintiffs to file their Motion for Class Certification and March 21, 2019 class certification hearing date are VACATED.

(2) By March 1, 2019, the Parties will file a Stipulation for Leave for Plaintiffs to file their Third Amended Complaint;

(3) By March 8, 2019, Plaintiffs will file their Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                    Honorable Lucy H. Koh
                                                    United States District Court Judge