**PROOF OF SERVICE**
CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **January 16, 2019**, I caused the following document(s) described as:

**1) JOINT STIPULATION REGARDING REQUEST FOR RECONSIDERATION REGARDING CASE DEQDLINES PURSUANT TO LOCAL RULE 6-2;**

**2) DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF JOINT STIPULATION REGARDING RQUEST FOR RECONSIDERATION REGARDING CASE DEADLINES PURSUANT TO LOCAL RULE 6-2;**

**3) [PROPOSED] ORDER GRANTING STIPULATION REGARDING REQUEST FOR RECONSIDERATION REGARDING CASE DEADLINES**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:  650.630.2447<br>Email:   jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:  408.286.7000<br>Email:   vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.***<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>            gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

1
2   [☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
3
4   Executed on **January 16, 2019**, at Irvine, California.

_____
Ginny Hamel

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414