United States District Court
Northern District of California

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12   ROBERT GARZA, et al.,                    Case No. 17-CV-04015-LHK

13              Plaintiffs,                    **ORDER CONTINUING DEADLINES;**
                                               **VACATING REMAINING CASE**
14        v.                                   **SCHEDULE; AND DENYING**
                                               **PARTIES' STIPULATION**
15   MOVING SOLUTIONS, INC, et al.,
                                               Re: Dkt. No. 73
16              Defendants.

17

18        The case management conference remains as set on March 21, 2019 at 1:30 p.m. The

19   parties shall file their joint case management statement by March 14, 2019.

20        The Court CONTINUES the January 25, 2019 deadline to file the motion for class

21   certification to March 25, 2019. The Court also CONTINUES the March 21, 2019 class

22   certification hearing to May 23, 2019 at 1:30 p.m. The Court VACATES the remaining case

23   schedule.

24        If the parties fail to file a stipulation for leave for Plaintiffs to file their third amended

25   complaint by March 1, 2019, and if the parties fail to file the motion for preliminary approval of

26   class action settlement by March 8, 2019, the Court will impose a new case schedule through trial

27                                             1

28   Case No. 17-CV-04015-LHK
     ORDER CONTINUING DEADLINES; VACATING REMAINING CASE SCHEDULE; AND DENYING
     PARTIES' STIPULATION

1    at the March 21, 2019 case management conference.

2          The parties' stipulation, ECF No. 73, is DENIED.

3    **IT IS SO ORDERED.**

5    Dated: January 17, 2019

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 17-CV-04015-LHK
ORDER CONTINUING DEADLINES; VACATING REMAINING CASE SCHEDULE; AND DENYING
PARTIES' STIPULATION