James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **JOINT STIPULATION REGARDING FILING OF AND RESPONDING TO THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)-(3)** <br><br> Hon. Lucy H. Koh |

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

1   Plaintiffs Albert Arellano, Robert Garza, Barbara Middle Rider, and Dan Coronado ("Plaintiffs") and Defendants Moving Solutions, Inc. ("MSI"), Chartwell Staffing Services, Inc. ("Chartwell"), and Managed Facilities Solutions, LLC ("MFS") (collectively, the "Parties"), hereby consent and stipulate as follows:

WHEREAS, Plaintiffs filed a class action complaint on July 17, 2017;

WHEREAS, Plaintiffs' currently-operative complaint is their Second Amended Complaint, filed on August 8, 2018;

WHEREAS, Plaintiffs seek to file a Third Amended Complaint;

WHEREAS, Plaintiffs' Third Amended Complaint is attached hereto as "**Exhibit A**" in accordance with Civil L.R. 10-1;

WHEREAS, a red-lined version of Plaintiffs' Third Amended Complaint is attached hereto as "**Exhibit B**";

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiffs' filing of the Third Amended Complaint;

WHEREAS, by consenting to the filing of a Third Amended Complaint, Defendants are not in any way conceding, and expressly reserve their rights to contest by all permissible procedures and means, (a) the truth of any factual allegation in the Third Amended Complaint; and (b) the legal or factual adequacy of any claim asserted in the Third Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs' Third Amended Complaint shall now be the operative pleading in the above-captioned litigation; and

2. That, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants shall have 14 days from service of the Third Amended Complaint in which to answer the Third Amended Complaint.

The filer of this document hereby attests that concurrence in the filing of this

1  document has been obtained from the other signatory hereto.

2      IT IS SO STIPULATED:

5  Dated: February 25, 2019

James Dal Bon
**LAW OFFICES OF JAMES DAL BON**

7  By: */s/ James Dal Bon*
8  James Dal Bon
Attorneys for Plaintiffs and the Putative Class

11  Dated: February 25, 2019

Victoria L. H. Booke
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**

13  By: */s/ Victoria L. H. Booke*
14  Victoria L. H. Booke
Attorneys for Plaintiffs and the Putative Class

16  Dated: February 25, 2019

Richard D. Schramm
**EMPLOYMENT RIGHTS ATTORNEYS**

18  By: */s/ Richard D. Schramm*
19  Richard D. Schramm
Attorneys for Defendant
20  Moving Solutions, Inc.

26  Dated: February 25, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER**

**LLP**

By:   */s/ Christopher J. Archibald*
      Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC