1  James Dal Bon, California Bar No. 157942
   **LAW OFFICES OF JAMES DAL BON**
2  606 North First Street
3  San Jose, CA  95112
   Telephone:   (408) 466-5845
4
5  Victoria L. H. Booke, California Bar No. 142518
   **LAW OFFICES OF BOOKE & AJLOUNY, LLP**
6  606 North First Street
   San Jose, CA  95112
7  Telephone:   (408) 286-7000

8  Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br>                    Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br>                    Defendants. | Case No. 17-CV-04015 LHK <br><br> [PROPOSED] **ORDER GRANTING JOINT STIPULATION REGARDING FILING OF AND RESPONDING TO THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)-(3)** <br><br> Hon. Lucy H. Koh |

12385681.1
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING THIRD AMENDED COMPLAINT – 17-CV-04015-LHK

## **PROPOSED ORDER**

The Court, having read and considered the foregoing Joint Stipulation Regarding Filing of and Responding to Third Amended Complaint, and good cause appearing therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiffs are granted leave to file their Third Amended Complaint, a copy of which is attached as Exhibit "A" to the Joint Stipulation Regarding Filing of And Responding to Third Amended Complaint Pursuant to F.R.C.P. 14(a)(2)-(3).
2. Defendants' Responsive Pleadings shall be due fourteen (14) days after the Third Amended Complaint is filed.
3. The Third Amended Complaint is deemed filed as of the date of this Order is transmitted via the CM/ECF system.

**IT IS SO ORDERED.**

Dated:  February 26, 2019

_____
Honorable Lucy H. Koh
United States District Court Judge