1  JAMES DAL BON, SBN #157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. 1ST St.
   SAN JOSE, CA 95112
3  Telephone:   (408) 466-5845
4  Facsimile:    (408) 286-7111

5  VICTORIA L.H. BOOKE    SB# 142518
   BOOKE & AJLOUNY
6  606 North First Street
   San Jose, California 95112
7  Telephone:   (408) 286-7000
   Facsimile:    (408) 286-7111
8  Email: vbooke@bookelaw.com

9  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINITFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> vs. <br><br> Defendants. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California | Case No. 17-CV-04015 LHK <br><br> DECLARATION OF DANIEL CORONADO IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION, MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF |

**I DAN CORONADO swear under the penalty of perjury by the laws of the State of California that the foregoing is true and correct based upon my personal knowledge:**

1) I am over the age of eighteen years and a resident of California;

2) I was employed as an office mover by Moving Solutions from approximately the year 2001 to 2017;

3) During that time I was paid on an hourly basis;

4) During that time my employers at Moving Solutions would have me wait at the job site for approximately 30 minutes sometimes more sometimes less;

5) I was not paid for this waiting time;

6) I also occasionally missed my thirty minute lunch break and ten minute rest periods;

7) My employers at Moving Solutions would deduct the thirty minutes regardless of whether I took the lunch or not.

Dated: 3/8/2019

Dan Coronado

DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL