JAMES DAL BON, SBN #157942
LAW OFFICE OF JAMES DAL BON
606 N. 1ST St.
SAN JOSE, CA 95112
Telephone:    (408) 466-5845
Facsimile:    (408) 286-7111

VICTORIA L.H. BOOKE      SB# 142518
BOOKE & AJLOUNY
606 North First Street
San Jose, California 95112
Telephone:   (408) 286-7000
Facsimile:   (408) 286-7111
Email: vbooke@bookelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINITFFS AND PUTATIVE PLAINTIFFS <br><br>         Plaintiffs, <br><br>   vs. <br><br>        Defendants. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California | Case No. l7-CV-04015 LHK <br><br> **DECLARATION OF ROBERT GARZA IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION, MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF** |

28

1

1  I ROBERT GARZA swear under the penalty of perjury by the laws of the State of California

2  that the foregoing is true and correct based upon my personal knowledge:

3  1)  I am over the age of eighteen years and a resident of California;

4  2)  I was employed as an office mover by Moving Solutions from approximately the year 2011 to

5     2017;

6  3)  During that time I was paid on an hourly basis;

7  4)  During that time my employers at Moving Solutions would have me wait at the job site for

8     approximately 30 minutes sometimes more sometimes less;

9

10 5)  I was not paid for this waiting time;

11 6)  I also occasionally missed my thirty minute lunch break and ten minute rest periods;

12 7)  My employers at Moving Solutions would deduct the thirty minutes regardless of whether I

13    took the lunch or not.

14 Dated:

15

16

17

18 ROBERT GARZA

19

20

21

22

23

24

25

26

27

28