1  JAMES DAL BON, SBN #157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. 1ST St.
3  SAN JOSE, CA 95112
   Telephone:   (408) 466-5845
4  Facsimile:    (408) 286-7111

5  VICTORIA L.H. BOOKE    SB# 142518
   BOOKE & AJLOUNY
6  606 North First Street
7  San Jose, California 95112
   Telephone:   (408) 286-7000
8  Facsimile:    (408) 286-7111
   Email: vbooke@bookelaw.com
9
10 Attorneys for Plaintiffs

11
                    UNITED STATES DISTRICT COURT
12
                        NORTHERN CALIFORNIA
13
                                          Case No. 17-CV-04015 LHK
14 BARBARA MIDDLE RIDER FOR GARY
   MIDDLE RIDER, an individual,
15 ROBERT GARZA, an individual              DECLARATION OF ALBERT ARELLANO
   ALBERT ARELLANO, an individual,          IN SUPPORT OF MOTION FOR
16 JOSE DON CORONADO, an individual,        PRELIMINARY APPROVAL OF A CLASS
                                            ACTION, MEMORANDUM OF POINTS
17 PLAINITFFS AND PUTATIVE                  AND AUTHORITIES AND
   PLAINTIFFS                               DECLARATION IN SUPPORT THEREOF
18
19        Plaintiffs,
20    vs.
21
22        Defendants.

23 MOVING SOLUTIONS, a California
   Corporation MANAGED FACILITIES
24 SOLUTIONS, LLC a California Limited
25 Liability Company and CHARTWELL
   STAFFING SOLUTIONS, INC a New York
26 Corporation licensed to do business in
   California
27
28

I, ALBERT ARELLANO swear under the penalty of perjury by the laws of the State of California that the foregoing is true and correct based upon my personal knowledge:

1) I am over the age of eighteen years and a resident of California;
2) I was employed as an office mover by Moving Solutions from approximately the year 2013 to 2016;
3) During that time I was paid on an hourly basis;
4) During that time my employers at Moving Solutions would have me wait at the job site for approximately 30 minutes sometimes more sometimes less;
5) I was not paid for this waiting time;
6) I also occasionally missed my thirty minute lunch break and ten minute rest periods;
7) My employers at Moving Solutions would deduct the thirty minutes regardless of whether I took the lunch or not.

Dated: 3/8/19

*[signature]*

**ALBERT ARELLANO**

2