| | | | |
|---|---|---|---|
| Maximum Settlement Fund | $ | 470,000.00 | |
| Class Representative Enhancements: | $ | (20,000.00) | |
| Class Counsel's Fees: | $ | (117,500.00) | |
| Class Counsel's Costs: | $ | (8,500.00) | |
| Employers' Taxes | | ($7,816.40) | |
| PAGA Payment: | $ | (10,000.00) | |
| Settlement Administration Costs: | $ | (16,000.00) | |
| | $ | 290,183.60 | $ 17,225.00 |
| | $290,183.60/17,225.00 | | $ 16.85 |

work weeks
per week