EXHIBIT 5

Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual<br>ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S NOTICE TO ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>**(28 U.S.C. § 1715(b))**<br><br>Hon. Lucy H. Koh |

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

12554566.1

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**TO THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA: PLEASE TAKE NOTICE** that Plaintiffs GARY MIDDLE RIDER, BARBARA MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO, and DAN CORONADO, on behalf of themselves and on behalf of a class of all other persons similarly situated (collectively, "Plaintiffs") and Defendants CHARTWELL STAFFING SERVICES, INC., MANAGED FACILITIES SOLUTIONS, LLC, and MOVING SOLUTIONS, INC. ("Defendants") (Plaintiffs and Defendants are collectively herein referred to as "the Parties") have reached a proposed settlement of the claims at issue in this litigation. Pursuant to the Class Action Fairness Act of 2005 ("CAFA") 28 U.S.C. § 1715, Defendants provide this notice to the Attorney General of the United States of America, the Attorney General of the State of Pennsylvania and the appropriate state official in each state in which at least one class member resides. Defendants enclose the following documents in accordance with their notice obligations under 28 U.S.C. § 1715(b):

(1) <u>Copies of All Complaints Filed in the Action</u>. True and correct copies of the following complaints, together with all materials filed with the complaints, are attached hereto: the original Complaint (attached hereto as **Exhibit A**); the First Amended Complaint (attached hereto as **Exhibit B**); the Second Amended Complaint (attached hereto as **Exhibit C**); and the Third Amended Complaint (attached hereto as **Exhibit D**).

(2) <u>Notice of Scheduled Hearing in This Action</u>. This matter is set for a hearing for preliminary approval of the proposed settlement on May 23, 2019 at 1:30 p.m. at the United States District Court for the Northern District of California – San Jose Division, Courtroom 8, located at 280 South 1st Street, San Jose, CA 95113.

(3) <u>Proposed Notice to the Class</u>. Attached hereto as **Exhibit E** is the proposed Notice to the Class. Pursuant to the Joint Stipulation of Class Action

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

1 Settlement ("Joint Stipulation"), no later than ten (10) business days following

2 preliminary approval of the Settlement by the Court, Defendants shall provide the

3 Settlement Administrator with the Class Data. Also pursuant to the Joint Stipulation,

4 the Claims Administrator shall mail the Notice Packet to the Class, on or before the

5 seventh (7) calendar day after receiving the Class Data. The Notice Packet contains

6 information regarding the nature of the settlement, Class Members' rights to request

7 exclusion from the Class, the ability to challenge the records upon which individual

8 settlement awards will be based, Class Members' rights to object to the settlement

9 and the date of the Final Approval Hearing.

10    (4)    Proposed Class Action Settlement. The proposed class action

11 settlement is described in full in the Joint Stipulation.

12    (5)    Copy of Settlement Agreement. The Joint Stipulation, which is attached

13 hereto as **Exhibit F**, sets forth the full settlement agreement entered into between

14 Plaintiffs and Defendants. There are no additional side agreements between

15 Plaintiffs and Defendants.

16    (6)    Final Judgment or Notice of Dismissal. No final judgment or notice of

17 dismissal has been entered. The parties anticipate that a final judgment or notice of

18 dismissal will be entered no earlier than the date set for the Final Approval Hearing,

19 which has not been set yet.

20    (7)    Estimate of Class Members Residing in Each State and Estimate of

21 Proportionate Share of Such Class Members to the Entire Settlement. Based on the

22 records maintained by Defendants in the normal course of business, there are 1,021

23 class members, one of whom is believed to reside in the State of Pennsylvania. Her

24 name is Elizabeth Harris. Additionally, based on the records maintained by

25 Defendant in the normal course of business, Class Members reside in the following

26 states other than Pennsylvania: California (1,016 Class Members), Illinois (one

27 Class Member), North Carolina (one Class Member), Washington (one Class

28 Member), and Nevada (one Class Member). The parties estimate that the class

members residing in California shall receive more than 99% of the net settlement amount pursuant to the Joint Stipulation.

(8)  <u>Relevant Judicial Opinions</u>. There are not any written judicial opinions relating to the materials described herein. Additionally, for the convenience of the Attorney General, a true and correct copy of the docket in this action is attached hereto as **Exhibit G**.

Dated: March 14, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE  LEIGHTON PAISNER LLP**

By:   */s/ Christopher J. Archibald*
Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3)
***(Gary Middle Rider v. Moving Solutions, Inc., et al.)***

1

2

3  STATE OF CALIFORNIA, COUNTY OF ORANGE

4      I am employed in the County of Orange, State of California.  I am over the age of 18 and
not a party to the within action.  My business address is:  3161 Michelson Drive, Suite 1500,
5  Irvine, CA  92612-4414.

