Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**<br><br>Hon. Lucy H. Koh<br><br>Date: June 27, 2019<br>Time: 1:30 p.m.<br>Courtroom: 8 |

USA01\12578244

DECLARATION OF C.J. ARCHIBALD IN SUPPORT OF MOTION TO WITHDRAW; #17-CV-04015-LHK

# DECLARATION OF CHRISTOPHER J. ARCHIBALD

I, Christopher J. Archibald, declare as follows:

1. I am an attorney licensed to practice before all of the Courts of the State of California, and am an associate with the law firm of Bryan Cave Leighton Paisner LLP ("BCLP"), counsel of record for Defendants Chartwell Staffing Services, Inc.("Chartwell") and Managed Facilities Solutions, LLC ("MFS"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. I make this Declaration in support of BCLP's motion for leave to withdraw as counsel for MFS on the grounds that circumstances, as described below, have made it unreasonably difficult to continue with the representation. BCLP does not seek to withdraw as counsel for its other client, defendant Chartwell.

3. The professional relationship of trust and confidence between BCLP and MFS has broken down due to personal and professional disputes between the principals of the two companies. The alleged sole member of MFS is Adam Kidan, who is the former President and Chief Executive Officer of Chartwell. On April 4, 2019, Chartwell filed suit against Mr. Kidan in the U.S. District Court for the Central District of California, alleging that Mr. Kidan has acted intentionally to harm Chartwell by misappropriating company funds for his personal use when he was President and CEO, and by misappropriating Chartwell's trade secrets. On the same day, Mr. Kidan filed a lawsuit against Chartwell.

4. Our communications with MFS have also broken down. On April 3, 2019, I informed Haynes Dallas, the Chief Operating Officer for Defendant MFS, regarding BCLP's intent to seek leave of Court to withdraw as counsel of record for MFS in accordance with Civil Local Rule 11-5, and asked MFS to consent to the withdrawal.

5. I informed Mr. Dallas that if this motion is granted, BCLP will no longer be representing MFS in this action. I told him that MFS may not represent

itself because it is a limited liability company, and that that it will need to retain new counsel.

6. MFS did not respond directly, but Mr. Kidan's personal lawyer, David Affeld of Affeld Grivakes LLP, responded to me by email less than one hour later, making it clear that MFS would not consent to BCLP's withdrawal. Mr. Affeld made legally frivolous and unfounded threats regarding a purported conflict of interest between BCLP and Mr. Kidan, although BCLP has never represented Mr. Kidan individually, and does not have an attorney-client relationship with him by virtue of its representation of MFS. I understood Mr. Affeld's statements to be an attempt to deter our law firm from representing its client Chartwell.

7. Permitting BCLP to withdraw as counsel for MFS will not prejudice any of the parties nor will it unreasonably delay the resolution of this case. The parties have agreed to settle the case, and the plaintiffs have filed a motion for approval of the settlement, which is unopposed. The hearing on the motion to approve the settlement is set for May 23, 2019, so MFS has ample time to obtain new counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of April, 2019, at Irvine, California.

*/s/Christopher J. Archibald*
Christopher J. Archibald

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 9, 2019,** I caused the following document(s) described as:

**DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>        gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Managed Facilities Solutions, LLC<br>c/o Haynes Dallas, Chief Executive Officer<br>128 Component Drive<br>San Jose, CA 95131 | *Defendant* |

[☒] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

USA01\12088658.1\1761483.000005

PROOF OF SERVICE

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

1    [☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 9, 2019**, at Irvine, California.

*Ginny Hamel* (signature)

Ginny Hamel