# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>　　　　　Defendants. | Case No. 17-CV-04015 LHK<br><br>**[PROPOSED] ORDER GRANTING BRYAN CAVE LEIGHTON PAISNER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**<br><br>Hon. Lucy H. Koh |

| 1 | The Court considered the motion of Bryan Cave Leighton Paisner LLP
| 2 | ("BCLP") to withdraw as counsel for Defendant Managed Facilities Solutions, LLC
| 3 | ("Withdrawal Motion"), the papers filed regarding the motion, and oral argument, if
| 4 | any.

IT IS HEREBY ORDERED that the motion is GRANTED.

1. BCLP is relieved as counsel for MFS.

2. Papers shall continue to be served on BCLP for forwarding purposes until MFS retains substitute counsel.

3. MFS shall retain substitute counsel and substitute counsel shall enter its appearance by May _____, 2019.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Lucy H. Koh

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 9, 2019**, I caused the following document(s) described as:

**[PROPOSED] ORDER GRANTING BRYAN CAVE LEIGHTON PAISNER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Managed Facilities Solutions, LLC<br>c/o Haynes Dallas, Chief Executive Officer<br>128 Component Drive<br>San Jose, CA 95131 | *Defendant* |

[☒] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

USA01\12088658.1\1761483.000005

PROOF OF SERVICE

1
2  [☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
3
4  Executed on **April 9, 2019**, at Irvine, California.

   *Ginny Hamel*
   Ginny Hamel

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

USA01\12088658.1\1761483.000005

2

PROOF OF SERVICE