Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br>Plaintiffs, <br><br>v. <br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br>Defendants. | Case No. 17-CV-04015 LHK <br><br>**MOTION PURSUANT TO L.R. 6-3 FOR ORDER ADVANCING JUNE 27, 2019 HEARING DATE AND SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br>[Filed concurrently with Declaration of Christopher J. Archibald and Proposed Order] <br><br>Hon. Lucy H. Koh |

USA01\12599785

MOTION FOR ORDER ADVANCING HEARING DATE AND SHORTENING TIME FOR HEARING ON
PROPOSED MOTION TO WITHDRAW AS COUNSEL; #17-CV-04015-LHK

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Bryan Cave Leighton Paisner LLP ("BCLP") will, and hereby does, move for an order specially setting BCLP's motion for leave to withdraw as counsel ("Withdrawal Motion") for Defendant Managed Facilities Solutions, LLC ("MFS"). BCLP requests that its Withdrawal Motion be set for hearing on May 2, 2019. It requests that any opposition be filed by April 19, and its reply brief, if any, be filed on April 26.

BCLP makes this motion pursuant to Local Rule 6-3, and files it concurrently with its Withdrawal Motion. *See Creative Science Systems, Inc. v. Forex Capital Markets, LLC*, 2006 WL 3826730, at *1 (N.D. Cal. Dec. 27, 2006) (stating a motion pursuant to Local Rule 6-3, as opposed to an *ex parte* application pursuant to Local Rule 7-10, is appropriate where "a party is merely seeking relief in a shorter time frame than is available under the normal briefing and hearing schedule."). This Motion is based on the concurrently filed declaration of Christopher J. Archibald and proposed order, as well as the Withdrawal Motion and all documents concurrently filed with the Withdrawal Motion.

## I. FACTUAL BACKGROUND

As set forth more fully in the accompanying Withdrawal Motion, withdrawal is warranted because the relationship of trust and confidence between BCLP and its client MFS has irretrievably broken down, and MFS is no longer cooperating or meaningfully communicating with BCLP. This has resulted from a personal and professional rift between the principals of BCLP's two clients, defendants Chartwell Staffing Services, Inc. ("Chartwell") and MFS, which has resulted in separate litigation. Although their new litigation is completely unrelated to the present case, it has led to a breakdown in the attorney-client relationship with MFS.

Adam Kidan, the alleged sole member of Defendant MFS and the former President and Chief Executive Officer of Chartwell, has intentionally and

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

wrongfully acted adversely to Chartwell. He did so by misappropriating Chartwell's funds for personal use while he was its President and CEO, and by misappropriating Chartwell's trade secrets in violation of the law to compete with Chartwell, among other things. (See, Withdrawal Motion.)

On April 4, 2019, Mr. Kidan initiated a separate lawsuit against Chartwell related to the recent developments, unrelated to the present action or BCLP's representation. Chartwell also filed its lawsuit against Mr. Kidan the same day, seeking damages and injunctive relief for the illegal acts he committed against Chartwell.

On April 4, 2019, BCLP contacted the Court at LHKCRD@cand.uscourts.gov to obtain a hearing date for the Withdrawal Motion. BCLP was notified, however, that the first available hearing date was not until June 27, 2019. As demonstrated above and in BCLP's Withdrawal Motion, BCLP cannot continue to represent MFS in the present action for three more months.

## II. GOOD CAUSE EXISTS TO GRANT THIS MOTION

Good cause exists for this motion, because absent the requested relief, the Withdrawal Motion will not be heard until June 27, 2019. BCLP will be forced to represent MFS for another three months, despite the deterioration of the relationship of trust and confidence between BCLP and its client MFS.

Even if the hearing date is set for May 2, 2019, the parties have sufficient time to oppose the Withdrawal Motion, should they wish to do so.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

### III. CONCLUSION

Accordingly, BCLP respectfully requests that the Court grant this motion and issue an order shortening time on the Withdrawal Motion, such that the Withdrawal Motion is heard no later than May 2, 2019.

Dated: April 9, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _/s/ Christopher J. Archibald_
     Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and MANAGED FACILITIES SOLUTIONS, LLC

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 9, 2019,** I caused the following document(s) described as:

**MOTION PURSUANT TO L.R. 6-3 FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC; MEMORANDUM OF POINTS AND AUTHORITIES**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Managed Facilities Solutions, LLC<br>c/o Haynes Dallas, Chief Executive Officer<br>128 Component Drive<br>San Jose, CA 95131 | *Defendant* |

[☒] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

1  [☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this
2  Court at whose direction the service was made.
3  Executed on **April 9, 2019**, at Irvine, California.

*Ginny Hamel* (signature)
Ginny Hamel