Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF MOTION PURSUANT TO L.R. 6-3 FOR ORDER ADVANCING HEARING DATE AND SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**<br><br>[Filed concurrently with Motion to Advance Hearing Date and Shorten Time; and Proposed Order]<br><br>Hon. Lucy H. Koh |

USA01\12600577

DECLARATION OF C.J. ARCHIBALD IN SUPPORT OF MOTION TO ADVANCE HEARING DATE AND SHORTEN TIME; #17-CV-04015-LHK

# DECLARATION OF CHRISTOPHER J. ARCHIBALD

I, Christopher J. Archibald, declare as follows:

1. I am an attorney licensed to practice before all of the Courts of the State of California, and am an associate with the law firm of Bryan Cave Leighton Paisner LLP ("BCLP"), counsel of record for Defendants Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC ("MFS"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to them. I make this declaration pursuant to Local Rule 6-3(a).

**Reasons for Requested Shortening of Time.**

2. BCLP requests the Court to advance the hearing date and shorten the time to hear BCLP's motion to withdraw as counsel of record for MFS ("Withdrawal Motion") because, absent the requested relief, the Withdrawal Motion cannot be heard until June 27, 2019.

3. Withdrawal is warranted because the relationship of trust and confidence between BCLP and its client MFS has irretrievably broken down, and MFS is no longer cooperating or meaningfully communicating with BCLP. This has resulted from a personal and professional rift between the principals of BCLP's two clients, defendants Chartwell Staffing Services, Inc. ("Chartwell") and MFS, which has resulted in litigation. Although their new litigation is completely unrelated to the present lawsuit, it has led to a breakdown in the attorney-client relationship.

4. On April 4, 2019, Mr. Kidan initiated a separate lawsuit against Chartwell related to the recent developments, unrelated to the present action or BCLP's representation. The case is styled *Atlantic Solutions Group, Inc., et al. v. Chartwell Staffing Services, Inc.*, and pending in the United States District Court for the Central District of California, Case No. 8:19-cv-00639. Chartwell also filed its lawsuit against Mr. Kidan the same day, seeking damages and injunctive relief. The

case is styled *Chartwell Staffing Services Inc. v. Atlantic Solutions Group Inc., et al.*, and pending in the United States District Court for the Central District of California, Case No. 8:19-cv-00642.

5. On April 4, 2019, my assistant sent an email to the Court at LHKCRD@cand.uscourts.gov to obtain a hearing date for the Withdrawal Motion. The courtroom deputy responded that the first available hearing date was not until June 27, 2019. As demonstrated above and in BCLP's Withdrawal Motion, BCLP cannot continue to represent MFS in the present action for three more months.

**Efforts to Obtain Stipulation to Time Change**

6. I have obtained agreement from Plaintiffs and co-defendant Moving Solutions regarding the shortened time and proposed schedule for this motion. Plaintiffs and Moving Solutions do not oppose this motion and do not intend to oppose the Withdrawal Motion. However, this does not resolve the other issue for which relief is requested, which is that the earliest hearing date on the court's calendar for the hearing on BCLP's Withdrawal Motion is June 27, 2019.

**Substantial Harm and Prejudice Will Occur if Court Does Not Change the Hearing Date of the Motion**

7. As demonstrated above, absent the requested relief, the Withdrawal Motion will not be heard until June 27, 2019. BCLP will be forced to represent MFS for another three months, despite the deterioration of the relationship of trust and confidence between BCLP and its client MFS.

8. It is also in the best interest of MFS to obtain new counsel as soon as possible, while the only pending issue is an unopposed motion for preliminary approval of class action settlement.

**Compliance with Local Rule 37-1(a) and Nature of Underlying Dispute**

9. On April 3, 2019, I sent an email to Haynes Dallas, MFS's Chief Operating Officer, that BCLP intended to withdraw as counsel of record, and requested MFS to consent to BCLP's withdrawal.

1. 10. MFS did not respond directly, but Mr. Kidan's personal lawyer, David Affeld of Affeld Grivakes LLP, sent me an email less than one hour later, making it clear that MFS would not consent to BCLP's withdrawal. Mr. Affeld made frivolous and unfounded threats regarding a purported conflict of interest between BCLP and Mr. Kidan, although the firm has never represented him, in an apparent attempt to deter the firm from representing Chartwell in the new litigation against Mr. Kidan. These threats by Mr. Kidan's personal lawyer, responding on behalf of MFS, further make it impossible for BCLP to continue to represent MFS in this lawsuit.

**Previous Time Modifications.**

11. Other than adjustments for the mediation completion date, the parties have not requested any prior time modifications in this case.

**Effect of Time Modification on Schedule of Case**

12. Shortening the time to hear this motion will not affect the schedule of this case in any way.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of April, 2019, at Irvine, California.

*/s/ Christopher J. Archibald*
Christopher J. Archibald

<div style="margin-left: 2em;">BRYAN CAVE LEIGHTON PAISNER LLP<br>3161 MICHELSON DRIVE, SUITE 1500<br>IRVINE, CALIFORNIA 92612-4414</div>

**PROOF OF SERVICE**
CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 9, 2019,** I caused the following document(s) described as:

**DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF MOTION PURSUANT TO L.R. 6-3 FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Managed Facilities Solutions, LLC<br>c/o Haynes Dallas, Chief Executive Officer<br>128 Component Drive<br>San Jose, CA 95131 | *Defendant* |

[☒] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

USA01\12088658.1\1761483.000005

PROOF OF SERVICE

[×] FEDERAL - 1 declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 9, 2019**, at Irvine, California.

_____
Ginny Hamel

Bryan Cave Leighton Paisner LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414