# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION PURSUANT TO L.R. 6-3 FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**<br><br>Hon. Lucy H. Koh |

The Court considered the motion of Bryan Cave Leighton Paisner LLP ("BCLP") for an order shortening time for a hearing on their motion for leave to withdraw ("Withdrawal Motion") as counsel for Defendant Managed Facilities Solutions, LLC ("MFS"), and the papers filed regarding the motion. The Court finds good cause for the requested relief in accordance with Civil Local Rule 6-3.

IT IS HEREBY ORDERED that the motion is GRANTED.

1. The hearing on the Withdrawal Motion is set for May 2, 2019, at 1:30 a.m./p.m.

2. Any opposition must be filed by April 19, 2019.

3. Any reply brief must be filed by April 26, 2019.

IT IS SO ORDERED.

Dated: _____          _____
                                    Hon. Lucy H. Koh

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 9, 2019,** I caused the following document(s) described as:

**[PROPOSED] ORDER GRANTING MOTION PURSUANT TO L.R. 6-3 FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Managed Facilities Solutions, LLC<br>c/o Haynes Dallas, Chief Executive Officer<br>128 Component Drive<br>San Jose, CA 95131 | *Defendant* |

[☒] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

USA01\12088658.1\1761483.000005

PROOF OF SERVICE

[X] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 9, 2019**, at Irvine, California.

*Ginny Hamel*
Ginny Hamel