Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**<br><br>Hon. Lucy H. Koh<br><br>Date: June 27, 2019<br>Time: 1:30 p.m.<br>Courtroom: 8 |

USA01\12637517
NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL; #17-CV-04015-LHK

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On April 9, 2019, Bryan Cave Leighton Paisner LLP filed a motion for an order granting it leave to withdraw as counsel for Defendant Managed Facilities Solutions, LLC ("MFS") in this matter. (Dkt. 86). BCLP served its motion on MFS by Federal Express and received confirmation of delivery on MFS' Chief Executive Officer, Haynes Dallas, on April 10, 2019. (Declaration of Christopher J. Archibald in support of Notice of Non-Opposition to Motion to Withdraw as Counsel for MFS ("Archibald Decl."), Ex A)).

Any opposition to BCLP's motion was required to be filed by April 23, 2019. Civil L.R. 7-3(a). BCLP has not been served with any opposition, and the court's docket reflects that no opposition has been filed. As such, all parties are deemed to have waived any opposition to the motion. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

On April 9, 2019, BCLP also filed a motion pursuant to Local Rule 6-3 to shorten time and advance the hearing date on its motion since the earliest available hearing date was June 27, 2019. (Dkt. 87). BCLP has not been served with any opposition, and the court's docket reflects that no opposition has been filed to that motion either. BCLP also served that motion on MFS by Federal Express and received confirmation of delivery on April 10, 2019. (Archibald Decl., Ex. A).

///
///
///
///
///
///
///
///

In light of the foregoing, BCLP respectfully requests that the June 27, 2019 hearing date be advanced and its motion for leave to withdraw be granted at the earliest opportunity so that MFS may find substitute counsel for the May 23, 2019 hearing on Plaintiffs' motion for preliminary approval of class action settlement.

Dated: April 25, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Christopher J. Archibald*
     Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and MANAGED FACILITIES SOLUTIONS, LLC

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 25, 2019,** I caused the following document(s) described as:

**NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 25, 2019,** at Irvine, California.

*/s/ Ginny Hamel*
Ginny Hamel

USA01\12088658.1\1761483.000005

PROOF OF SERVICE