Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**<br><br>Hon. Lucy H. Koh<br><br>Date: June 27, 2019<br>Time: 1:30 p.m.<br>Courtroom: 8 |

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CA 92612-4414

# DECLARATION OF CHRISTOPHER J. ARCHIBALD

I, Christopher J. Archibald, declare as follows:

1. I am an attorney licensed to practice before all of the Courts of the State of California, and am an associate with the law firm of Bryan Cave Leighton Paisner LLP ("BCLP"), counsel of record for Defendants Chartwell Staffing Services, Inc.("Chartwell") and Managed Facilities Solutions, LLC ("MFS"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. I make this Declaration in support of BCLP's notice of non-opposition regarding its motion for leave to withdraw as counsel for MFS.

3. On April 9, 2019, BCLP filed its motion for an order granting it leave to withdraw as counsel for MFS. On April 9, 2019, BCLP also filed a motion pursuant to Local Rule 6-3 to shorten time and advance the hearing date on its motion since the earliest available hearing date was June 27, 2019. BCLP served both motions on MFS by Federal Express and received confirmation of delivery on MFS' Chief Executive Officer, Haynes Dallas, on April 10, 2019. A true and correct copy of the delivery confirmation is attached hereto as **"Exhibit A."**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of April, 2019, at Irvine, California.

*/s/Christopher J. Archibald*
Christopher J. Archibald

EXHIBIT A

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Wednesday, April 10, 2019 9:40 AM |
| To: | Hamel, Ginny |
| Subject: | FedEx Shipment 786536022210 Delivered |

# Your package has been delivered

Tracking # 786536022210

Ship date:
**Tue, 4/9/2019**
**Christopher J. Archibald**
Bryan Cave Leighton Paisner LLP
Irvine, CA 92612
US



Delivered

Delivery date:
**Wed, 4/10/2019 9:32 am**
**Managed Facilities Solutions**
c/o Haynes Dallas
128 COMPONENT DR
SAN JOSE, CA 95131
US



## Personalized Message
PSShip eMail Notification

## Shipment Facts
Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 786536022210 |
| Status: | Delivered: 04/10/2019 09:32 AM Signed for By: F.RODRIGUEZ |
| Reference: | 1761483/1761483.000005/034080 |
| Signed for by: | F.RODRIGUEZ |
| Delivery location: | SAN JOSE, CA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| Standard transit: | 4/10/2019 by 10:30 am |

## This tracking update has been requested by:

**Company name:**   Bryan Cave Leighton Paisner LLP

**Name:**   Christopher J. Archibald

**Email:**   christopher.archibald@bryancave.com

☑ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:39 AM CDT on 04/10/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor christopher.archibald@bryancave.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our **privacy policy**. All rights reserved.

Thank you for your business.

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **April 25, 2019**, I caused the following document(s) described as:

**DECLARATION OF CHRISTOPHER J. ARCHIBALD IN SUPPORT OF NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant,*<br>*Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 25, 2019**, at Irvine, California.

/s/ Ginny Hamel
Ginny Hamel

USA01\12088658.1\1761483.000005

PROOF OF SERVICE