<tr>
<td>

<tr>

1  Allison C. Eckstrom, California Bar No. 217255
   allison.eckstrom@bcpllaw.com
2  Christopher J. Archibald, California Bar No. 253075
   christopher.archibald@bclplaw.com
3  Michael E. Olsen, California Bar No. 307358
4  michael.olsen@bclplaw.com
   **BRYAN CAVE LEIGHTON PAISNER LLP**
5  3161 Michelson Drive, Suite 1500
   Irvine, California 92612-4414
6  Telephone: (949) 223-7000
7  Facsimile: (949) 223-7100

8  Attorneys for Defendant
   CHARTWELL STAFFING SERVICES, INC.
9

10              **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **NOTICE OF ORDER GRANTING BCLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC** <br><br> Hon. Lucy H. Koh <br><br> Date: June 27, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 8 |

**TO DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC:**

**PLEASE TAKE NOTICE** that on May 1, 2019, the Court granted Bryan Cave Leighton Paisner LLP's ("BCLP") motion to withdraw as counsel for Defendant Managed Facilities Solutions, LLC ("MFS") in this matter. The Court's order is attached hereto as "**Exhibit A**."

The Court reminded MFS that it cannot appear unrepresented before the Court because it is an LLC. The Court ordered MFS to appear through substitute counsel by May 22, 2019.

The next hearing in this matter is the hearing on Plaintiffs' motion for preliminary approval of class action settlement, scheduled for May 23, 2019 at 1:30 p.m. before Hon. Lucy Koh in Courtroom 8 of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, CA 95113.

Dated: May 2, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE  LEIGHTON PAISNER LLP**

By:   */s/ Christopher J. Archibald*
          Christopher J. Archibald
Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

**PROOF OF SERVICE**
CCP 1013a(3)
(*Gary Middle Rider v. Moving Solutions, Inc., et al.*)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **May 2, 2019**, I caused the following document(s) described as:

**NOTICE OF ORDER GRANTING BCLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:   650.630.2447<br>Email:   jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:   408.286.7000<br>Email:   vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.***<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>        gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| | |
|---|---|
| Managed Facilities Solutions, LLC<br>c/o Haynes Dallas, Chief Executive Officer<br>128 Component Drive<br>San Jose, CA 95131 | ***Defendant*** |

[☒] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 2, 2019**, at Irvine, California.

_____
Apameh Meyers

BRYAN CAVE LEIGHTON PAISNER LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414