RICHARD SCHRAMM (SBN 151696)
EMPLOYMENT RIGHTS ATTORNEYS
1500 E. Hamilton Ave., Suite 118
Campbell, California 95008
Tel: (408) 796-7551
Fax: (408) 796-7368

Attorneys for Defendant, Moving Solutions, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

-oo0oo-

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>    Plaintiff and Putative Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., A California Corporation; CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California; and MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company,<br><br>    Defendants. | **Case No.** 17-CV-04015-LHK<br><br>**DEFENDANT MOVING SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE MAY 23, 2019 HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Hearing Date:    May 23, 2019<br>Hearing Time:    1:30 p.m.<br>Judge:    Hon. Lucy Koh<br>Hearing Location:    Courtroom 8, 4th Fl. |

1  TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendant Moving Solutions, Inc., ("MSI") respectfully moves for an order granting it permission to appear telephonically for the May 23, 2019 hearing on Plaintiffs' unopposed motion for preliminary approval of class action settlement.

    MSI makes this request on the grounds that its counsel, Richard D. Schramm, Esq. is in trial in the Superior Court of California County of San Francisco, Case No. CGC 17-558201, <u>Gill Reprographics, Inc. v. Clint Walston, et al.</u> By order of Hon. Harold E. Kahn in Dept. 505 of the San Francisco Superior Court, trial is scheduled to last until May 24, 2019, making in-person attendance for Mr. Schramm impossible. Richard D. Schramm has requested Hon. Kahn excuse him to allow him to make such a telephonic appearance from San Francisco, pending an order from this Court on this instant motion.

    Prejudice to MSI, as well as Mr. Schramm's client in the <u>Gill Reprographics</u> matter will result, if Mr. Schramm is not permitted to appear telephonically.

Respectfully,

May 8, 2019

                                                */s/*
                                    Richard D. Schramm, Esq.
                                    EMPLOYMENT RIGHTS ATTORNEYS
                                    Attorneys for Defendant, Moving Solutions, Inc.