1  RICHARD SCHRAMM (SBN 151696)
   EMPLOYMENT RIGHTS ATTORNEYS
2  1500 E. Hamilton Ave., Suite 118
   Campbell, California 95008
3  Tel: (408) 796-7551
   Fax: (408) 796-7368
4
5  Attorneys for Defendant, Moving Solutions, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA, SAN JOSE DIVISION

-oo0oo-

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>    Plaintiff and Putative Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., A California Corporation; CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California; and MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No. 17-CV-04015-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MOVING SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE MAY 23, 2019 HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>[Filed Concurrently with Motion to Appear Telephonically]<br><br>Hearing Date:    May 23, 2019<br>Hearing Time:    1:30 p.m.<br>Judge:    Hon. Lucy Koh<br>Hearing Location:    Courtroom 8, 4th Fl. |

**PROPOSED ORDER**

The Court, having read and considered Defendant Moving Solutions, Inc.'s ("MSI") motion to appear telephonically for the May 23, 2019 hearing on Plaintiffs' unopposed motion for preliminary approval of class action settlement, and good cause appearing, hereby GRANTS its request.

MSI's counsel is hereby directed to contact CourtCall Remote Court Appearances at (866) 582-6878 in advance of the hearing to finalize its appearance. MSI's counsel is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Lucy H. Koh
                                                UNITED STATES DISTRICT COURT JUDGE