# PROOF OF SERVICE

I am a citizen of the United States and a resident of Santa Clara County. I am over the age of 18 years and not a party to the within cause of action. My business address is 1500 E. Hamilton Avenue, Suite 118, Campbell, CA 95008. On May 09, 2019, I served a copy of the document described as:

**1. DEFENDANT MSI'S MOTION TO APPEAR TELEPHONICALLY FOR MAY 23, 2019 HEARING ON MOTION FOR PRELIMINARY APPROVAL**

**2. [PROPOSED] ORDER GRANTING DEFENDANT MSI'S MOTION TO APPEAR TELEPHONICALLY FOR MAY 23, 2019 HEARING ON MOTION FOR PRELIMINARY APPROVAL.**

The above-described document was served on the following:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Office of James Dal Bon<br>606 N. First Street<br>San Jose, CA 95112<br><br>jdb@wagedefenders.net<br>*Attorneys for Plaintiff* | Victoria L.H. Booke, Esq.<br>Booke & Ajlouny<br>606 North First Street<br>San Jose, CA 95112<br><br>vbooke@gmail.com<br>*Attorneys for Plaintiff* |

Christopher J. Archibald
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Park Tower, Suite 1500
 695 Tower Center Drive, 15th Fl.
Costa Mesa, CA 92626

christopher.archibald@ogletreedeakins.com
*Attorneys for Defendant, Chartwell Staffing Sol.*

[ ]   (**By Mail**)  I caused such envelope(s) with postage fully prepaid to be placed in the U.S. Mail at San Jose, CA.

[X]   [**By Electronic Mail**] I caused an electronic mail copy of said document(s) to be transmitted to the recipient's previously designated electronic mail address.

[ ]   (**By Certified Mail**)  I caused such envelope(s) with postage fully prepaid, return receipt requested, to be placed in the United States Mail at San Jose, CA.

[ ]   (**By Overnight Courier**) I caused such envelope(s) to be picked up for guaranteed next day delivery by _____.

[ ]   (**By Hand/Personal Service**)  I personally served such document(s) by hand to the person(s) at the address herein above named.

[ ]   (**By Facsimile**)  I caused said document to be sent to the Fax Machine number indicated above, by Fax Machine No. (408) 295-5008 which machine complies with Rule 2003(3) of the California Rules of Court and no error was reported by the machine. Pursuant to Rule 2005(I) I caused the machine to print a transmission record, a copy of which is maintained in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 09, 2019

                          /s/
                   Rachel A. Garcia