Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR MAY 23, 2019 HEARING ON MOTION FOR PRELIMINARY APPROVAL<br><br>Hon. Lucy H. Koh |

# ~~PROPOSED~~ ORDER

The Court, having read and considered Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") motion to appear telephonically for the May 23, 2019 hearing on Plaintiffs' unopposed motion for preliminary approval of class action settlement, hereby GRANTS its request. Chartwell is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing, to finalize its appearance. Chartwell is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: May 13, 2019

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge