1  RICHARD SCHRAMM (SBN 151696)
   EMPLOYMENT RIGHTS ATTORNEYS
2  1500 E. Hamilton Ave., Suite 118
   Campbell, California 95008
3  Tel: (408) 796-7551
   Fax: (408) 796-7368
4
5  Attorneys for Defendant, Moving Solutions, Inc.

6
7
8              **UNITED STATES DISTRICT COURT**
9            **NORTHERN CALIFORNIA, SAN JOSE DIVISION**
10                         -oo0oo-

11 | GARY MIDDLE RIDER, an individual, ) | **Case No.** 17-CV-04015-LHK |
   | ROBERT GARZA, an individual, ALBERT ) | |
12 | ARELLANO, an individual, JOSE DON ) | **[PROPOSED] ORDER GRANTING** |
   | CORONADO, an individual, ) | **DEFENDANT MOVING SOLUTIONS, INC.'S** |
13 | ) | **MOTION TO APPEAR TELEPHONICALLY** |
   |       Plaintiff and Putative Plaintiffs, ) | **FOR THE MAY 23, 2019 HEARING ON** |
14 | ) | **MOTION FOR PRELIMINARY APPROVAL** |
   |    v. ) | |
15 | ) | |
   | ) | [Filed Concurrently with Motion to Appear |
16 | MOVING SOLUTIONS, INC., A California ) | Telephonically] |
   | Corporation; CHARTWELL STAFFING ) | |
17 | SOLUTIONS, INC., a New York Corporation ) | Hearing Date:    May 23, 2019 |
   | licensed to do business in California; and ) | Hearing Time:    1:30 p.m. |
18 | MANAGED FACILITIES SOLUTIONS, LLC, a ) | Judge:           Hon. Lucy Koh |
   | California Limited Liability Company, ) | Hearing Location: Courtroom 8, 4th Fl. |
19 | ) | |
   |       Defendants. ) | |
20 | ) | |
21 | ) | |

("[PROPOSED]" shown with strikethrough)

# ~~PROPOSED~~ ORDER

The Court, having read and considered Defendant Moving Solutions, Inc.'s ("MSI") motion to appear telephonically for the May 23, 2019 hearing on Plaintiffs' unopposed motion for preliminary approval of class action settlement, and good cause appearing, hereby GRANTS its request.

MSI's counsel is hereby directed to contact CourtCall Remote Court Appearances at (866) 582-6878 in advance of the hearing to finalize its appearance. MSI's counsel is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: __May 13, 2019__

_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE