1  James Dal Bon, California Bar No. 157942
   **LAW OFFICES OF JAMES DAL BON**
2  606 North First Street
3  San Jose, CA  95112
   Telephone:   (408) 466-5845
4
   Victoria L. H. Booke, California Bar No. 142518
5  **LAW OFFICES OF BOOKE & AJLOUNY, LLP**
   606 North First Street
6  San Jose, CA  95112
7  Telephone:   (408) 286-7000

8  Attorneys for Plaintiffs and the Putative Class

9
                    UNITED STATES DISTRICT COURT
10
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11

12
   ALBERT ARELLANO, ROBERT          | Case No. 17-CV-04015 LHK
13 GARZA, DANIEL CORONADO,
   JOSE DON CORONADO,               | **AMENDED JOINT CASE
14                                    MANAGEMENT STATEMENT**
15 PLAINTIFFS AND PUTATIVE          | Hon. Lucy H. Koh
   PLAINTIFFS
16
                         Plaintiffs,
17                                    Date:   May 23, 2019
                v.                    Time:   1:30 p.m.
18                                    Room:   8
   MOVING SOLUTIONS, a California
19 Corporation MANAGED FACILITIES
   SOLUTIONS, LLC a California
20 Limited Liability Company and
   CHARTWELL STAFFING
21 SOLUTIONS, INC a new York
   Corporation licensed to do business in
22 California

23                       Defendants.

24
25
26
27
28

12682431.1

AMENDED JOINT CASE MANAGEMENT STATEMENT – 17-CV-04015-LHK

Plaintiffs Albert Arellano, Robert Garza, Barbara Middle Rider, and Dan Coronado ("Plaintiffs") and Defendants Moving Solutions, Inc. and Chartwell Staffing Services, Inc. ("Defendants") (collectively, the "Parties"), hereby jointly submit this status report in preparation for the May 23, 2019 status conference:

The Parties have entered into an agreement to resolve all claims in this action.

On March 8, 2019, Plaintiffs filed their Motion for Preliminary Approval of Class and PAGA Settlement. The Court set the motion for hearing on May 23, 2019 at 1:30 p.m.

***The filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.***

Dated: May 16, 2019

James Dal Bon
**LAW OFFICES OF JAMES DAL BON**

By: */s/ James Dal Bon*
James Dal Bon
Attorneys for Plaintiffs and the Putative Class

Dated: May 16, 2019

Victoria L. H. Booke
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**

By: */s/ Victoria L. H. Booke*
Victoria L. H. Booke
Attorneys for Plaintiffs and the Putative Class

| | |
|---|---|
| Dated: May 16, 2019 | Allison C. Eckstrom<br>Christopher J. Archibald<br>Michael E. Olsen<br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br><br>By: */s/ Christopher J. Archibald*<br>　　　Christopher J. Archibald<br>Attorneys for Defendant<br>CHARTWELL STAFFING SERVICES, INC. |
| Dated: May 16, 2019 | Richard D. Schramm<br>**EMPLOYMENT RIGHTS ATTORNEYS**<br><br>By: */s/ Richard D. Schramm*<br>　　　Richard D. Schramm<br>Attorneys for Defendant<br>Moving Solutions, Inc. |

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **May 16, 2019**, I caused the following document(s) described as:

**AMENDED JOINT CASE MANAGEMENT STATEMENT**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone:   650.630.2447<br>Email:    jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone:   408.286.7000<br>Email:    vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>           gcallan@eralawyers.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 16, 2019**, at Irvine, California.

*/s/ Ginny Hamel*
Ginny Hamel