United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER, et al., | Case No. 17-CV-04015-LHK |
| Plaintiffs, | **ORDER TO FILE LODESTAR INFORMATION** |
| v. | |
| MOVING SOLUTIONS, INC., et al., | |
| Defendants. | |

Plaintiffs' counsel has failed to provide lodestar information in the motion for preliminary approval as required by the Northern District of California's Procedural Guidance for Class Action Settlements. Plaintiffs' counsel shall file by 9:00 a.m. on Thursday, May 23, 2019 lodestar information as specified in paragraph 6 of the Northern District of California's Procedural Guidance for Class Action Settlements, including the total number of hours billed to date, the attorneys who worked on the case, and hourly rates.

**IT IS SO ORDERED.**

Dated: May 22, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-04015-LHK
ORDER TO FILE LODESTAR INFORMATION