David W. Affeld, Cal. Bar. No. 123922
Damion Robinson, Cal. Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (310) 979-8700
Fax (310) 979-8701
dr@agzlaw.com

Attorneys for Defendant
Managed Facilities Solutions, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, *et al.*, *etc.* <br><br> Plaintiffs, <br><br> vs. <br><br> MOVING SOLUTIONS, a California corporation, *et al.* <br><br> Defendants. | **Case No.:  17-CV-04015 LHK** <br><br> *Assigned for All Purposes to:* <br> The Hon. Lucy H. Koh <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

# NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorneys hereby appear for defendant Managed Facilities Solutions, LLC, a California limited liability company, in this action:

> David W. Affeld
> (California Bar No. 123922)
> Email: dwa@agzlaw.com
>
> Damion Robinson
> (California Bar No. 262573)
> Email: dr@agzlaw.com
>
> Affeld Grivakes LLP
> 2049 Century Park East, Suite 2460
> Los Angeles, California 90067
> Tel: (310) 979-8700
> Fax: (310) 979-8701

Each of the above-listed attorneys is licensed to practice in the State of California and admitted to practice before this Court. Counsel request that they receive electronic notice of filings and orders in this case through the Court's CM/ECF system.

Dated: May 22, 2019                    Respectfully submitted,

                                       By: s/ Damion Robinson
                                           David W. Affeld
                                           Damion D. D. Robinson
                                           Affeld Grivakes LLP

                                           Attorneys for Defendant Managed
                                           Facilities Solutions, LLC

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document using the Court's CM/ECF System. I am informed and believe that filing through the CM/ECF system will cause notice to be served on all interested parties.

_____
Damion Robinson