1  David W. Affeld, Cal. Bar. No. 123922
   Damion Robinson, Cal. Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Suite 2460
3  Los Angeles, California 90067
   Tel. (310) 979-8700
4  Fax (310) 979-8701
   dr@agzlaw.com
5
   Attorneys for Defendant
6  Managed Facilities Solutions, LLC

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | GARY MIDDLE RIDER, an individual, *et al.*, *etc.*  | **Case No.: 17-CV-04015 LHK**
13 |                                                      | *Assigned for All Purposes to:*
   |                                                      | The Hon. Lucy H. Koh
14 |                          Plaintiffs,                 |
15 |                vs.                                    | **NOTICE OF SPECIAL APPEARANCE AND REQUEST TO SPECIALLY APPEAR**
16 | MOVING SOLUTIONS, a California corporation, *et al.* |
17 |                                                      | Date:        May 23, 2019
   |                                                      | Time:        1:30 p.m.
18 |                         Defendants.                   | Courtroom:   8

**NOTICE AND REQUEST TO SPECIALLY APPEAR**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorney will make a special and limited appearance on behalf of Affeld Grivakes LLP, counsel of record to defendant Managed Facilities Solutions, LLC ("MFS"), in this action, for the limited purpose of participating in the hearing on the parties' unopposed Motion for Preliminary Settlement Approval:

> David Markevitch
> (California Bar No. 256163)
> Markevitch Law Firm
> 1261 Lincoln Ave., Suite 208
> San Jose, CA 95125-3013
> Tel. (408) 463-6802
> Fax (408) 503-0889
> Email: dmarkevtich@markevitchlaw.com

Mr. Markevitch is duly licensed to practice law in the State of California and is admitted to practice in this District.

PLEASE TAKE FURTHER NOTICE that MFS respectfully requests leave for Mr. Markevitch to specially appear for the limited purpose of representing MFS at the preliminary-approval hearing. This request is based on the following grounds.

As a limited liability company, MFS must appear through counsel in this action. *See Lotus Management, LLC v. Shulman*, 2013 Wl 5734893, at *2 (N.D. Cal. Oct. 22, 2013) ("Lotus Management—a limited liability company—may appear in federal court only through a licensed attorney"). On April 9, 2019, MFS' counsel throughout this case, Christopher Archibald of Bryan Cave Leighton & Paisner, LLP ("Prior Counsel"), filed a Motion to Withdraw as Counsel, Dkt No. 86. The original hearing date of that motion was June 27, 2019. On May 2, 2019, Prior Counsel served on MFS a copy of the Court's Order granting its Motion to Withdraw, Dkt. No. 89 (the "Order"). Until that time, Prior Counsel continued to act as though it was representing MFS in this action, including corresponding with MFS about settlement.

Pursuant to the Court's Order, MFS acted promptly to retain new counsel in advance of the preliminary approval hearing. MFS retained new counsel, Affeld Grivakes LLP, which is making a general appearance concurrently with this notice. MFS' new counsel is located in Los

Angeles, making it impracticable for one of its attorneys to travel to the Northern District of California to attend the May 23, 2019 preliminary-approval hearing in person.

MFS' new counsel has an ongoing working relationship with the Markevitch Law Firm and Mr. Markevitch on other matters. Mr. Markevitch has agreed to specially appear on behalf of Affeld Grivakes LLP for the limited purpose of participating in the preliminary approval hearing. Mr. Markevitch is fully informed of the issues to be addressed at the preliminary approval hearing and is experienced in class litigation and complex litigation in state and federal courts, including the Northern District of California.

The Motion for Preliminary Settlement Approval is unopposed.

Dated: May 22, 2019                    Respectfully submitted,

By: s/ Damion Robinson
David W. Affeld
Damion D. D. Robinson
Affeld Grivakes LLP

Attorneys for Defendant Managed Facilities Solutions, LLC

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

    I certify that I electronically filed the foregoing document using the Court's CM/ECF System. I am informed and believe that filing through the CM/ECF system will cause notice to be served on all interested parties.

                                                        _____
                                                        Damion Robinson