James Dal Bon, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. First Street
San Jose, CA 95112
Tel: (408) 977-7710
Fax: (888) 868-8043
jdb@wagedefenders.com

Victoria L.H. Booke, sbn 142518
BOOKE & AJLOUNY
606 N. First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individually JOSE DON CORONADO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>[Assigned To The Honorable Lucy H. Koh<br><br>**DECLARATION OF VICTORIA L.H. BOOKE IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY CLASS CERTIFICATION, SPECIFICALLY IN SUPPORT OF ATTORNEY'S FEES**<br><br>DATE: May 23, 2019<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 8 |

I, Victoria Booke, declare:

1. I am attorney of record for Plaintiffs in the above-captioned action along with my co-counsel, James Dal Bon. I am admitted to practice law in the State of California. I have personal knowledge of the matters set forth herein, except for matters stated on information and belief. If called upon to testify, I could and would competently testify to the facts stated herein.

1

Declaration of Victoria L.H. Booke In Support of Unopposed Motion For Preliminary Class Certification, Specifically In Support of Attorneys Fees : Case No. 17-CV-04015-LHK

2. Plaintiffs' counsel are both experienced in litigating wage and hour actions such as this, litigating dozens of such actions in each of their 25 plus years of experience in litigating wage and hour cases, on the both plaintiffs' and defendants' sides, and also have significant experience in litigating class and PAGA representative actions both in State and Federal Court.

3. In this case, Class Counsel seek an award of attorneys' fees and costs under the common fund doctrine which is less than Lodestar calculation. We are experienced litigators with extensive experience litigating wage and hour cases. I have approximately thirty (30) years of experience and have litigated multiple wage and hour cases.

4. Counsel is seeking twenty-five percent of the Gross Settlement Amount. This amount is reasonable in light of the fact that each counsel has recorded over one hundred hours each on this case and anticipate spending approximately 10 to 15 hours more wrapping up the case including without limitation, consulting with co-counsel and opposing counsel, consulting with Plaintiffs and the Administrator, attending the final approval hearing on this matter, and preparing and filing any required additional papers-for an approximate total of 115 hours. I, personally, have spent 103.8 hours conducting litigation in this case, including without limitation, numerous meetings with Named Plaintiff regarding all aspects of the litigation; engaging in multiple strategy meetings; conducting dozens of witness interviews often with multiple interviews of each of the witnesses; conducting other factual discovery; propounded of numerous written discovery requests; multiple meet and confer efforts regarding discovery disputes; responding to numerous written discovery requests; reviewing and analyzing almost 15,000 documents produced by Defendants.

5. Using my billing rate of $450, which is well below the *Laffey Matrix* rates for counsel with the 20 plus years of experience of each of Plaintiff's counsel, the amount requested is reasonable. *See Laffey Matrix* attached hereto as **Exhibit A**.

6. It is also reasonable to reimburse Class Counsel for costs actually expended in litigating this case. Those costs total $5,874.70, which costs include without limitation process service fees, travel costs, filing fees, deposition costs, paralegal costs, copying, telephone, and mediation fees. I have attached hereto as **Exhibit B**, a breakdown of my hours and costs.

2

Declaration of Victoria L.H. Booke In Support of Unopposed Motion For Preliminary Class Certification, Specifically In Support of Attorneys Fees  : Case No. 17-CV-04015-LHK

I declare under penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Executed by me on this 23rd day of May, 2019, at San Jose, California.

/s/Victoria L.H. Booke

_____

Victoria L.H. Booke
Attorney for Plaintiffs

3

Declaration of Victoria L.H. Booke In Support of Unopposed Motion For Preliminary Class Certification, Specifically In Support of Attorneys Fees  : Case No. 17-CV-04015-LHK