**EXHIBIT "B"**

BOOKE & AJLOUNY, LLP  
606 NORTH FIRST STREET  
SAN JOSE, CA 95112  

May 22, 2019

**PLEASE PAY $5,874.70 BY 6/11/2019**
**THANK YOU**

PLEASE MAIL PAYMENT TO:

BOOKE & AJLOUNY, LLP  
606 NORTH FIRST STREET  
SAN JOSE, CA 95112  

Client 3888      Moving Solutions

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF $5,874.70

Client 3888      Moving Solutions

### Default Matter

**Professional Services Since the Last Statement:**

| Date | Atty | Description | Hours | Fees |
|---|---|---|---|---|
| 07/13/17 | VLB | REVIEW AND REVISE Class action Complaint | 1.50 | $0.00 |
| 10/31/17 | VLB | DRAFT email and confer with JDB | .40 | $0.00 |
| 12/11/17 | VLB | confer with Jim | .30 | $0.00 |
| 03/02/18 | VLB | Review Chartwell's edits | .30 | $0.00 |
| 03/06/18 | VLB | Confer with JDB regarding Service and Declaration | .40 | $0.00 |
| 03/20/18 | VLB | Call to R. Schramm re: motion | .20 | $0.00 |
| 04/05/18 | VLB | MEETING WITH Jim regarding new plaintiff | .40 | $0.00 |
| 06/14/18 | VLB | Follow up with Elizabeth | .30 | $0.00 |
| 07/18/18 | VLB | RECEIPT OF CORRESPONDENCE and respond to email | .30 | $0.00 |
| 07/19/18 | VLB | Set up conference call | .30 | $0.00 |
| 07/19/18 | VLB | Conference call re: Joint CMC with all counsel | .60 | $0.00 |
| 07/24/18 | VLB | REVIEW AND REVISE Joint CMC w/ JDB and Gina | .70 | $0.00 |
| 07/25/18 | VLB | RECEIPT OF CORRESPONDENCE to and from R. Schramm re: CMC | .30 | $0.00 |
| 07/26/18 | VLB | RECEIPT OF CORRESPONDENCE email re: CMC | .20 | $0.00 |
| 07/31/18 | VLB | REVIEW AND REVISE CMC Statement | .30 | $0.00 |
| 08/07/18 | VLB | MEETING WITH JDB and Gina re: next steps and CMC | .30 | $0.00 |
| 08/08/18 | VLB | REVIEW CMC and notes in preparation for case hearing | .50 | $0.00 |
| 08/14/18 | VLB | MEETING WITH new Plaintiffs | 2.00 | $0.00 |
| 08/17/18 | VLB | MEETING WITH JDB and Gina re: RFPD | 1.00 | $0.00 |
| 08/18/18 | VLB | Draft Request For Production of Documents | 2.50 | $0.00 |
| 08/23/18 | VLB | MEETING WITH Gina & JBD re: initial disclosures | .50 | $0.00 |
| 08/24/18 | VLB | DRAFT Initial Disclosure on behalf of Plaintiffs | .80 | $0.00 |
| 08/27/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Richard Schramm | .20 | $0.00 |
| 08/28/18 | VLB | REVIEW AND REVISE IDs | .20 | $0.00 |
| 08/28/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Richard | .20 | $0.00 |
| 08/28/18 | VLB | RECEIPT OF CORRESPONDENCE Archibald re: new mediation dates | .20 | $0.00 |
| 08/30/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation. Discuss w/ Joim Doc Production | .20 | $0.00 |
| 08/30/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation | .20 | $0.00 |
| 08/31/18 | VLB | REVIEW Doc Production | 1.40 | $0.00 |
| 10/03/18 | VLB | MEETING WITH with JDB and FS re joint conference call and amendment | .40 | $0.00 |

