1  JAMES DAL BON, SBN #157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   Telephone:  (408) 466-5845
4  Facsimile:   (408) 286-7111

5
   VICTORIA L.H. BOOKE    SB# 142518
6  BOOKE & AJLOUNY
   606 North First Street
7  San Jose, California 95112
   Telephone:  (408) 286-7000
8  Facsimile:   (408) 286-7111
9  Email: vbooke@bookelaw.com

10 Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                       NORTHERN CALIFORNIA

14 BARBARA MIDDLE RIDER FOR GARY          Case No. I7-CV-04015 LHK
15 MIDDLE RIDER, an individual,
   ROBERT GARZA, an individual
16 ALBERT ARELLANO, an individual,        DECLARATION OF JAMES DAL BON
   JOSE DON CORONADO, an individual,      REGARDING ATTORNEY'S FEES
17
18 PLAINITFFS AND PUTATIVE
19 PLAINTIFFS

20          Plaintiffs,

21    vs.

22

23          Defendants.

24 MOVING SOLUTIONS, a California
25 Corporation MANAGED FACILITIES
   SOLUTIONS, LLC a California Limited
26 Liability Company and CHARTWELL
   STAFFING SOLUTIONS, INC a New York
27 Corporation licensed to do business in
28 California

                    DECLARATION FOR ATTORNEY'S FEES

1    I James Dal Bon declare under penalty of perjury by the laws of the State of California that

2    the following is true and correct based upon my personal knowledge:

3    1)   The attached number of attorney's fees hours was constructed by me based upon the

4         record and notes in this case.

5

6    2)   I am asking for $572 per hour with a small multiplier of less than %1.

7    3)   When combined with co-counsel's fees this works out to close to 25% of the award the

8         benchmark in the Northern District Federal Courts of Northern California for attorney's

9         fees and class actions.

10

11   May 22, 2019

12

13   /jdb

1

| Date | Action | Time |
|---|---|---|
| 10/5/16 | Spoke to potential client E Castillo concerning moving solutions ran it by another lawyer | 1.5 |
| 7/10/17 | Intake with Plaintiff Gary Middle Rider and wife | 2.5 |
| 7/11/17 | Draft Class Action Complaint | 4.5 |
| 7/17/17 | Filed COMPLAINT against All Defendants | 0.2 |

| | | |
|---|---|---|
| 9/6/17 | Reviewed CLERK'S SECOND NOTICE Re: Consent or Declination: Plaintiffs/ | 0.1 |
| 9/13/17 | Reviewed CONSENT/DECLINATION | 0.1 |
| 9/13/17 | Reviewed ORDER REASSIGNING CASE. | 0.1 |
| 10/10/17 | E-mail ERA attorneys concerning Moving Solutions | 0.33 |
| 10/20/17 | Drafted and filed CASE MANAGEMENT STATEMENT | 0.33 |

| | | |
|---|---|---|
| 10/31/17 | Conferred with Vickie | 0.33 |
| 11/17/17 | E-mail and discussion with Defense attorney Amy Carlson concerning Chartwell | 0.5 |
| 12/11/17 | Filed and wrote RESPONSE TO ORDER TO SHOW CAUSE with Exhibits | 2.5 |
| 12/11/17 | confer with Vickie | 0.3 |
| 12/13/17 | Appearance at OSC | 0.75 |

| | | |
|---|---|---|
| 12/14/17 | Drafted and filed AMENDED COMPLAINT | 1.5 |
| 1/2/18 | Proposed Summons | 0.33 |
| 1/30/18 | e-mail to process server Moving Solutions | 0.1 |
| 1/31/18 | Discussion with process server | 0.5 |
| 2/2/18 | Another e-mail from Amy Carlson concerning Chartwell and service of the amended complaint | 0.5 |

| | | |
|---|---|---|
| 2/20/18 | Reviewed Answer to Amended Complaint | 0.5 |
| 2/20/18 | Reviewed Certificate of Interested Entities by Chartwell Staffing Solutions Inc. | 0.1 |
| 2/28/18 | Reviewed First CROSSCLAIM against Chartwell Staffing Solutions Inc., Managed Facilities Solutions, LLC.. | 0.5 |
| 3/2/18 | Reviewed Chartwell's changes to the CMC 3/9/2018 | 0.33 |
| 3/2/18 | WITHDRAWAL of Claim re 24 Crossclaim for Implied Indemnity, Comparative Indemnity Declaratory Relief, Equitable Indemnity and Contribution | 0.1 |

