UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 17-CV-04015-LHK <br><br> **ORDER RE: PRELIMINARY APPROVAL HEARING** |

On May 23, 2019, the Court held a hearing on Plaintiffs' motion for preliminary approval. ECF No. 77.

By May 30, 2019, Plaintiffs shall file a statement identifying Defendants' maximum potential liability, the estimated average recovery, the estimated highest and lowest recovery, and whether the settlement administrator will provide prepaid envelopes.

By May 30, 2019, the parties shall also file a revised Claim Form and a revised Notice.

**IT IS SO ORDERED.**

Dated: May 23, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-04015-LHK
ORDER RE: PRELIMINARY APPROVAL HEARING