David W. Affeld, Cal. Bar. No. 123922
Damion Robinson, State Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (310) 979-8700
Fax (310) 979-8701
dr@agzlaw.com

Attorneys for Defendant Managed Facilities Solutions, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, *et al.*, *etc.* <br><br> Plaintiffs, <br><br> vs. <br><br> MOVING SOLUTIONS, a California corporation, *et al.* <br><br> Defendants. | **Case No.: 17-CV-04015 LHK** <br><br> *Assigned for All Purposes to:* <br> The Hon. Lucy H. Koh <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SEEK RECONSIDERATION** <br><br> [Filed concurrently: <br> (1) Notice of Motion and Motion; <br> (2) Declaration of Adam Kidan; <br> (3) Declaration of Haynes Dallas; <br> (4) Declaration of David Affeld] <br><br> Date:   September 26, 2019 <br> Time:   1:30 p.m. <br> Courtroom: 8 |

# ORDER

The motion of defendant Managed Facilities Solutions, LLC ("MFS") for an order granting leave to file a motion for reconsideration of the Court's May 1, 2019 Order, Dkt. No. 89, granting Bryan Cave Leighton Paisner LLP ("Bryan Cave") leave to withdraw came before the Court for hearing on September 26, 2019.

After considering the moving, opposing, and reply papers, the evidence submitted, and the arguments of all parties, and good cause appearing, the Court hereby ORDERS as follows:

1. MFS's motion for leave to move for reconsideration is hereby GRANTED;

2. MFS shall file its motion for reconsideration within fourteen (14) days of the date of this Order.

3. The hearing on MFS' motion for reconsideration is set for _____ at 1:30 p.m. in Courtroom 8 of the above-entitled Court.

**It is SO ORDERED.**

Dated: _____

                                                                    _____
                                                                    The Honorable Lucy H. Koh
                                                                    U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO SEEK RECONSIDERATION