# EXHIBIT B

**Gary Middle Rider et al. v. Moving Solutions, Inc. et al.**

**United States District Court, Northern District of California**
Case No.: 17-cv-04015LHK

**CLAIM FORM**

**INSTRUCTIONS: PLEASE COMPLETE THIS CLAIM FORM AND TIMELY RETURN THIS FORM TO THE SETTLEMENT ADMINISTRATOR IF YOU WANT TO CLAIM YOUR SHARE OF THE NET SETTLEMENT FUND, IN EXCHANGE FOR RELEASE YOUR RELEASED CLAIMS AS DESCRIBED IN THE NOTICE OF PAGA AND CLASS ACTION SETTLEMENT THAT ACCOMPANIES THIS FORM. YOU MUST <u>COMPLETE IN FULL,</u> SIGN, DATE AND MAIL THIS CLAIM FORM ON OR BEFORE [INSERT DEADLINE]. YOUR CLAIM FORM MUST BE MAILED TO THE FOLLOWING ADDRESS:**

> [INSERT NAME, ADDRESS AND TELEPHONE NUMBER]

**INCOMPLETE AND/OR UNTIMELY CLAIM FORMS WILL BE REJECTED**

**I. <u>CLAIMANT IDENTIFICATION:</u>**

[ID]
[NAME]
[ADDR1]
[ADDR2]
[CITY] [STATE] [ZIP]
[TELEPHONE NO.]

Name/Contact Information Changes (if any)

_____

_____

_____

_____

**II. <u>EMPLOYMENT INFORMATION:</u>**

Based on our records, you performed work in California as a non-exempt employee, other than administrative office staff, for Defendants Chartwell Staffing Services, Inc., Moving Solutions, Inc., and/or Managed Facilities Solutions, LLC for _____ weeks between July 17, 2013 and [INSERT DATE OF PRELIMINARY APPROVAL] ("Class Period"), and your estimated share of the Net Settlement Fund is $ _____.

If you agree with the information stated above, please complete the last section where indicated below, and return the completed Claim Form to the Settlement Administrator postmarked on or before [INSERT DEADLINE], to receive your monetary recovery.

If you disagree with the number of weeks you worked, please state the total number of weeks between July 17, 2013 and [INSERT DATE OF PRELIMINARY APPROVAL] that you believe you have performed work in California

for Defendants, complete the last section of this Claim Form where indicated, attach any and all documents that support your claim (such as paystubs, cancelled checks, time records, etc.), and return the completed Claim Form and attachments to the Settlement Administrator with a postmark date on or before [INSERT DATE].

Please be advised that the number of weeks stated above is presumed to be correct unless the documents you submit prove otherwise.

I disagree with the information stated above. I believe I have performed work in California for Defendants during _____ weeks between July 17, 2013 and [INSERT DATE OF PRELIMINARY APPROVAL].

### III. ACKNOWLEDGMENT OF RELEASE OF SETTLED CLAIMS.

By completing this Claim Form and accepting the benefits under this Settlement, I hereby agree that I, and all persons purporting to act on my behalf or purporting to assert a claim under or through me, hereby fully, finally, and forever released, settled, compromised, relinquished and discharged any and all of the Released Parties of and from any and all of the following claims to the maximum extent permitted by law: any and all claims, debts, liabilities, demands, obligations, penalties, guarantees, costs, expenses, attorney's fees, damages, action or causes of action of whatever kind or nature, whether known or unknown, contingent or accrued, that are alleged, related to or that reasonably could have arisen out of the same facts alleged in the Action, including, but not limited to claims for: (a) failure to pay overtime wages; (b) failure to pay regular wages; (c) failure to pay minimum wages; (d) failure to provide meal periods; (e) failure to authorize and permit rest periods; (f) failure to timely pay wages at the termination of employment; (g) failure to provide accurate, itemized wage statements; (h) all claims under PAGA that could have been premised on the claims, causes of action or legal theories described above in (a)-(g) (the PAGA Claims); (i) all claims for unfair business practices under California Business &Professions Code Section 17200 et seq. that could have been premised on the claims, causes of action or legal theories of relief described above in (a)-(g); and (j) all damages, including, but not limited to, liquidated damages, civil and statutory penalties, interest and other amounts recoverable under said claims, causes of action or legal theories of relief identified above in (a)-(g). This Release shall include, without limitation, claims that were raised, or that reasonably could have been raised, under the Fair Labor Standard Act or applicable Wage Orders and California Labor Code provisions, including Labor Code §§ 201, 202, 203, 204, 226, 226.6, 226.7, 510, 512, 551, 552, 558, 1174, 1194, 1194.2, 1197, 1197.1, 1198, 1199, 2698 et seq., and Code Civ. Proc., § 1021.5, based on alleged violations of these Labor Code provisions (collectively, the "Released Claims"). The period of the Released Claims shall extend from July 17, 2013 through [INSERT DATE OF PRELIMINARY APPROVAL].

By completing this Claim Form and accepting the benefits under this Settlement, I certify that I am the person named above. I acknowledge that I have received and reviewed the Notice of PAGA and Class Action Settlement. I understand and agree that by signing this Claim Form, I agree, to extent required by law, to opt in to the collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) and to release my claims as described in this Claim Form, Notice of PAGA and Class Action Settlement, and the Joint Stipulation of Class Action Settlement. I understand that I can obtain a copy of the Joint Stipulation of Class Action Settlement from the Settlement Administrator, CPT Group, Inc., and that I may contact Class Counsel if I have any questions.

**I declare under penalty of perjury that the above information is correct.**

Date: _____

Signature: _____

Name: _____

Last Four Digits of Social Security Number: _____