# EXHIBIT D

| | work weeks | OT Rate | High 7.5 hours | Medium 5 hours | Low 2.5 |
|---|---|---|---|---|---|
| California Wage Claim | 17225 | $ 26.25 | $ 3,391,171.88 | $ 2,260,781.25 | $ 1,130,390.63 |
| FSLA Claim Form | | $ 8.75 | $ 1,130,390.63 | $ 753,593.75 | $ 376,796.88 |
| Minimum Wage Violation | | | | | |
| Percentage of Workweeks | Percentage | | | | |
| 7/13/2013 through 7/1/2014 | 17% | $ 8.00 | $ 175,695.00 | $ 117,130.00 | $ 58,565.00 |
| 7/1/2014 through 1/1/2016 | 28% | $ 9.00 | $ 325,552.50 | $ 217,035.00 | $ 108,517.50 |
| 1/1/2016 through 1/1/2017 | 19% | $ 10.00 | $ 245,456.25 | $ 163,637.50 | $ 81,818.75 |
| 1/1/2017 through 1/1/2018 | 19% | $ 10.50 | $ 257,729.06 | $ 171,819.38 | $ 85,909.69 |
| 1/1/2018 through 11/30/2018 | 17% | $ 11.00 | $ 241,580.63 | $ 161,053.75 | $ 80,526.88 |
| Total Minum Wage Violation | 100% | | $ 1,246,013.44 | $ 830,675.63 | $ 415,337.81 |
| Total CA OVERTIME + FSLA + MINIMUM WAGE VIOLATION | | | $ 5,767,575.94 | $ 3,845,050.63 | $ 1,922,525.31 |
| Meal Period Violation | | | | | |
| Total Work Weeks 17225 x 5 days x 1 hour of pay @ $17.50 | $ 1,507,187.50 | | $ 1,507,187.50 | $ 1,507,187.50 | $ 1,507,187.50 |
| Rest Period Violation | | | $ - | $ - | $ - |
| Total Work Weeks 17225 x 5 days x 1 hour of pay @ $17.50 | $ 1,507,187.50 | | $ 1,507,187.50 | $ 1,507,187.50 | $ 1,507,187.50 |
| Total 203 Penalty 913 former employees x $17.50 x 8 hours a day x 30 days | $ 3,834,600.00 | | $ 3,834,600.00 | $ 3,834,600.00 | $ 3,834,600.00 |
| Total Pay Stub Penalty $100 x 8200 pay periods | | | $ 820,000.00 | $ 820,000.00 | $ 820,000.00 |
| Total Damages | | | $ 13,436,550.94 | $ 11,514,025.63 | $ 9,591,500.31 |

| | Beginning Date | End Date | Weeks | | Percentage of weeks between minimum wage periods |
|---|---|---|---|---|---|
| Number of weeks between 7/13/2013 and 11/30/2018 | 7/13/13 | 11/30/18 | | 280 | |
| Number of Work Weeks between 7/13/2013 and 7/1/2014 minimum wage = $8 | 7/13/13 | 7/1/14 | | 50 | 18% |
| Number of Work Weeks between 7/1/2014 and 1/1/2016 minimum wage = $9 | 7/1/14 | 1/1/16 | | 78 | 28% |
| Number of Work Weeks between 1/1/2016 and 1/1/2017 minimum wage = $10 | 1/1/16 | 1/1/17 | | 52 | 19% |
| Number of Work Weeks between 1/1/2017 and 1/1/2018 minimum wage = $10.50 | 1/1/17 | 1/1/18 | | 52 | 19% |

| Number of Work Weeks between 1/1/2018 and 11/30/2018 minimum wage = $11 | 1/1/18 | 11/30/18 | 47 | 17% |
|---|---|---|---|---|
| | | | 279 | 100% |
| | | The decrepency in the sum of total work weeks of one work week is due to the rounding function of Excel | | |
| | | We will simply assume 279 total weeks for the percentage calculation to take into consideration how excel rounds numbers. | | |

| | | | | |
|---|---|---|---|---|
| Work Weeks | 17225 | | | |
| Total Number of Employees | 1021 | | | |
| Net Settlement | $ 290,183.00 | | | |
| | | | | |
| Pay Per Work Week = $290,183/1021 | $ 16.85 | | | |
| Employee Largest Work Week 165 Work Week 165 X $16.85 = | $ 2,779.69 | | | |
| All Employees | 1021 | | | |
| | | | | |
| Average for all Employees = 1021/17225 | 17225 | 1021 | 16.87 | $ 284.21 |
| Average for employees that worked more than one week =759 employees/16963 work weeks | 16963 | 759 | 22.35 | $ 376.51 |
| Average for Employees that worked more than two weeks =623 employees/16827 work weeks | 16827 | 623 | 27.01 | $ 455.02 |
| Average for Employees that worked more than four weeks =479 employees/16683 work weeks | 16683 | 479 | 34.83 | $ 586.75 |