United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

BARBARA MIDDLE RIDER, et al.,

Case No. 17-CV-04015-LHK

13

Plaintiffs,

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

14

v.

15

MOVING SOLUTIONS, INC., et al.,

Re: Dkt. No. 106

16

Defendants.

17

18        The Court DENIES Defendant Managed Facilities Solutions, LLC's ("MFS") motion for

19   leave to file a motion for reconsideration of the Court's May 1, 2019 Order, which granted Bryan

20   Cave Leighton Paisner LLP's ("Bryan Cave") motion to withdraw from representing MFS. ECF

21   Nos. 89, 106.

22        The Court notes that Bryan Cave may have indeed violated its professional obligations to

23   MFS by withdrawing from the instant case to pursue representation of Defendant Chartwell

24   Staffing Services, Inc. ("Chartwell") in case number 8:19-CV-0642-JLS (the "Chartwell

25   Litigation"), where Chartwell is adverse to MFS. *See, e.g.*, Cal. R. Prof. Conduct, rule 1.7(a) ("A

26   lawyer shall not, without informed written consent from each client . . . represent a client if the

27   representation is directly adverse to another client in the same or a separate matter."). Nonetheless,

28

1

Case No. 17-CV-04015-LHK
ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

the Court finds that this dispute is best handled through a motion to disqualify Bryan Cave in the

Chartwell Litigation, not through a motion for reconsideration in the instant case.

**IT IS SO ORDERED.**

Dated: June 3, 2019

_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 17-CV-04015-LHK
ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION