1  JAMES DAL BON, SBN #157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4

5  VICTORIA L. BOOKE, SBN #142518
   BOOKE & AJLOUNY
6  606 N. 1ST St.
   SAN JOSE, CA 95112
7  (408)286-7000

8  Attorneys for Plaintiffs
9

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

13 | **BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,** | Case No. l7-CV-04015 LHK |
   | --- | --- |
   | **PLAINITFFS AND PUTATIVE PLAINTIFFS** | **SECOND SUPPLEMENTAL BRIEFING ON DAMAGES AND REVISED NOTICE AND CLAIM FORM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION** |
   |            Plaintiffs, | |
   |    vs. | |
   |            Defendants. | |
   | **MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California** | |

This supplemental briefing is filed in response to the court's rejection of preliminary approval based on inadequate notice on June 3rd 2019.  See Middle Rider vs Moving Solutions 5:17-cv-04015-LHK at Doc # 110.  The court rejected the preliminary approval without prejudice solely on the basis of Notice finding that the Class Notice was inadequate.  In response Class Counsel heavily revised the Claim Form and the Class Notice to address each issue raised by the court.  The redlined versions demonstrating the changes are attached and marked Exhibit A (Claim Form redlined) and Exhibit C (Class Notice Redlined).  The final versions are attached and marked Exhibit B (Claim Form final) and Exhibit D (Class Notice Final Form).

Thank you for considering these changes.  Plaintiff will of course refile the entire motion if necessary.

June 14, 2019

_James Dal Bon_.

James Dal Bon