1  JAMES DAL BON, SBN #157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4
5  VICTORIA L. BOOKE, SBN #142518
   BOOKE & AJLOUNY
6  606 N. 1ST St.
   SAN JOSE, CA 95112
7  (408)286-7000
8
   Attorneys for Plaintiffs
9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| **BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,** **PLAINITFFS AND PUTATIVE PLAINTIFFS**<br><br>            **Plaintiffs,**<br><br>    vs.<br><br>            **Defendants.**<br><br>**MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California** | Case No. l7-CV-04015 LHK<br><br>**DECLARATION IN SUPPORT OF SECOND SUPPLEMENTAL BRIEFING ON DAMAGES AND REVISED NOTICE AND CLAIM FORM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION** |

DECLARATION

My name is James Dal Bon and I swear under penalty of perjury by the laws of the State of California that the foregoing is true and correct based upon my personal knowledge.

1) Exhibit A is a true and correct copy of the redlined version of the Claim Form demonstrating the changes we made to the claim form.
2) Exhibit B is a true and correct copy of the claim form without the revisions marked.
3) Exhibit C is a true and correct copy of the redlined version of the Notice of Claim Form demonstrating the changes we made to the Notice of Claim Form.
4) Exhibit D is a true and correct copy of the Notice of Claim Form without the revisions marked.

June 14, 2019

*James Dal Bon*

James Dal Bon