1  JAMES DAL BON, SBN #157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4

5  VICTORIA L. BOOKE, SBN #142518
   BOOKE & AJLOUNY
6  606 N. 1ST St.
   SAN JOSE, CA 95112
7  (408)286-7000

8
   Attorneys for Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 | **BARBARA MIDDLE RIDER FOR GARY**  | **Case No. l7-CV-04015 LHK**
   | **MIDDLE RIDER, an individual,**   |
14 | **ROBERT GARZA, an individual**    | **ERRATA**
   | **ALBERT ARELLANO, an individual,**|
15 | **JOSE DON CORONADO, an individual,**|

16

17 **PLAINITFFS AND PUTATIVE**
   **PLAINTIFFS**

18
               **Plaintiffs,**
19

20      **vs.**

21

               **Defendants.**
22

23 **MOVING SOLUTIONS, a California**
   **Corporation MANAGED FACILITIES**
24 **SOLUTIONS, LLC a California Limited**
   **Liability Company and CHARTWELL**
25 **STAFFING SOLUTIONS, INC a New York**
   **Corporation licensed to do business in**
26 **California**

27

28

MOTION FOR PRELIMINARY APPROVAL

1

2

3

4

Plaintiff's counsel is reattaching the redlined version of the Notice of Claim Form Exhibit C and the clean copy of Notice of Claim Form Exhibit D due to minor errors noticed in the first copies.  We are sorry for any confusion this caused.

5

6

June 14, 2019

7

8

9

10

*James Dal Bon* .

11

James Dal Bon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1