Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE JULY 3, 2019 CASE MANAGEMENT CONFERENCE**<br><br>[Proposed Order filed concurrently herewith]<br><br>Hon. Lucy H. Koh |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Defendant Chartwell Staffing Services, Inc. ("Chartwell") respectfully moves for an order granting it permission to appear telephonically for the July 3, 2019 Case Management Conference. Chartwell makes this request on the grounds that its counsel is located in Irvine, California. As such, it will cause increased litigation fees and costs for it if its counsel is not permitted to appear telephonically.

Dated: June 25, 2019

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE  LEIGHTON PAISNER LLP**

By:  */s/ Christopher J. Archibald*
     Christopher J. Archibald
Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

**PROOF OF SERVICE**
CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

     On **June 25, 2019,** I caused the following document(s) described as:

**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE JULY 3, 2019 CASE MANAGEMENT CONFERENCE**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:    650.630.2447<br>Email:    jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:    408.286.7000<br>Email:    vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.***<br><br>Phone:  408.796.7551<br>Email:  rschramm@eralawyers.com<br>           gcallan@eralawyers.com |
| David W. Affeld, Esq.<br>Damion Robinson, Esq.<br>Affeld Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067 | ***Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC***<br><br>Phone:  310.979.8700<br>Fax:     310.979.8701<br>Email:  dwa@agzlaw.com<br>          dr@agzlaw.com |

     [☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

     [☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 25, 2019**, at Irvine, California.

_Ginny Hamel_ (signature)
Ginny Hamel