Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br>                Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br>                Defendants. | Case No. 17-CV-04015 LHK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR JULY 3, 2019 CASE MANAGEMENT CONFERENCE** <br><br> Hon. Lucy H. Koh |

## **PROPOSED ORDER**

The Court, having read and considered Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") motion to appear telephonically for the July 3, 2019 Case Management Conference, hereby GRANTS its request. Chartwell is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing, to finalize its appearance. Chartwell is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable Lucy H. Koh
                                United States District Court Judge

PROOF OF SERVICE
CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **June 25, 2019,** I caused the following document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE JULY 3, 2019 CASE MANAGEMENT CONFERENCE**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:   650.630.2447<br>Email:    jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | ***Attorneys for Plaintiff***<br><br>Phone:   408.286.7000<br>Email:    vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | ***Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.***<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>          gcallan@eralawyers.com |
| David W. Affeld, Esq.<br>Damion Robinson, Esq.<br>Affeld Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067 | ***Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC***<br><br>Phone:   310.979.8700<br>Fax:       310.979.8701<br>Email:    dwa@agzlaw.com<br>             dr@agzlaw.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this

Court at whose direction the service was made.

Executed on **June 25, 2019**, at Irvine, California.

*Ginny Hamel* /s/ Ginny Hamel