1  David W. Affeld, Cal. Bar. No. 123922
   Damion Robinson, Cal. Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Suite 2460
3  Los Angeles, California 90067
   Tel. (310) 979-8700
4  Fax (310) 979-8701
   dr@agzlaw.com
5
   Attorneys for Defendant
6  Managed Facilities Solutions, LLC

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                              **SAN JOSE DIVISION**
11

12 | GARY MIDDLE RIDER, an individual, *et al.*, *etc.* | **Case No.: 17-CV-04015 LHK** |

   Plaintiffs,

   vs.

   MOVING SOLUTIONS, a California corporation, *et al.*

   Defendants.

*Assigned for All Purposes to:*
The Hon. Lucy H. Koh

**DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC's MOTION TO APPEAR BY TELEPHONE AT THE JULY 3, 2019 CASE MANAGEMENT CONFERENCE**

Date: July 3, 2019
Time: 2:00 p.m.
Courtroom: 8, 4th Floor

[Proposed Order filed concurrently]

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Managed Facilities Solutions, Inc. ("MFS") respectfully moves to appear by telephone at the Case Management Conference scheduled for July 3, 2019.  MFS makes this motion on the grounds that its counsel of record is located in Los Angeles, California.  An in-person appearance at the hearing would unnecessarily increase attorney's fees and litigation expenses.

Dated:  June 25, 2019            Respectfully submitted,

By: s/ Damion Robinson
David W. Affeld
Damion D. D. Robinson
Affeld Grivakes LLP

Attorneys for Defendant Managed Facilities Solutions, LLC

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document using the Court's CM/ECF System. I am informed and believe that filing through the CM/ECF system will cause notice to be served on all interested parties.

_____
Kristen Meiser