1  David W. Affeld, Cal. Bar. No. 123922
   Damion Robinson, Cal. Bar No. 262573
2  Affeld Grivakes LLP
   2049 Century Park East, Suite 2460
3  Los Angeles, California 90067
   Tel. (310) 979-8700
4  Fax (310) 979-8701
   dr@agzlaw.com
5
   Attorneys for Defendant
6  Managed Facilities Solutions, LLC

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                              **SAN JOSE DIVISION**
11

12 | GARY MIDDLE RIDER, an individual, *et al.*, *etc.* | **Case No.: 17-CV-04015 LHK**
13 |                                                    | *Assigned for All Purposes to:*
   |                                                    | The Hon. Lucy H. Koh
14 |                       Plaintiffs,                  |
   |                                                    | **[PROPOSED] ORDER GRANTING**
15 |                       vs.                          | **DEFENDANT MANAGED FACILITIES**
   |                                                    | **SOLUTIONS, LLC's MOTION TO**
16 | MOVING SOLUTIONS, a California                     | **APPEAR BY TELEPHONE AT THE JULY**
   | corporation, *et al.*                              | **3, 2019 CASE MANAGEMENT**
17 |                                                    | **CONFERENCE**
   |                       Defendants.                  |
18 |                                                    | Date:  July 3, 2019
   |                                                    | Time:  2:00 p.m.
19 |                                                    | Courtroom:  8, 4th Floor

20

21

22

23

24

25

26

27

28

# ORDER

The Court, having considered the motion of defendant Managed Facilities Solutions, LLC ("MFS") to appear by phone at the July 3, 2019 Case Management Conference, and finding good cause, hereby GRANTS the motion.

MFS is directed to contact CourtCall Remote Court Appearances in advance of the hearing to arrange for the telephonic appearance, and to comply with CourtCall's telephonic appearance procedures.

**It is SO ORDERED.**

Dated:   June 26, 2019

_Lucy H. Koh_
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE