RICHARD SCHRAMM (SBN 151696)
EMPLOYMENT RIGHTS ATTORNEYS
1500 E. Hamilton Ave., Suite 118
Campbell, California 95008
Tel: (408) 796-7551
Fax: (408) 796-7368

Attorneys for Defendant, Moving Solutions, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA

-oo0oo-

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>　　　　Plaintiff and Putative Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC., A California Corporation; CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California; and MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company,<br><br>　　　　Defendants. | **Case No.** 17-CV-04015-LHK<br><br>**DEFENDANT MOVING SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE JULY 03, 2019 CASE MANAGEMENT CONFERENCE**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Hearing Date:　　　July 03, 2019<br>Hearing Time:　　　2:00 p.m.<br>Judge:　　　　　　Hon. Lucy Koh<br>Hearing Location:　Courtroom 8, 4th Fl. |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant Moving Solutions, Inc., ("MSI") respectfully moves for an order granting it permission to appear telephonically for the July 03, 2019 Case Management Conference.

    MSI makes this request on the grounds that its counsel, Richard D. Schramm, Esq., has a conflict in his schedule. Mr. Schramm is away from the office so that he may attend medically-necessary physician's appointment, making in-person attendance for Mr. Schramm impossible.

    Prejudice to MSI will result if Mr. Schramm is not permitted to appear telephonically.

Respectfully,

June 26, 2019                                 _/s/_
                                               Richard D. Schramm, Esq.
                                               EMPLOYMENT RIGHTS ATTORNEYS
                                               Attorneys for Defendant, Moving Solutions, Inc.