James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **AMENDED JOINT CASE MANAGEMENT STATEMENT** <br><br> Hon. Lucy H. Koh <br><br> Date: July 3, 2019 <br> Time: 2:00 p.m. <br> Room: 8 |

12682431.1

AMENDED JOINT CASE MANAGEMENT STATEMENT – 17-CV-04015-LHK

Plaintiffs Albert Arellano, Robert Garza, Barbara Middle Rider, and Dan Coronado ("Plaintiffs") and Defendants Moving Solutions, Inc. and Chartwell Staffing Services, Inc. ("Defendants") (collectively, the "Parties"), hereby jointly submit this status report in preparation for the July 3, 2019 status conference:

The Parties have entered into an agreement to resolve all claims in this action.

The Parties will file their Second Motion For Preliminary Approval by Friday June 28, 2019.

\*\*\*The filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.\*\*\*

Dated:  June 27, 2019

James Dal Bon
**LAW OFFICES OF JAMES DAL BON**

By:   */s/ James Dal Bon*
         James Dal Bon
Attorneys for Plaintiffs and the Putative Class

Dated:  June 27, 2019

Victoria L. H. Booke
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**

By:   */s/ Victoria L. H. Booke*
         Victoria L. H. Booke
Attorneys for Plaintiffs and the Putative Class

Dated: June 26, 2019

David William Affeld
Damion Robinson
**AFFELD GRAVEKES**

/s/ *Damion Robinson*

Attorneys for Defendant Managed Facilities Solutions, LLC

12682431.1

1

AMENDED JOINT CASE MANAGEMENT STATEMENT – 17-CV-04015-LHK

|     |                          |                                                                                                                                      |
| --- | ------------------------ | ------------------------------------------------------------------------------------------------------------------------------------ |
| 1   |                          |                                                                                                                                      |
| 2   |                          |                                                                                                                                      |
| 3   |                          |                                                                                                                                      |
| 4   | Dated: June 27, 2019     | Allison C. Eckstrom                                                                                                                  |
| 5   |                          | Christopher J. Archibald<br>Michael E. Olsen                                                                                         |
| 6   |                          | **BRYAN CAVE LEIGHTON PAISNER LLP**                                                                                                  |
| 7   |                          |                                                                                                                                      |
| 8   |                          | By:  */s/ Christopher J. Archibald*<br>         Christopher J. Archibald                                                             |
| 9   |                          | Attorneys for Defendant<br>CHARTWELL STAFFING SERVICES, INC.                                                                         |
| 10  |                          |                                                                                                                                      |
| 11  | Dated: June 27, 2019     | Richard D. Schramm<br>**EMPLOYMENT RIGHTS ATTORNEYS**                                                                                |

By:  */s/ Richard D. Schramm*
     Richard D. Schramm
Attorneys for Defendant
Moving Solutions, Inc.