RICHARD SCHRAMM (SBN 151696)
EMPLOYMENT RIGHTS ATTORNEYS
1500 E. Hamilton Ave., Suite 118
Campbell, California 95008
Tel: (408) 796-7551
Fax: (408) 796-7368

Attorneys for Defendant, Moving Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN CALIFORNIA, SAN JOSE DIVISION**

-oo0oo-

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>　　　　Plaintiff and Putative Plaintiffs,<br><br>　　v.<br><br>MOVING SOLUTIONS, INC., A California Corporation; CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California; and MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company,<br><br>　　　　Defendants. | Case No. 17-CV-04015-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT MOVING SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE JULY 03, 2019 CASE MANAGEMENT CONFERENCE<br><br>[Filed Concurrently with Motion to Appear Telephonically]<br><br>Hearing Date:　　July 03, 2019<br>Hearing Time:　　2:00 p.m.<br>Judge:　　　　　Hon. Lucy Koh<br>Hearing Location: Courtroom 8, 4th Fl. |

# ~~PROPOSED~~ ORDER

The Court, having read and considered Defendant Moving Solutions, Inc.'s ("MSI") motion to appear telephonically for the July 03, 2019 Case Management Conference, and good cause appearing, hereby GRANTS its request.

MSI's counsel is hereby directed to contact CourtCall Remote Court Appearances at (866) 582-6878 in advance of the hearing to finalize its appearance. MSI's counsel is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: __June 27, 2019__        _____
                                Hon. Lucy H. Koh
                                UNITED STATES DISTRICT COURT JUDGE