# Exhibit C

Lopez v. Logistics Delivery Solutions
Statistics

| | |
|---|---|
| # Class Members | 139 |
| # Claims Received | 71 |
| # Exclusions Received | 0 |
| # Objection Received | 0 |
| Gross Settlement Amount | $1,250,000.00 |
| Net Settlement Fund | $747,339.40 |
| # Settlement Checks Issued | 71 |
| Particpation Rate | 51.08% |
| Total of Settlement Checks Issued | $381,734.56 |
| Minimum Settlement Amount | $264.36 |
| Maximum Settlement Amount | $12,953.59 |
| Average Settlement Amount | $5,376.54 |
| % Net Settlement Fund Claimed | 51.08% |