JAMES DAL BON, SBN #157942
LAW OFFICE OF JAMES DAL BON
606 N. 1ST St.
SAN JOSE, CA 95112
(408) 466-5845

VICTORIA L. BOOKE, SBN #142518
BOOKE & AJLOUNY
606 N. 1ST St.
SAN JOSE, CA 95112
(408)286-7000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,** **PLAINITFFS AND PUTATIVE PLAINTIFFS**<br><br>     Plaintiffs,<br><br>  vs.<br><br>     Defendants.<br><br>**MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California** | Case No. l7-CV-04015 LHK<br><br>**DECLARATION IN SUPPORT OF SECOND SUPPLEMENTAL BRIEFING ON DAMAGES AND REVISED NOTICE AND CLAIM FORM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION** |

DECLARATION

My name is James Dal Bon and I swear under penalty of perjury by the laws of the State of California that the foregoing is true and correct based upon my personal knowledge.

1) Exhibit A is a true and correct copy of the Notice of Claim Form demonstrating the changes we made to the claim form.
2) Exhibit B is a true and correct copy of the Claim Form.
3) Exhibit C is a true and correct copy of the Final Statistics in the case Lopez vs Delivery Solutions LLC.

June 28, 2019

*James Dal Bon*

_____.

James Dal Bon