1  JAMES DAL BON, SBN #157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4
5  VICTORIA L. BOOKE, SBN #142518
   BOOKE & AJLOUNY
6  606 N. 1ST St.
   SAN JOSE, CA 95112
7  (408)286-7000
8
   Attorneys for Plaintiffs
9
10               UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  **BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual,** | Case No. l7-CV-04015 LHK |
| 14  **ROBERT GARZA, an individual** | |
| 15  **ALBERT ARELLANO, an individual,** | ERRATA |
|     **JOSE DON CORONADO, an individual,** | |
| 16  | |
| 17  **PLAINITFFS AND PUTATIVE PLAINTIFFS** | |
| 18  | |
|         Plaintiffs, | |
| 19  | |
| 20      vs. | |
| 21  | |
|         Defendants. | |
| 22  | |
| 23  **MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES** | |
| 24  **SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL** | |
| 25  **STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in** | |
| 26  **California** | |
| 27  | |
| 28  | |

1
2     Plaintiff's counsel is reattaching Ex A the Notice of Claim Form due to submission of an
3
4  uncorrect4ed version noticed in the first copies.  We are sorry for any confusion this caused.
5  Additionally the Plaintiffs attach the Proposed Order.
6  July 1, 2019
7
8
9  *James Dal Bon*
10  _____.
11  James Dal Bon
12
13
...
28

1