Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE JULY 18, 2019 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>[Proposed Order filed concurrently herewith]<br><br>Hon. Lucy H. Koh |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Defendant Chartwell Staffing Services, Inc. ("Chartwell") respectfully moves for an order granting it permission to appear telephonically for the July 18, 2019 hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Chartwell makes this request on the grounds that its counsel is located in Irvine, California. As such, it will cause increased litigation fees and costs for it if its counsel is not permitted to appear telephonically.

Dated: July 11, 2019

Allison C. Eckstrom
Christopher J. Archibald
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Christopher J. Archibald*
Christopher J. Archibald
Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.