David W. Affeld, Cal. Bar. No. 123922
Damion Robinson, Cal. Bar. No. 262573
Affeld Grivakes LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (310) 979-8700
Fax (310) 979-8701
dr@agzlaw.com

Attorneys for Defendant
Managed Facilities Solutions, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, *et al.*, *etc.*<br><br>                 Plaintiffs,<br><br>        vs.<br><br>MOVING SOLUTIONS, a California corporation, *et al.*<br><br>                 Defendants. | **Case No.:  17-CV-04015 LHK**<br><br>*Assigned for All Purposes to:*<br>The Hon. Lucy H. Koh<br><br>**DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC's MOTION TO APPEAR BY TELEPHONE AT THE JULY 18, 2019 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>Date:  July 18, 2019<br>Time:  1:30 p.m.<br>Courtroom:  8, 4th Floor<br><br>[Proposed Order filed concurrently] |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Managed Facilities Solutions, Inc. ("MFS") respectfully moves to appear by telephone at the hearing on Plaintiffs' Motion for Class Settlement Approval scheduled for July 18, 2019.  MFS makes this motion on the grounds that its counsel of record is located in Los Angeles, California.  An in-person appearance at the hearing would unnecessarily increase attorney's fees and litigation expenses.

Dated:  July 16, 2019

Respectfully submitted,

By: s/ Damion Robinson
David W. Affeld
Damion D. D. Robinson
Affeld Grivakes LLP

Attorneys for Defendant Managed
Facilities Solutions, LLC

MFS' MOTION TO APPEAR BY PHONE

1

## **CERTIFICATE OF SERVICE**

2

     I certify that I electronically filed the foregoing document using the Court's CM/ECF System.  I am informed and believe that filing through the CM/ECF system will cause notice to be served on all interested parties.

3

4

                                 _____

5

                                 Damion Robinson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MFS' MOTION TO APPEAR BY PHONE