David W. Affeld, Cal. Bar. No. 123922
Damion Robinson, Cal. Bar No. 262573
Affeld Grivakes LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (310) 979-8700
Fax (310) 979-8701
dr@agzlaw.com

Attorneys for Defendant
Managed Facilities Solutions, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, *et al.*, *etc.* <br><br> Plaintiffs, <br><br> vs. <br><br> MOVING SOLUTIONS, a California corporation, *et al.* <br><br> Defendants. | **Case No.: 17-CV-04015 LHK** <br><br> *Assigned for All Purposes to:* <br> The Hon. Lucy H. Koh <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MANAGED FACILITIES SOLUTIONS, LLC's MOTION TO APPEAR BY TELEPHONE AT THE JULY 18, 2019 HEARING ON PLAINTIFFS' MOTION FOR CLASS SETTLEMENT APPROVAL** <br><br> Date: July 18, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 8, 4th Floor |

# ORDER

The Court, having considered the motion of defendant Managed Facilities Solutions, LLC ("MFS") to appear by phone at the July 18, 2019 Hearing on plaintiffs' Motion for Class Settlement Approval, and finding good cause, hereby GRANTS the motion.

MFS is directed to contact CourtCall Remote Court Appearances in advance of the hearing to arrange for the telephonic appearance, and to comply with CourtCall's telephonic appearance procedures.

**It is SO ORDERED.**

Dated: __July 16, 2019__

*Lucy H. Koh*

The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE