*Gary Middle Rider et al. v. Moving Solutions, Inc. et al., Case No.: 17-cv-04015LHK*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

# CLAIM FORM

**INSTRUCTIONS: PLEASE COMPLETE THIS CLAIM FORM AND TIMELY RETURN THE FORM TO THE SETTLEMENT ADMINISTRATOR IF YOU WANT TO CLAIM YOUR INDIVIDUAL SETTLEMENT PAYMENT, IN EXCHANGE FOR YOUR RELEASE OF THE RELEASED CLAIMS, AS DESCRIBED IN THE NOTICE OF CLASS/COLLECTIVE ACTION AND PAGA SETTLEMENT THAT ACCOMPANIES THIS FORM. YOU MUST COMPLETE <u>IN FULL</u>, SIGN, DATE, AND MAIL THIS CLAIM FORM ON OR BEFORE [INSERT DEADLINE] TO THE FOLLOWING ADDRESS:**

> [INSERT NAME, ADDRESS AND TELEPHONE NUMBER]

**INCOMPLETE AND/OR UNTIMELY CLAIM FORMS WILL BE REJECTED**

**I. <u>CLAIMANT IDENTIFICATION:</u>**

[ID]
[NAME]
[ADDR1]
[ADDR2]
[CITY] [STATE] [ZIP]
[TELEPHONE NO.]

Name/Contact Information Changes (if any)

_____

_____

_____

_____

**II. <u>EMPLOYMENT INFORMATION:</u>**

Based on our records, you performed work in California as an hourly, non-exempt employee, other than administrative office staff, for Defendants Chartwell Staffing Services, Inc., Moving Solutions, Inc., and/or Managed Facilities Solutions, LLC ("Defendants") for _____ weeks between July 17, 2013 and [INSERT DATE OF PRELIMINARY APPROVAL] ("Class Period"). Your estimated Individual Settlement Payment is $ _____.

If you agree with the information stated above, please complete the last section where indicated below, and return the completed Claim Form to the Settlement Administrator postmarked on or before [INSERT DEADLINE], to receive your monetary recovery.

If you disagree with the number of weeks you worked during the Class Period, please state the total number of weeks that you believe you have performed work in California for Defendants during the Class Period. Complete the last section of this Claim Form where indicated, attach any and all documents that support your claim (such as paystubs, cancelled checks, time records, etc.), and return the completed Claim Form and attachments to the Settlement Administrator with a postmark date on or before [INSERT DATE].

Please be advised that the number of weeks stated above is presumed to be correct unless the documents you submit prove otherwise.

I disagree with the information stated above. I believe that I performed work in California for Defendants for _____ weeks between July 17, 2013 and [INSERT DATE OF PRELIMINARY APPROVAL].

### III. ACKNOWLEDGMENT OF RELEASE OF SETTLED CLAIMS.

By completing this Claim Form and accepting the benefits under this Settlement, I hereby agree that I, and all persons purporting to act on my behalf or purporting to assert a claim under or through me, hereby fully, finally, and forever released, settled, compromised, relinquished and discharged any and all of the Released Parties (as defined in Section "I" of Notice of Class/Collective Action And PAGA Settlement) of and from any and all of the following claims to the maximum extent permitted by law: all causes of action that were alleged or could have been alleged based on the facts in the operative Complaint, including all of the following claims for relief: 1) failure to pay minimum, regular, and overtime wages in violation of California Labor Code §§ 510, 1198, 1194, 1197, and 1197.1 and the Fair Labor Standards Act; 2) failure to provide, authorize, permit and /or make available meal and rest periods in violation of California Labor Code §§ 226.7 and 512; 3) failure to provide accurate itemized wage statements in violation of California Labor Code § 226; 4) failure to pay all wages upon termination in violation of California Labor Code §§ 201-204; 5) violation of California Business and Professions Code §§ 17200, *et seq.*; 6) claims for civil penalties pursuant to PAGA; 7) any other claims, penalties, premiums, or injunctive relief under the laws pleaded in the operative Complaint; and 8) all damages, penalties, interest and other amounts recoverable under said causes of action under California law (collectively, the "Released Claims"). The period of the Released Claims shall extend from July 17, 2013 through [INSERT DATE OF PRELIMINARY APPROVAL].

By completing this Claim Form and accepting the benefits under this Settlement, I certify that I am the person named above. I acknowledge that I have received and reviewed the Notice of Class/Collective Action and PAGA Settlement. I understand and agree that, by signing this Claim Form, I agree, to extent required by law, to opt into the collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) and to release my claims as described in this Claim Form, Notice of Class/Collective Action and PAGA Settlement, and the Joint Stipulation of Class Action Settlement. I understand that I can obtain a copy of the Joint Stipulation of Class Action Settlement from the Settlement Administrator, CPT Group, Inc., and that I may contact Class Counsel if I have any questions.

**I declare under penalty of perjury that the above information is correct.**

Date: _____

Signature: _____

Name: _____

~~Last Four Digits of Social Security Number:~~ _____