AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

GARY MIDDLE RIDER,

                Plaintiff (s),

V.

MOVING SOLUTIONS, INC., etc.; et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:17-cv-04015-LHK

Notice is hereby given that, subject to approval by the court, __Chartwell Staffing Services, Inc.__ substitutes
                                                                                           (Party (s) Name)

__Alexander L. Conti__, State Bar No. __155945__ as counsel of record in
(Name of New Attorney)

place of __Allison C. Eckstrom and Christopher J. Archibald__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Conti Law
    Address:             23 Corporate Plaza, Ste 150 Newport Beach, CA 92660
    Telephone:         949.791.8555                Facsimile 949.791.8556
    E-Mail (Optional):   aconti@conti-law.com

I consent to the above substitution.

Date:     September 17, 2019

                                                  Chartwell Staffing Services, Inc.

                                                (Signature of Party (s))

I consent to being substituted.

Date:     September 17, 2019

                                                  (Signature of Former Attorney (s))
                                                Christopher J. Archibald

I consent to the above substitution.
Date:     September 13, 2019

                                                  (Signature of New Attorney)
                                                Alexander L. Conti

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

# PROOF OF SERVICE
## CCP 1013a(3)
*(Gary Middle Rider v. Moving Solutions, Inc., et al.)*

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On **September 17, 2019**, I caused the following document(s) described as:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br><br>Phone: 408.286.7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br><br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>       gcallan@eralawyers.com |
| David W. Affeld, Esq.<br>Damion Robinson, Esq.<br>Affeld Grivakes LLP<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067 | *Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC*<br><br>Phone: 310.979.8700<br>Fax: 310.979.8701<br>Email: dwa@agzlaw.com<br>       dr@agzlaw.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

| Alexander L. Conti, Esq.<br>Conti Law<br>23 Corporate Plaza, Ste 150<br>Newport Beach, CA 92660 | ***Courtesy Copy***<br><br>Phone:  949.791.8555<br>Fax:    949.791.8556<br>Email:  aconti@conti-law.com |
|---|---|

[☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 17, 2019**, at Irvine, California.

*Ginny Hamel* /s/ Ginny Hamel