1  Alexander L. Conti, Esq. (California Bar No. 155945)
   **CONTI LAW**
2  23 Corporate Plaza Drive, #150
   Newport Beach, CA 92660
3  Telephone:  (949) 791-8555
   Facsimile:   (949) 791-8556
4  Email: aconti@conti-law.com

5  Attorneys for Defendant
   CHARTWELL STAFFING SERVICES, INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11 | GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, | Case No. 17-CV-04015 LHK |
12 | | [PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR THE OCTOBER 2, 2019 FURTHER CASE MANAGEMENT CONFERENCE |
13 | PLAINTIFFS AND PUTATIVE PLAINTIFFS | |
14 | | |
15 | Plaintiffs, | Hon. Lucy H. Koh |
16 | v. | |
17 | MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California | |
18 | | |
19 | | |
20 | | |
21 | | |
22 | Defendants. | |

# ~~PROPOSED~~ ORDER

The Court, having read and considered Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") motion to appear telephonically for the October 2, 2019 further case management conference, hereby GRANTS its request. Chartwell is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing, to finalize its appearance. Chartwell is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated:  September 19, 2019          *Lucy H. Koh*
                                    Honorable Lucy H. Koh
                                    United States District Court Judge