United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER, ALBERT ARELLANO, ROBERT GARZA, JOSE DON CORONADO,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 2, 2019 at 2:00 p.m. *See* Civ. L.R. 16-10(d). The Court hereby ORDERS the parties to file one Joint Case Management Statement by Friday, September 27, 2019 at 4:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: September 26, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-04015-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT