AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

ALBERT ARELLANO, et al.
                Plaintiff (s),
V.
MOVING SOLUTIONS, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-CV-04015 LHK

Notice is hereby given that, subject to approval by the court, __Managed Facilities Solutions, LLC__ substitutes
                                                                       (Party (s) Name)

__Susan E. Bishop__, State Bar No. __187253__ as counsel of record in
(Name of New Attorney)

place of __Damion Robinson__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Berliner Cohen LLP |
| Address: | 10 Almaden Blvd., 11th Floor, San Jose, CA 95113 |
| Telephone: | (408) 286-5800     Facsimile (408) 998-5388 |
| E-Mail (Optional): | susan.bishop@berliner.com; sabina.hall@berliner.com |

I consent to the above substitution.
Date: 9/26/19

Haynes Dallas, CEO
(Signature of Party (s))

I consent to being substituted.
Date: 9/26/19

Damion Robinson
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/25/19

Susan E. Bishop
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]