1  JAMES DAL BON, Bar No. 157942
   LAW OFFICE OF JAMES DAL BON
2  606 NORTH FIRST STREET
   SAN JOSE, CA 95112
3  (408) 466-5845
   ATTORNEY FOR PLAINTIFF
4
5  VICTORIA BOOKE, SBN 142518
   BOOKE & AJLOUY
6  606 NORTH FIRST STREET
   SAN JOSE, CA 95112
7  (408) 286-7000
   ATTORNEY FOR PLAINTIFFS
8
   *(Additional Counsel on next page)*
9

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA

GARY MIDDLE RIDER et al

　　　　Plaintiffs,

　　vs.

　　　　Defendants.

MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC

Case No.  17-CV-04015 LHK

**JOINT CASE MANANGEMENT  STATEMENT**

**HEARING DATE :　10/02/2019**
**TIME:　　　　　　2:00 PM**
**ROOM:　　　　　　8**
**HONORABLE JUDGE LUCY H. KOH**

```
RICHARD SCHRAMM
EMPLOYMENT RIGHTS ATTORNEYS
1500 E HAMILTON AVE. SUITE 118
CAMPBELL, CA 95008
(408) 796-7551
ATTORNEY FOR DEFENDANT
MOVING SOLUTIONS, INC.

DAMION D. ROBINSON
AFFELD GRIVAKES LLP
2049 CENTURY PARK EAST, SUITE 2460
LOS ANGELES, CA 90067
(310) 979-8700
ATTORNEY FOR DEFENDANTS
MANAGED FACILITIES SOLUTIONS, LLC

ALEXANDER LAWRENCE CONTI
CONTI LAW
23 CORPORATE PLAZA, STE 150
NEWPORT BEACH, CA 92660
(949) 791-8555
ATTORNEY FOR DEFENDANTS
CHARTWELL STAFFING
```

     The parties by and through their respective counsel jointly submit this updated status report pursuant to the Court's Order to File Joint Case Management Statement:

     1.     All Counsel have been collaborating to revise the Settlement Agreement, Notice of Claim and Claim Form consistent with issues raised at the last hearing. It has been a long process to revise, review, circulate to all counsel and obtain all counsels' approval and their clients' approval. Once approved everyone had to get their respective clients' signatures.

     2.     Currently, all revisions were made and approved by all counsel and their respective clients. All clients have signed the revised Settlement Agreement, except Managed Facilities.

3. We have been informed by the current counsel for Managed Facilities that they are being substituted out of the case.

4. Counsel for Managed Facilities respectfully requests that the Case Management Conference be continued no more than 14 days or at the Court's availability until new counsel for Managed Facilities is substituted in allowing them an opportunity to review and sign the revised Settlement Agreement. Counsel for the remaining parties do not oppose Managed Facilities' request.

DATED: September 26, 2019

Respectfully submitted,

/s/James Dal Bon
JAMES DAL BON
Attorney for Plaintiff

/s/Victoria L.H. Booke
VICTORIA L.H. BOOKE
Attorney for Plaintiff

/s/Richard Schramm
RICHARD SCHRAMM
Attorney for Defendant Moving Solutions, Inc.

DAMION ROBINSON
Attorney for Defendant Managed Facilities Solution

/s/Alexander Lawrence Conti
ALEXANDER LAWRENCE CONTI
Attorney for Defendant Chartwell Staffing Services, Inc.

/s/Susan E. Bishop
SUSAN E. BISHOP
Attorney for Defendant Managed Facilities Solutions (Substitution Pending)