AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

ALBERT ARELLANO, et al.
                          Plaintiff (s),
V.
MOVING SOLUTIONS, et al.
                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-CV-04015 LHK

Notice is hereby given that, subject to approval by the court, __Managed Facilities Solutions, LLC__ substitutes
(Party (s) Name)

__Susan E. Bishop__, State Bar No. __187253__ as counsel of record in
(Name of New Attorney)

place of __Damion Robinson__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Berliner Cohen LLP
Address: 10 Almaden Blvd., 11th Floor, San Jose, CA 95113
Telephone: (408) 286-5800      Facsimile (408) 998-5388
E-Mail (Optional): susan.bishop@berliner.com; sabina.hall@berliner.com

I consent to the above substitution.
Date: 9/26/19

Haynes Dallas, CEO
(Signature of Party (s))

I consent to being substituted.
Date: 9/26/19

Damion Robinson
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/25/19

Susan E. Bishop
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 30, 2019

Lucy H. Koh
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]