UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT GARZA, et al., | Case No. 17-CV-04015-LHK |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| MOVING SOLUTIONS, INC, et al., | |
| Defendants. | |

Plaintiffs' Attorneys: James Dal Bon and Victoria L.H. Booke
Defendant Moving Solutions, Inc.: Richard Schramm
Defendant Chartwell Staffing Solutions Inc.: Alexander Conti (via CourtCall)
Defendant Managed Facilities Solutions, LLC: Susan E. Bishop

A case management conference was held on October 9, 2019. A further case management conference is set for January 29, 2020. The parties shall file their joint case management statement by January 22, 2020.

The parties shall file a joint motion for preliminary approval of class action settlement by October 30, 2019.

The Court set the following amended the case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | January 29, 2020 |

1

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Last Day to File Class Certification Motion | April 9, 2020 |
| Hearing on Class Certification | June 4, 2020 |
| Close of Fact Discovery | September 30, 2020 |
| Opening Expert Reports | October 14, 2020 |
| Rebuttal Expert Reports | October 28, 2020 |
| Close of Expert Discovery | November 12, 2020 |
| Last Day to File Dispositive Motions (one per side in the entire case) | December 3, 2020 |
| Hearing on Dispositive Motions | January 28, 2021 at 1:30 p.m. |
| Final Pretrial Conference | March 25, 2021 at 1:30 p.m. |
| Jury Trial (5 days) | April 12, 2021 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  October 9, 2019

_____
LUCY H. KOH
United States District Judge