1  JAMES DAL BON, SBN #157942
2  LAW OFFICE OF JAMES DAL BON
   606 N. 1ST St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4
5  VICTORIA L. BOOKE, SBN #142518
   BOOKE & AJLOUNY
6  606 N. 1ST St.
   SAN JOSE, CA 95112
7  (408)286-7000
8
   Attorneys for Plaintiffs
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| **BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,** **PLAINITFFS AND PUTATIVE PLAINTIFFS** | Case No. l7-CV-04015 LHK **DECLARATION OF JAMES DAL BON IN SUPPORT OF THIRD MOTION FOR PRELIMINARY APPROVAL REVISED STIPULATED SETTLEMENT NOTICE OF CLAIM AND CLAIM FORM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION** |
| Plaintiffs, vs. Defendants. | |
| **MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California** | |

DECLARATION

My name is James Dal Bon and I swear under penalty of perjury by the laws of the State of California that the foregoing is true and correct based upon my personal knowledge.

1) Exhibit A is a true and correct copy of the Memorandum of Understanding signed by all parties

2) Exhibit B is a true and correct copy of the Revised Stipulated Settlement and attached Ex 1 is the revised claim form and Ex 2 is the revised Notice of Claim. .

3) Exhibit C is a true and correct copy of the Final Statistics in the case Lopez vs Delivery Solutions LLC.

October 31, 2019

*James Dal Bon*
—————————————————.

James Dal Bon