*EXHIBIT A*

## MEMORANDUM OF UNDERSTANDING — CLASS ACTION SETTLEMENT

*Gary Middle Rider et al. vs. Moving Solutions, Inc. et al.*
United States District Court, Northern District of California, Case No. 17-cv-04015 LHK

1. *Settlement Amount:* The "Total Settlement Amount" will be $470,000, on a non-reversionary basis. Of that amount, $20,000 will be paid by Moving Solutions, Inc., $250,000 will be paid by Chartwell Staffing Services, Inc., and $200,000 will be paid by Managed Facilities Solutions, LLC. The Total Settlement Amount amount will include all class member payments, the class representative enhancements, attorneys' fees, litigation costs, costs associated with Class Administration, PAGA, penalties, interest, and taxes.



2. *Amended Complaint:* Plaintiffs shall file a Third Amended Complaint to include the following claims: (a) rest break claim; (b) PAGA claim; and (c) any other civil and/or statutory penalties that arise out of (a) through (c).

3. *Class Definition:* The class shall be comprised of all hourly, non-exempt employees employed by Defendants in the State of California during the Class Period except for administrative office staff.

4. *PAGA Allocation:* Of the Total Settlement Amount, $10,000 shall be allocated to Plaintiffs' PAGA claims, once Plaintiffs assert them in the yet to be filed Third Amended Complaint.

5. *Class Representative Enhancement:* Defendants will not oppose class counsel's request for an enhancement not to exceed $5,000 each for the proposed class representatives and to Barbara Middle Rider to be paid out of the Total Settlement Amount.

6. *Attorneys' Fees and Costs:* It is understood that Plaintiffs' counsel will request an attorneys' fees award of 25% of the Total Settlement Amount plus their costs incurred, which will be paid out of the Total Settlement Amount. Defendants will not oppose this request.

7. *Claims-Made Settlement:* Class Members will be required to submit claim forms in a manner agreed—upon by the parties and will have the option to opt-in to the FLSA class.

8. *Allocation of Class Member Payments:* 25% of the portion of the Total Settlement Amount available for class member payments will be allocated to the FLSA opt-in class and 75% will be allocated to the remaining claims. Payments to the class will be allocated as 20% wages and 40% penalties and 40% interest and shall be calculated based on the number of workweeks each Class Member worked with the Class Liability Period. Class members will be responsible for paying any personal income and other taxes owed on the amounts they receive.

9. *Class Member Payments:* That portion of the Total Settlement Amount available for class member payments shall be distributed to class members based on a formula (ultimately to be determined by Defendants with input from Plaintiffs' counsel and subject to Court approval) based on the number of workweeks each class member worked within the Class Liability Period.

10. *Class Administration.* KCC will be responsible for class administration, including mailing the class notices, claim forms, receiving and administering any opt-outs, and printing and mailing the settlement checks. The notices and checks will be sent by first-class mail. The postage and printing costs for the notice, and the postage costs for mailing the checks, shall be paid out of the Total Settlement Amount. Any other administrative costs related to Class Administration also will be paid out of the Total Settlement Amount referenced in paragraph 1.

11. *Release by Class Members and Class Representative:* Class members and the class representative will release all causes of action contained in the Third Amended Complaint, and any additional wage and hour claims that could have been brought based on the facts alleged in the Third Amended Complaint, through the date of Preliminary Approval. The class representatives further agree to release any and all claims, known or unknown, which they now have, have ever had or may in the future have, against Defendants, their officers and any predecessor entities arising in any way from their employment or termination of employment with Defendants or any predecessor entity. The class representatives agree to execute full releases and take any other steps required in order to effectuate a full and complete release.

12. The class member claim and opt-out period will be 45 days.

13. *Blow Up Provision:* If more than 5% of the class members opt out of the settlement, Defendants may, at their option, withdraw from settlement, upon notice to counsel.

14. *Class Liability Period:* This settlement is on behalf of all class members who were employed by Defendants from July 17, 2013 through the date of Preliminary Approval.

15. *Funding of Settlement:* Defendants shall provide the Total Settlement Amount to the Class Administrator in two equal installments. Defendants' first payments shall be due within 30 days of final approval of the settlement (assuming no objection has been made and no appeal has been filed). Defendants' second payments shall be due within 210 days of final approval of the settlement (assuming no objection has been made and no appeal has been filed). The claims administrator will distribute the settlement payments after receiving the second installment payment.

16. *Confidentiality:* Any settlement shall remain confidential until a stipulation for preliminary approval is filed with the court. There shall be no publicity, except class counsel can put on its website information regarding this case without mentioning Defendants by name.

17. *Best Efforts.* The Parties agree to use their best efforts to effectuate the terms of this Settlement and any guidance provided by the Court regarding preliminary or final approval.

IT IS SO AGREED.

Dated: 1/30/2018

James Dal Bon
Law Offices of James Dal Bon
Victoria L.H. Booke

Booke & Ajlouny
*Attorneys for Plaintiffs*

Dated: 11/30/18

_____
**Allison E. Eckstrom**
**Christopher J. Archibald**
BRYAN CAVE LEIGHTON PAISER LLP
*Attorneys for Defendants Chartwell Staffing Services, Inc. and Managed Facilities Solutions, LLC*

Dated: 11/30/18

_____
**Richard D. Schramm**
EMPLOYMENT RIGHTS ATTORNEYS
*Attorneys for Defendant Moving Solutions, Inc.*

PLAINTIFF BARBARA MIDDLE RIDER

Dated: 11·30·18

_____

PLAINTIFF ROBERT GARZA

Dated: 11-30-18

_____

PLAINTIFF ALBERT ARELLANO

Dated: 11/30/18

_____

PLAINTIFF DAN CORONADO

Dated: 1/11/19

_____

Dated: 11-30-2018

DEFENDANT

_____
*For Moving Solutions, Inc.*

DEFENDANT

Dated: _____

_____
*For Chartwell Staffing Services, Inc.*

DEFENDANT

Dated: _____

_____
*For Managed Facilities Solutions, LLC*

Dated: _____                          _____
                                                 *For Moving Solutions, Inc.*

                                                DEFENDANT

Dated: 11/30/18                                 *W. Holmes Lilley, AAA*
                                                _____
                                                *For Chartwell Staffing Services, Inc.*

                                                DEFENDANT

Dated: 11/30/2018                               _____
                                                *For Managed Facilities Solutions, LLC*

Dated: 11-30-2018

DEFENDANT

_____
For Moving Solutions, Inc.

DEFENDANT

Dated: _____

_____
For Chartwell Staffing Services, Inc.

DEFENDANT

Dated: _____

_____
For Managed Facilities Solutions, LLC