

1 MANATT, PHELPS & PHILLIPS, LLP
Michael E. Olsen (Bar No. CA 307358)
2 695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
3 Telephone:   (714) 371-2500
Facsimile:(714) 371-2550
4 molsen@manatt.com

5

6

7

8

9                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12
BARBARA MIDDLE RIDER, ALBERT            Case No. 17-CV-04015-LHK
13 ARELLANO, ROBERT GARZA, JOSE
DON CORONADO,                           **NOTICE OF CHANGE OF**
14                                      **COUNSEL (MICHAEL E. OLSEN)**
           Plaintiffs,
15 v.

16 MOVING SOLUTIONS, INC, et al.,

17           Defendants.

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **TO THE COURT, THE CLERK, AND ALL PARTIES AND THEIR**

2    **COUNSEL OF RECORD:**

3    Notice is hereby given the Michael E. Olsen, Esq. is no longer one of the

4    attorneys of records for interested party Moving Solutions, Inc. Moving Solutions,

5    Inc. was previously represented by Christopher J. Archibald and Allison C.

6    Eckstrom of Bryan Cave Leighton Paisner LLP.  Mr. Olsen is no longer affiliated

7    with Bryan Cave Leighton Paisner LLP or any party in this matter and respectfully

8    requests that the docket be updated accordingly.

9

    Dated:  November 5, 2019             Respectfully Submitted,

10                                         MANATT, PHELPS & PHILLIPS, LLP

11

12                                         By:  /s/ Michael E. Olsen

                                                  Michael E. Olsen

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

NOTICE OF CHANGE OF COUNSEL