Susan E. Bishop, CA State Bar No. 187253
Emily J. Tewes, CA State Bar No. 318439
Berliner Cohen, LLP
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
susan.bishop@berliner.com
emily.tewes@berliner.com

Attorneys for Plaintiff Managed Facilities Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MOVING SOLUTIONS, INC., et al.,<br><br>        Defendants. | CASE NO.  17-CV-04015-LHK<br><br>STATEMENT OF NON-OPPOSITION TO JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION<br><br>Date:     January 9, 2020<br>Time:    1:30 p.m.<br>Dept.:    8<br>Judge:   Hon. Lucy H. Koh |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Managed Facilities Solutions, LLC hereby submits its Statement of Non-Opposition to the Joint Motion for Preliminary Approval of Class Action.

Dated:  November 13, 2019            BERLINER COHEN, LLP


                                     By:  */s/ Susan E. Bishop*
                                          Susan E. Bishop
                                          Emily J. Tewes
                                          Attorneys for Plaintiff Managed Facilities Solutions, LLC