1  Alexander L. Conti, Esq. (California Bar No. 155945)
   **CONTI LAW**
2  23 Corporate Plaza Drive, #150
   Newport Beach, CA 92660
3  Telephone:  (949) 791-8555
   Facsimile:   (949) 791-8556
4  Email: aconti@conti-law.com

5  Attorneys for Defendant
   CHARTWELL STAFFING SERVICES, INC.
6

7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
10

| | |
|---|---|
| 11  GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR JANUARY 9, 2020 HEARING ON JOINT MOTION FOR PRELMINARY APPROVAL** <br><br> [Proposed Order filed concurrently herewith] <br><br> Hon. Lucy H. Koh |

12797430.1
MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR PRELMINARY APPROVAL– 17-CV-04015-LHK

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Defendant Chartwell Staffing Services, Inc. ("Chartwell") respectfully moves for an order granting it permission to appear telephonically at the January 9, 2020 1:30 p.m. hearing on the joint motion for preliminary approval. Chartwell makes this request on the grounds that its counsel is located in Newport Beach, California. As such, it will cause increased litigation fees and costs for it if its counsel is not permitted to appear telephonically.

Dated: December 16, 2019         Alexander L. Conti
                                 **CONTI LAW**

                                 By:   */s/ Alexander L. Conti*
                                       Alexander L. Conti
                                 Attorneys for Defendant
                                 CHARTWELL STAFFING SERVICES, INC.

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Conti Law 23 Corporate Plaza, Suite 150, Newport Beach, CA 92660. On December 16, 2019, I served the foregoing document described as: **DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY FOR JANUARY 9, 2020 HEARING ON JOINT MOTION FOR PRELMINARY APPROVAL** on:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br>Phone: 408.286. 7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton A venue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |
| David Markevitch<br>Kaiser Gornick LLP<br>950 Tower Lane, Suite 925<br>Foster City, CA 94404 | *Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC*<br>Phone:· 415-857-7400<br>Fax: 415-857-7499<br>Email: dmarkevitch@markevitchlaw.com |
| Susan E. Bishop<br>Berliner Cohen<br>10 Almaden Blvd., 11th Floor<br>San Jose, CA 95113 | *Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC*<br>Phone: (408) 286-5800<br>Fax: (408) 998-5388<br>Email: susan.bishop@berliner.com |

[ ]   **(BY MAIL)**   I am familiar with the practice of Conti Law for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein and such envelope was placed for collection and mailing at Conti Law, Corona Del Mar, California, following ordinary business practices.

[ x ]   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 16, 2019, at Newport Beach, California.

*Alexander L. Conti*
_____
Alexander L. Conti