1  aAlexander L. Conti, Esq. (California Bar No. 155945)
   **CONTI LAW**
2  23 Corporate Plaza Drive, #150
   Newport Beach, CA 92660
3  Telephone:  (949) 791-8555
   Facsimile:   (949) 791-8556
4  Email: aconti@conti-law.com

5  Attorneys for Defendant
   CHARTWELL STAFFING SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT JANUARY 9, 2020 HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL**<br><br>Hon. Lucy H. Koh |

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY – 17-CV-04015-LHK

**PROPOSED ORDER**

The Court, having read and considered Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") motion to appear telephonically for the January 9, 2020 1:30 p.m. hearing on the joint motion for preliminary approval, hereby GRANTS its request. Chartwell is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing, to finalize its appearance. Chartwell is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable Lucy H. Koh
United States District Court Judge

# STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Conti Law 23 Corporate Plaza, Suite 150, Newport Beach, CA 92660. On December 16, 2019, I served the foregoing document described as: **[PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT JANUARY 9, 2020 HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL** on:

| | |
|---|---|
| James Dal Bon, Esq.<br>Law Offices of James Dal Bon<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br>Phone: 650.630.2447<br>Email: jdb@wagedefenders.net |
| Victoria L.H. Booke, Esq.<br>Law Offices of Booke & Ajlouny, LLP<br>606 North 1st Street<br>San Jose, CA 95112 | *Attorneys for Plaintiff*<br>Phone: 408.286. 7000<br>Email: vbrooke@gmail.com |
| Richard D. Schramm, Esq.<br>Grainne M. Callan<br>Employment Rights Attorneys<br>1500 E. Hamilton A venue, Suite 118<br>Campbell, CA 95008 | *Attorneys for Defendant/Cross-Complainant, Moving Solutions, Inc.*<br>Phone: 408.796.7551<br>Email: rschramm@eralawyers.com<br>gcallan@eralawyers.com |
| David Markevitch<br>Kaiser Gornick LLP<br>950 Tower Lane, Suite 925<br>Foster City, CA 94404 | *Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC*<br>Phone:· 415-857-7400<br>Fax: 415-857-7499<br>Email: dmarkevitch@markevitchlaw.com |
| Susan E. Bishop<br>Berliner Cohen<br>10 Almaden Blvd., 11th Floor<br>San Jose, CA 95113 | *Attorneys for Defendant/Cross-Defendant Managed Facilities Solutions, LLC*<br>Phone: (408) 286-5800<br>Fax: (408) 998-5388<br>Email: susan.bishop@berliner.com |

[ ]   **(BY MAIL)**   I am familiar with the practice of Conti Law for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein and such envelope was placed for collection and mailing at Conti Law, Corona Del Mar, California, following ordinary business practices.

[ x ]   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 16, 2019, at Newport Beach, California.

*Alexander L. Conti*
_____
Alexander L. Conti