1 | aAlexander L. Conti, Esq. (California Bar No. 155945)
**CONTI LAW**
2 | 23 Corporate Plaza Drive, #150
Newport Beach, CA 92660
3 | Telephone:  (949) 791-8555
Facsimile:   (949) 791-8556
4 | Email: aconti@conti-law.com

5 | Attorneys for Defendant
CHARTWELL STAFFING SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>PLAINTIFFS AND PUTATIVE PLAINTIFFS<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S MOTION TO APPEAR TELEPHONICALLY AT JANUARY 9, 2020 HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL**<br><br>Hon. Lucy H. Koh |

**~~PROPOSED~~ ORDER**

The Court, having read and considered Defendant Chartwell Staffing Services, Inc.'s ("Chartwell") motion to appear telephonically for the January 9, 2020 1:30 p.m. hearing on the joint motion for preliminary approval, hereby GRANTS its request. Chartwell is directed to contact CourtCall Remote Court Appearances at (866) 582-6878, in advance of the hearing, to finalize its appearance. Chartwell is to adhere to CourtCall's procedures.

**IT IS SO ORDERED.**

Dated: December 17, 2019   _____*Lucy H. Koh*_____
Honorable Lucy H. Koh
United States District Court Judge