6      On **March 14, 2019**, I caused the following document(s) described as:

7  **DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED**
8  **FACILITIES SOLUTIONS, LLC'S NOTICE TO ATTORNEY GENERAL OF THE**
   **STATE OF PENNSYLVANIA OF PROPOSED CLASS ACTION SETTLEMENT**
9  to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:    650.630.2447<br>Email:    jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:    408.286.7000<br>Email:    vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant,***<br>***Moving Solutions, Inc.***<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>        gcallan@eralawyers.com |
| Josh Shapiro<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | ***Attorney General of Pennsylvania*** |

10

11

12

13

14

15

16

17

18

19

20

21

22      [☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection
23  and processing correspondence for mailing. Under that practice it would be deposited with U.S.
   Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the
24  ordinary course of business.  I am aware that on motion of the party served, service is presumed
   invalid if postal cancellation date or postage meter date is more than one day after date of deposit
25  for mailing in affidavit.

26

27

28

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 14, 2019**, at Irvine, California.

_Ginny Hamel_
Ginny Hamel

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

EXHIBIT 6

Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S NOTICE TO ATTORNEY GENERAL OF THE STATE OF NEVADA OF PROPOSED CLASS ACTION SETTLEMENT** <br><br> **(28 U.S.C. § 1715(b))** <br><br> Hon. Lucy H. Koh |

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

1    **TO THE ATTORNEY GENERAL OF THE STATE OF NEVADA:**

2    **PLEASE TAKE NOTICE** that Plaintiffs GARY MIDDLE RIDER, BARBARA

3    MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO, and DAN

4    CORONADO, on behalf of themselves and on behalf of a class of all other persons

5    similarly situated (collectively, "Plaintiffs") and Defendants CHARTWELL

6    STAFFING SERVICES, INC., MANAGED FACILITIES SOLUTIONS, LLC, and

7    MOVING SOLUTIONS, INC. ("Defendants") (Plaintiffs and Defendants are

8    collectively herein referred to as "the Parties") have reached a proposed settlement

9    of the claims at issue in this litigation. Pursuant to the Class Action Fairness Act of

10    2005 ("CAFA") 28 U.S.C. § 1715, Defendants provide this notice to the Attorney

11    General of the United States of America, the Attorney General of the State of

12    Nevada and the appropriate state official in each state in which at least one class

13    member resides. Defendants enclose the following documents in accordance with

14    their notice obligations under 28 U.S.C. § 1715(b):

15    (1)   Copies of All Complaints Filed in the Action. True and correct copies

16    of the following complaints, together with all materials filed with the complaints,

17    are attached hereto: the original Complaint (attached hereto as **Exhibit A**); the First

18    Amended Complaint (attached hereto as **Exhibit B**); the Second Amended

19    Complaint (attached hereto as **Exhibit C**); and the Third Amended Complaint

20    (attached hereto as **Exhibit D**).

21    (2)   Notice of Scheduled Hearing in This Action. This matter is set for a

22    hearing for preliminary approval of the proposed settlement on May 23, 2019 at

23    1:30 p.m. at the United States District Court for the Northern District of California –

24    San Jose Division, Courtroom 8, located at 280 South 1st Street, San Jose, CA

25    95113.

26    (3)   Proposed Notice to the Class. Attached hereto as **Exhibit E** is the

27    proposed Notice to the Class. Pursuant to the Joint Stipulation of Class Action

28    Settlement ("Joint Stipulation"), no later than ten (10) business days following

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

1   preliminary approval of the Settlement by the Court, Defendants shall provide the

2   Settlement Administrator with the Class Data. Also pursuant to the Joint Stipulation,

3   the Claims Administrator shall mail the Notice Packet to the Class, on or before the

4   seventh (7) calendar day after receiving the Class Data. The Notice Packet contains

5   information regarding the nature of the settlement, Class Members' rights to request

6   exclusion from the Class, the ability to challenge the records upon which individual

7   settlement awards will be based, Class Members' rights to object to the settlement

8   and the date of the Final Approval Hearing.

9       (4)   Proposed Class Action Settlement. The proposed class action

10  settlement is described in full in the Joint Stipulation.

11      (5)   Copy of Settlement Agreement. The Joint Stipulation, which is attached

12  hereto as **Exhibit F**, sets forth the full settlement agreement entered into between

13  Plaintiffs and Defendants. There are no additional side agreements between

14  Plaintiffs and Defendants.

15      (6)   Final Judgment or Notice of Dismissal. No final judgment or notice of

16  dismissal has been entered. The parties anticipate that a final judgment or notice of

17  dismissal will be entered no earlier than the date set for the Final Approval Hearing,

18  which has not been set yet.