**Default Matter (Continued)**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: set up conference all for Joint CMC | .30 | $0.00 |
| 10/08/18 | VLB | MEETING WITH JDB re: topics for conference call | .40 | $0.00 |
| 10/08/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Richard Schramm | .20 | $0.00 |
| 10/08/18 | VLB | Discovery Status and timeframe | .50 | $0.00 |
| 10/09/18 | VLB | DRAFT updated CMC; call Probate lawyer | 1.00 | $0.00 |
| 10/09/18 | VLB | Call with widow and client Albert Arellano re: discovery | 1.50 | $0.00 |
| 10/09/18 | VLB | Revisions to Joint CMC | .30 | $0.00 |
| 10/10/18 | VLB | Follow up with R. Schramm re: filing | .30 | $0.00 |
| 10/11/18 | VLB | DRAFT email to Jams | .20 | $0.00 |
| 10/11/18 | VLB | DRAFT email and call to Richard | .20 | $0.00 |
| 10/11/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK to Chris Archibald | .20 | $0.00 |
| 10/11/18 | VLB | Call from Jams | .20 | $0.00 |
| 10/11/18 | VLB | RECEIPT OF CORRESPONDENCE re: mediation coordination | .20 | $0.00 |
| 10/12/18 | VLB | RECEIPT OF CORRESPONDENCE re: Depo location and respond; check rules | .70 | $0.00 |
| 10/12/18 | VLB | DRAFT Meet and Confer re Depositions | .40 | $0.00 |
| 10/22/18 | VLB | Begin drafting discovery responses | 2.00 | $0.00 |
| 10/22/18 | VLB | REVIEW Coronado docs; call Plaintiffs re: documents | .60 | $0.00 |
| 10/23/18 | VLB | DRAFT Request For Production of Documents responses | 2.50 | $0.00 |
| 10/23/18 | VLB | INSTRUCTIONS re: bates stamp docs | .20 | $0.00 |
| 10/24/18 | VLB | MEETING WITH JDB re: Motion to Compel Bel Air Notice | .40 | $0.00 |
| 10/24/18 | VLB | Exchange emails re discovery | .30 | $0.00 |
| 10/25/18 | VLB | Confer with JDB before conference call with opposing counsel | .40 | $0.00 |
| 10/25/18 | VLB | REVIEW document response re: meet and confer; outline problematic responses | 1.50 | $0.00 |
| 10/25/18 | VLB | ATTEND conference call with opposing counsel re: discovery issues | .70 | $0.00 |
| 10/29/18 | VLB | REVIEW confidential Stipulation and Order; send email re comments | .40 | $0.00 |
| 10/29/18 | VLB | Email to Richard Schramm | .20 | $0.00 |
| 10/30/18 | VLB | RECEIPT OF CORRESPONDENCE email Archibald | .30 | $0.00 |
| 10/30/18 | VLB | REVIEW confidentality Stipulation and Order and emailed to Opposing Counsel. | .50 | $0.00 |
| 10/30/18 | VLB | TELEPHONE CALL TO CLIENT re: Discovery | .70 | $0.00 |
| 10/30/18 | VLB | DRAFT email | .30 | $0.00 |
| 10/30/18 | VLB | Follow up with Milan | .30 | $0.00 |
| 10/30/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Richard Schramm and Milan | .30 | $0.00 |
| 10/30/18 | VLB | RECEIPT OF CORRESPONDENCE email | .20 | $0.00 |
| 10/31/18 | VLB | RECEIPT OF CORRESPONDENCE email and respond | .20 | $0.00 |
| 11/07/18 | VLB | REVIEW AND REVISE Request for Production of Documents for 3 Plaintiffs | 5.00 | $0.00 |
| 11/08/18 | VLB | RECEIPT OF CORRESPONDENCE Putative Class detail and work weeks | .40 | $0.00 |
| 11/08/18 | VLB | RECEIPT OF CORRESPONDENCE Discovery and Plaintiff's email | .30 | $0.00 |
| 11/12/18 | VLB | MEETING WITH JDB and Flora re Calendring brief analyzing legal issues | .70 | $0.00 |
| 11/12/18 | VLB | MEETING WITH JDB re: proposed order; status of discovery; contact R. Schramm; calendar mediation brief | 1.00 | $0.00 |
| 11/13/18 | VLB | REVIEW box of payroll and billing from Philpott | 3.00 | $0.00 |
| 11/16/18 | VLB | REVIEW AND REVISE Protective Order | .50 | $0.00 |
| 11/19/18 | VLB | REVIEW TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Chris Archibald | .20 | $0.00 |
| 11/19/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: insufficient documents produced | .30 | $0.00 |
| 11/19/18 | VLB | Met with JDB re: damages | .30 | $0.00 |
| 11/21/18 | VLB | DETAILED ANALYSIS OF DOCUMENTS Produced by Chartwell | 7.00 | $0.00 |