| | | |
|---|---|---|
| 3/2/18 | Reviewed Corrected ORDER Directing the Parties to File a Joint Case Management Statement. | 0.1 |
| 3/2/18 | Reviewed Moving Solutions, Inc's Statement of Affirmative Defenses and ANSWER to Complaint red: 03/02/2018) | 0.5 |
| 3/5/18 | CASE MANAGEMENT STATEMENT JOINT filed by Gary Middle Rider. (Dal Bon, James) (Filed on 3/5/2018) (Entered: 03/05/2018) | 0.33 |
| 3/6/18 | Confer with JDB regarding Service and Declaration | 0.4 |
| 3/7/18 | filed First MOTION for Entry of Default filed by Gary Middle Rider. (Dal Bon, James) (Filed on 3/7/2018) (Entered: 03/07/2018) | 0.33 |

| | | |
|---|---|---|
| 3/7/18 | Initial Case Management Conference | 0.75 |
| 3/27/18 | Reviewed Answer to Amended Complaint 19 Amended Complaint by Managed Facilities Solutions, LLC | 0.33 |
| 4/5/18 | MEETING WITH Jim regarding new plaintiff | 0.4 |
| 5/1/18 | Called 22 witnesses on Middlerider's witness list over week period | 3.5 |
| 5/8/18 | Have investigator skip trace the 22 witnesses on Middlerider's witness list | 0.5 |

| | | |
|---|---|---|
| 5/13/18 | Spoke to Albert Arellano and sent the fee agreement and intake form | 0.5 |
| 5/18/18 | E-mail to the court requesting date to file motion to amend | 0.33 |
| 6/14/18 | Follow up with Elizabeth | 0.3 |
| 7/18/18 | RECEIPT OF CORRESPONDENCE and respond to email | 0.3 |
| 7/19/18 | Set up conference call | 0.3 |

| | | |
|---|---|---|
| 7/19/18 | Conference call re: Joint CMC with all counsel | 0.6 |
| 7/23/18 | sent joint cmc to co counsel Vickie booke | |
| 7/24/18 | REVIEW AND REVISE Joint CMC w/ JDB and Gina | 0.7 |
| 7/26/18 | Certificate of Interested Entities by Managed Facilities Solutions, LLC. (Archibald, Christopher) (Filed on 7/26/2018) (Entered: 07/26/2018) | |
| 7/26/18 | RECEIPT OF CORRESPONDENCE email re: CMC | 0.2 |

| | | |
|---|---|---|
| 8/1/18 | E-mail to Defendants Please sign the CMC Statement | |
| 8/2/18 | CASE MANAGEMENT STATEMENT filed by Gary Middle Rider. (Booke, Victoria) (Filed on 8/2/2018) (Entered: 08/02/2018) | |
| 8/7/18 | MEETING WITH Vickie and Gina re: next steps and CMC | 0.3 |
| 8/8/18 | Further Case Management Conference held on 8/8/2018 | 1.1 |
| 8/8/18 | Draft and file STIPULATION to Amend the Complaint filed by Gary Middle Rider. | 0.5 |

| | | |
|---|---|---|
| 8/8/18 | Draft and File AMENDED COMPLAINT Second against All Defendants. | 0.75 |
| 8/8/18 | REVIEW CMC and notes in preparation for case hearing | 0.5 |
| 8/9/18 | Review NOTICE by Moving Solutions, Inc Notice of Withdrawal | 0.1 |
| 8/14/18 | MEETING WITH new Plaintiffs | 1.5 |
| 8/15/18 | E-mail to co-counsel on strategy on interviewing potential plaintiffs | 0.5 |

| | | |
|---|---|---|
| 8/15/18 | NOTICE of Appearance by Christopher J. Archibald (Attachments: # 1 Proposed Order, # 2 Proposed Order)(Archibald, Christopher) (Filed on 8/15/2018) (Entered: 08/15/2018) | 0.1 |
| 8/17/18 | MEETING WITH Vickie and Gina re: RFPD | 1 |
| 8/21/18 | Short e-mail concerning mediator to co-counsel | 0.1 |
| 8/22/18 | Review ANSWER to Amended Complaint (Second) | 0.5 |
| 8/23/18 | MEETING WITH Gina & Vickie re: initial disclosures | 0.5 |