19      (7)   Estimate of Class Members Residing in Each State and Estimate of

20  Proportionate Share of Such Class Members to the Entire Settlement. Based on the

21  records maintained by Defendants in the normal course of business, there are 1,021

22  class members, one of whom is believed to reside in the State of Nevada. His/her

23  name is Talipope Vitale. Additionally, based on the records maintained by

24  Defendant in the normal course of business, Class Members reside in the following

25  states other than Nevada: Illinois (one Class Member), North Carolina (one Class

26  Member), Washington (one Class Member), Pennsylvania (one Class Member), and

27  California (1,016 Class Members). The parties estimate that the class members

28  residing in California shall receive more than 99% of the net settlement amount

pursuant to the Joint Stipulation.

(8)  <u>Relevant Judicial Opinions</u>. There are not any written judicial opinions relating to the materials described herein. Additionally, for the convenience of the Attorney General, a true and correct copy of the docket in this action is attached hereto as **Exhibit G**.

Dated: March 14, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By:   */s/ Christopher J. Archibald*
         Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3)
(***Gary Middle Rider v. Moving Solutions, Inc., et al.***)

3  STATE OF CALIFORNIA, COUNTY OF ORANGE

4      I am employed in the County of Orange, State of California.  I am over the age of 18 and
5  not a party to the within action.  My business address is:  3161 Michelson Drive, Suite 1500,
   Irvine, CA  92612-4414.

6      On **March 14, 2019**, I caused the following document(s) described as:

7  **DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED**
8  **FACILITIES SOLUTIONS, LLC'S NOTICE TO ATTORNEY GENERAL OF THE**
   **STATE OF NEVADA OF PROPOSED CLASS ACTION SETTLEMENT**
9  to be served on all interested parties in this action as follows:

| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:   650.630.2447<br>Email:   jdb@wagedefenders.net |
|---|---|
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:   408.286.7000<br>Email:   vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.***<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>       gcallan@eralawyers.com |
| Aaron Ford<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701 | ***Attorney General of Nevada*** |

      [☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection
and processing correspondence for mailing. Under that practice it would be deposited with U.S.
Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the
ordinary course of business.  I am aware that on motion of the party served, service is presumed
invalid if postal cancellation date or postage meter date is more than one day after date of deposit
for mailing in affidavit.

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 14, 2019**, at Irvine, California.

_Ginny Hamel_
Ginny Hamel

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

EXHIBIT 7

Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S NOTICE TO ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA OF PROPOSED CLASS ACTION SETTLEMENT** <br><br> **(28 U.S.C. § 1715(b))** <br><br> Hon. Lucy H. Koh |

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**TO THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA:**

**PLEASE TAKE NOTICE** that Plaintiffs GARY MIDDLE RIDER, BARBARA MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO, and DAN CORONADO, on behalf of themselves and on behalf of a class of all other persons similarly situated (collectively, "Plaintiffs") and Defendants CHARTWELL STAFFING SERVICES, INC., MANAGED FACILITIES SOLUTIONS, LLC, and MOVING SOLUTIONS, INC. ("Defendants") (Plaintiffs and Defendants are collectively herein referred to as "the Parties") have reached a proposed settlement of the claims at issue in this litigation. Pursuant to the Class Action Fairness Act of 2005 ("CAFA") 28 U.S.C. § 1715, Defendants provide this notice to the Attorney General of the United States of America, the Attorney General of the State of California, and the appropriate state official in each state in which at least one class member resides. Defendants enclose the following documents in accordance with their notice obligations under 28 U.S.C. § 1715(b):

(1)   <u>Copies of All Complaints Filed in the Action</u>. True and correct copies of the following complaints, together with all materials filed with the complaints, are attached hereto: the original Complaint (attached hereto as **Exhibit A**); the First Amended Complaint (attached hereto as **Exhibit B**); the Second Amended Complaint (attached hereto as **Exhibit C**); and the Third Amended Complaint (attached hereto as **Exhibit D**).

(2)   <u>Notice of Scheduled Hearing in This Action</u>. This matter is set for a hearing for preliminary approval of the proposed settlement on May 23, 2019 at 1:30 p.m. at the United States District Court for the Northern District of California – San Jose Division, Courtroom 8, located at 280 South 1st Street, San Jose, CA 95113.

(3)   <u>Proposed Notice to the Class</u>. Attached hereto as **Exhibit E** is the proposed Notice to the Class. Pursuant to the Joint Stipulation of Class Action

Settlement ("Joint Stipulation"), no later than ten (10) business days following preliminary approval of the Settlement by the Court, Defendants shall provide the Settlement Administrator with the Class Data. Also pursuant to the Joint Stipulation, the Claims Administrator shall mail the Notice Packet to the Class, on or before the seventh (7) calendar day after receiving the Class Data. The Notice Packet contains information regarding the nature of the settlement, Class Members' rights to request exclusion from the Class, the ability to challenge the records upon which individual settlement awards will be based, Class Members' rights to object to the settlement and the date of the Final Approval Hearing.