**Default Matter (Continued)**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/18 | VLB | DETAILED ANALYSIS OF DOCUMENTS Produced by Moving Solutions | 6.00 | $0.00 |
| 11/26/18 | VLB | REVIEW AND REVISE mediation brief | 1.00 | $0.00 |
| 11/27/18 | VLB | REVIEW AND REVISE Mediation Brief | 2.50 | $0.00 |
| 11/28/18 | VLB | Document review from Chartwell | 3.00 | $0.00 |
| 11/28/18 | VLB | Confer with accountant | .30 | $0.00 |
| 11/28/18 | VLB | DETAILED ANALYSIS OF DOCUMENTS produced | 4.50 | $0.00 |
| 11/28/18 | VLB | RECEIPT OF CORRESPONDENCE R. Schramm | .20 | $0.00 |
| 11/29/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Milan re: docs | .30 | $0.00 |
| 11/29/18 | VLB | Confer with Judge Jacobs May | .70 | $0.00 |
| 11/29/18 | VLB | Confer with JDB re: docs and mediation | .50 | $0.00 |
| 11/29/18 | VLB | REVIEW document production | 3.00 | $0.00 |
| 11/29/18 | VLB | Philpotts DETAILED ANALYSIS OF DOCUMENTS from Philpotts | 3.50 | $0.00 |
| 11/29/18 | VLB | MEETING WITH Eric Castillo | .80 | $0.00 |
| 11/29/18 | VLB | Continue document review for mediation | 3.00 | $0.00 |
| 11/30/18 | VLB | MEETING WITH clients | .50 | $0.00 |
| 12/01/18 | VLB | ATTEND Mediation | 8.50 | $0.00 |
| 12/01/18 | VLB | MEETING WITH JDB and FS to calendar and discuss next steps including joint stip | .60 | $0.00 |
| 12/01/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Schram re: contents of Joint Stip | .30 | $0.00 |
| 12/14/18 | VLB | RECEIPT OF CORRESPONDENCE emails re: PAGA and amendment | .30 | $0.00 |
| 12/17/18 | VLB | PAGA update | .30 | $0.00 |
| 12/21/18 | VLB | RECEIPT OF CORRESPONDENCE email re: PAGA | .20 | $0.00 |
| 01/08/19 | VLB | REVIEW AND REVISE Court Order | .30 | $0.00 |
| 01/14/19 | VLB | RECEIPT OF CORRESPONDENCE from Chris Archibald re Order | .20 | $0.00 |
| 01/15/19 | VLB | REVIEW AND REVISE Stipulation and edit and confer with Chris Archibald and R. Schramm | .80 | $0.00 |
| 01/16/19 | VLB | RECEIPT OF CORRESPONDENCE proposed docs and email from Chris. | .30 | $0.00 |
| 01/16/19 | VLB | REVIEW AND REVISE Stip and Dec. | .30 | $0.00 |
| 01/16/19 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re FLSA and claim forms and issues with PAGA. | .30 | $0.00 |
| 01/17/19 | VLB | RECEIPT OF CORRESPONDENCE New Order and confer with JDB | .30 | $0.00 |
| 01/17/19 | VLB | REVIEW AND REVISE CMC | .30 | $0.00 |
| 01/28/19 | VLB | Calendar recent orders | .30 | $0.00 |
| 02/05/19 | VLB | RECEIPT OF CORRESPONDENCE email Archibald and respond | .30 | $0.00 |
| 02/15/19 | VLB | REVIEW AND REVISE Motion documents | 1.50 | $0.00 |
| 02/21/19 | VLB | INSTRUCTIONS re: Stip and Order, Amended Complaint | .40 | $0.00 |
| 02/21/19 | VLB | Email Richard re: Stipulation | .30 | $0.00 |
| 03/06/19 | VLB | RECEIPT OF CORRESPONDENCE from Chris Archibald | .20 | $0.00 |
| 03/07/19 | VLB | Review and revise Motion, gather and organize exhibits | 3.40 | $0.00 |
| 03/20/19 | VLB | Follow up with R. Schramm | .20 | $0.00 |
| | | **Total Fees:** | 103.80 | $0.00 |

**Costs Advanced Since the Last Statement:**

| Date | Description | Costs |
|---|---|---|
| 02/28/18 | Paralegal cost for work on Joint Stipulation and Motion To Certify Class | $360.00 |
| 03/31/18 | Paralegal cost for work on Motion To Certify Class Preliminary | $840.00 |
| 11/13/18 | PHOTOCOPY CHARGES | $304.87 |
| 11/20/18 | Cost advanced Jams, Inc. Mediation | $2,950.00 |
| 11/30/18 | PARKING charges at Mediation (JDB) | $40.00 |
| 11/30/18 | Paralegal cost for work on Discovery and Mediation | $1,200.00 |
| 11/30/18 | Copy charges for Discovery | $50.00 |
| 12/13/18 | POSTAGE AND CERTIFIED MAILING CHARGES | $6.71 |
| 12/18/18 | Federal Express charges for overnight shipment of discs | $23.12 |
| 12/21/18 | Cost advanced Financial Consulting | $100.00 |

**Default Matter (Continued)**

|  | |
|---|---:|
| **Total Costs:** | $5,874.70 |

**Statement Summary**

| | |
|---|---:|
| Balance From the Last Statement: | $0.00 |
| Plus Charges Listed Above: | $5,874.70 |
| **Total Balance Due:** | **$5,874.70** |