| | | |
|---|---|---|
| 8/27/18 | Short e-mail concerning mediation dates | 0.1 |
| 8/28/18 | RECEIPT OF CORRESPONDENCE Archibald re: new mediation dates | 0.2 |
| 8/30/18 | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation. Discuss w/ Vickie | 0.2 |
| 8/30/18 | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation | 0.2 |
| 9/10/18 | E-mail concerning the motion to replace Gary Middle Rider with widow to co counsel | 0.5 |

| | | |
|---|---|---|
| 9/12/18 | Declaration sent to Barbra Middle Rider | 0.1 |
| 9/17/18 | E-mail to Defendants regarding the proposed discovery schedule | 0.33 |
| 9/18/18 | Review of Joint MOTION to Continue Mediation Completion Deadline filed by Chartwell S | 0.33 |
| 9/19/18 | Review Order by Judge Lucy H. Koh Granting 55 Motion to Continue. | 0.1 |
| 9/20/18 | E-mail to Defendants regarding the Non. Opposition to Rule 25 Motion | 0.33 |

| | | |
|---|---|---|
| 9/20/18 | Discussion and e-mail to CPT Group regarding the cost of doing a Bel Aire Notice | 0.5 |
| 9/21/18 | Review MOTION to Withdrawal Of Counsel | 0.1 |
| 9/24/18 | Review Order by Judge Lucy H. Koh Granting 57 Motion to Withdraw as Attorney. | 0.1 |
| 9/27/18 | E-mail back from Defendants regarding signing the non opposition motion | 0.1 |
| 10/1/18 | Sent e-mail to Barbara Middle Rider | 0.1 |

| | | |
|---|---|---|
| 10/2/18 | E-mail from JAMS sign the mediation agreement | 0.1 |
| 10/3/18 | E-mail back from Barbara Middle Rider | 0.1 |
| 10/3/18 | MEETING WITH with JDB and FS re joint conference call and amendment | 0.4 |
| 10/8/18 | Drafted and sent proposed Bal Aire Notice to Defendants | 1.5 |
| 10/8/18 | Received Non Opposition from the Defendants | 0.1 |

| | | |
|---|---|---|
| 10/8/18 | E-mail to the court regarding the scheduling of Rule 25 Motion | 0.33 |
| 10/8/18 | MEETING WITH JDB re: topics for conference call | 0.4 |
| 10/8/18 | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK | 0.2 |
| 10/8/18 | Discovery Status and timeframe | 0.5 |
| 10/9/18 | Call with widow and client Albert Arellano re: discovery | 1.5 |

| | | |
|---|---|---|
| 10/10/18 | Draft and file JOINT CASE MANAGEMENT STATEMENT | 0.5 |
| 10/10/18 | Statement Statement of Death by Gary Middle Rider. | 0.5 |
| 10/10/18 | Researched drafted and filed MOTION to Substitute Party filed by Albert Arellano. | 3.5 |
| 10/10/18 | Sent proposed order to the court Rule 25 Motion | 0.33 |
| 10/11/18 | Call from Jams | 0.2 |

| | | |
|---|---|---|
| 10/12/18 | Reviewed Order by Judge Lucy H. Koh Granting 64 Motion to Substitute Party.. | |
| 10/22/18 | Begin drafting discovery responses | 2 |
| 10/22/18 | REVIEW Coronado docs; call Plaintiffs re: documents | 0.6 |
| 10/23/18 | DRAFT Request For Production of Documents responses | 2.5 |
| 10/23/18 | INSTRUCTIONS re: bates stamp docs | 0.2 |

| | | |
|---|---|---|
| 10/24/18 | E-mail to Defendants regarding proposed changed to Bel Aire Notice | 0.2 |
| 10/24/18 | MEETING WITH JDB re: Motion to Compel Bel Air Notice | 0.4 |
| 10/25/18 | Confer with JDB before conference call with opposing counsel | 0.4 |
| 10/25/18 | REVIEW document response re: meet and confer; outline problematic responses | 1.5 |
| 10/25/18 | ATTEND conference call with opposing counsel and Vickie re: discovery issues | 0.7 |