(4)    Proposed Class Action Settlement. The proposed class action settlement is described in full in the Joint Stipulation.

(5)    Copy of Settlement Agreement. The Joint Stipulation, which is attached hereto as **Exhibit F**, sets forth the full settlement agreement entered into between Plaintiffs and Defendants. There are no additional side agreements between Plaintiffs and Defendants.

(6)    Final Judgment or Notice of Dismissal. No final judgment or notice of dismissal has been entered. The parties anticipate that a final judgment or notice of dismissal will be entered no earlier than the date set for the Final Approval Hearing, which has not been set yet.

(7)    Estimate of Class Members Residing in Each State and Estimate of Proportionate Share of Such Class Members to the Entire Settlement. Based on the records maintained by Defendants in the normal course of business, there are 1,021 class members, 1,016 of whom is believed to reside in the State of California. Additionally, based on the records maintained by Defendant in the normal course of business, Class Members reside in the following states other than California: Pennsylvania (one Class Member), Illinois (one Class Member), North Carolina (one Class Member), Washington (one Class Member), and Nevada (one Class Member). The parties estimate that the class members residing in California shall

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

1   receive more than 99% of the net settlement amount pursuant to the Joint

2   Stipulation.

3       (8)   <u>Relevant Judicial Opinions</u>. There are not any written judicial opinions

4   relating to the materials described herein. Additionally, for the convenience of the

5   Attorney General, a true and correct copy of the docket in this action is attached

6   hereto as **Exhibit G**.

7

8   Dated: March 14, 2019          Allison C. Eckstrom

9                                             Christopher J. Archibald

10                                            Michael E. Olsen
    **BRYAN CAVE LEIGHTON PAISNER LLP**

11

12                                  By:   */s/ Christopher J. Archibald*
                                              Christopher J. Archibald

13                                  Attorneys for Defendants
    CHARTWELL STAFFING SERVICES, INC. and

14                                  MANAGED FACILITIES SOLUTIONS, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

# PROOF OF SERVICE
## CCP 1013a(3)
### (*Gary Middle Rider v. Moving Solutions, Inc., et al.*)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **March 14, 2019**, I caused the following document(s) described as:

**DEFENDANTS CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES SOLUTIONS, LLC'S NOTICE TO ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA OF PROPOSED CLASS ACTION SETTLEMENT** to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.***<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |
| Attorney General William Barr<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | ***Attorney General of the United States of America*** |

[☒] **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

1     [☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2     Executed on **March 14, 2019**, at Irvine, California.

3

4                        Ginny Hamel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE
## CCP 1013a(3)
### (*Gary Middle Rider v. Moving Solutions, Inc., et al.*)

3  STATE OF CALIFORNIA, COUNTY OF ORANGE

4      I am employed in the County of Orange, State of California. I am over the age of 18 and
5  not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500,
   Irvine, CA 92612-4414.

6      On **March 14, 2019** I caused the following document(s) described as:

7  **DECLARATION OF CHRISTOPHER J. ARCHIBALD REGARDING DEFENDANTS
8  CHARTWELL STAFFING SERVICES, INC. AND MANAGED FACILITIES
   SOLUTIONS, LLC'S NOTICE TO UNITED STATES ATTORNEY GENERAL AND TO
9  STATE ATTORNEY GENERALS OF PROPOSED CLASS ACTION SETTLEMENT
   PURSUANT TO 28 U.S.C. § 1715(b)**
10 to be served on all interested parties in this action as follows:

| 11 | James Dal Bon, Esq. | ***Attorneys for Plaintiff*** |
| 12 | Law Offices of James Dal Bon | |
|    | 606 North 1st Street | Phone:    650.630.2447 |
| 13 | San Jose, CA 95112 | Email:    jdb@wagedefenders.net |
| 14 | Victoria L.H. Booke, Esq. | ***Attorneys for Plaintiff*** |
| 15 | Law Offices of Booke & Ajlouny, LLP | |
|    | 606 North 1st Street | Phone:    408.286.7000 |
| 16 | San Jose, CA 95112 | Email:    vbrooke@gmail.com |
| 17 | Richard D. Schramm, Esq. | ***Attorneys for Defendant/Cross-Complainant,*** |
|    | Grainne M. Callan | ***Moving Solutions, Inc.*** |
| 18 | Employment Rights Attorneys | |
| 19 | 1500 E. Hamilton Avenue, Suite 118 | Phone: 408.796.7551 |
|    | Campbell, CA 95008 | Email: rschramm@eralawyers.com |
| 20 | | gcallan@eralawyers.com |

21      [☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be
22  served by means of this Court's electronic transmission of the Notice of Electronic filing through
    the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users
23  set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 14, 2019**, at Irvine, California.

Ginny Hamel

USA01\12088658.1\1761483.000005

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414