| | | |
|---|---|---|
| 10/29/18 | REVIEW confidential Stipulation and Order; | 0.2 |
| 10/30/18 | TELEPHONE CALL TO OPPOSING COUNSEL with Vickie Richard Schramm and Milan | 0.3 |
| 11/7/18 | REVIEW AND REVISE Request for Production of Documents for 3 Plaintiffs | 5 |
| 11/8/18 | Reviewed STIPULATION with PROPOSED ORDER for Protective Order filed by Chartwell Staffing Solutions Inc., Managed Facilities Solutions, LLC.. (Archibald, Christopher) (Filed on 11/8/2018) (Entered: 11/08/2018) | 0.1 |
| 11/12/18 | MEETING WITH Vickie and Flora re Calendaring brief  analyzing legal issues | 0.7 |

| | | |
|---|---|---|
| 11/12/18 | MEETING WITH JDB re: proposed order; status of discovery; contact R. Schramm; calendar mediation brief | 1 |
| 11/29/18 | Document review for mediation consult with Vickie | 1 |
| 11/29/18 | Draft Mediation Brief | 4.25 |
| 11/30/18 | MEETING WITH clients | 0.5 |
| 12/1/18 | ATTEND Mediation | 8.5 |

| | | |
|---|---|---|
| 12/1/18 | MEETING WITH Vickie and FS to calendar and discuss next steps including joint stip | 0.6 |
| 12/1/18 | TELEPHONE CALL TO OPPOSING COUNSEL Schram re: contents of Joint Stip | 0.3 |
| 12/13/18 | Filed the second proposed amended complaint | 0.5 |
| 12/14/18 | RECEIPT OF CORRESPONDENCE emails re: PAGA and amendment | 0.3 |
| 12/17/18 | PAGA update | 0.3 |

| | | |
|---|---|---|
| 1/8/19 | Reviewed JOINT CASE MANAGEMENT STATEMENT filed by Chartwell Staffing Solutions Inc., | 0.33 |
| 1/8/19 | REVIEW  Court Order | 0.1 |
| 1/16/19 | RECEIPT OF CORRESPONDENCE proposed docs and email from Chris. | 0.3 |
| 1/16/19 | REVIEW AND REVISE Stip and Dec. | 0.3 |
| 1/16/19 | TELEPHONE CALL TO OPPOSING COUNSEL re FLSA and claim forms and issues with PAGA. | 0.3 |

| | | |
|---|---|---|
| 2/25/19 | Reviewed STIPULATION WITH PROPOSED ORDER Joint | 0.33 |
| 2/26/19 | Reviewed Order by Judge Lucy H. Koh Granting 75 Stipulation | 0.1 |
| 3/7/19 | E-mail to CPT Group to determine the language requested by Defendants and quote from CPT | 0.33 |
| 3/2/19 | Drafted  Motion for Preliminary Approval | 5 |
| 3/7/19 | Drafted  Motion for Preliminary Approval | 10 |

| | | |
|---|---|---|
| 3/8/19 | Filed and Drafted  Motion for Preliminary Approval Further details from CPT Group break down of settlement and employer's tax | 8 |
| 3/8/19 | Review of Dec of Robert Garza and  Joint CMC Statement | 0.33 |
| 3/12/19 | Review ANSWER to Complaint (Third Amended) byChartwell Staffing Solutions Inc.. (Archibald, Christopher) (Filed on 3/12/2019) (Entered: 03/12/2019) | 0.33 |
| 3/13/19 | Review of Joint Status Conference Statement | 0.33 |
| 3/14/19 | Review Declaration of Christopher J. Archibald regarding Notice to US  Attorney General and to State Attorney Generals of Proposed Class Action Settlement filed byChartwell Staffing Solutions | 0.33 |

| | | |
|---|---|---|
| 5/16/19 | Reviewed JOINT CASE MANAGEMENT STATEMENT | 0.33 |
| 5/20/19 | Reviewed e-mail sent by Defendants to the courts | 0.33 |
| 5/22/19 | Calculated Billable Hours | 2.5 |
| | | 116.29 |