UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER, ALBERT ARELLANO, ROBERT GARZA, JOSE DON CORONADO,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**ORDER RE: PRELIMINARY APPROVAL HEARING** |

Plaintiffs' Attorneys: James Dal Bon and Victoria L.H. Booke
Defendant Moving Solutions, Inc.: Richard Schramm
Defendant Chartwell Staffing Solutions Inc.: Alexander Conti (via CourtCall)
Defendant Managed Facilities Solutions, LLC: Susan E. Bishop

Plaintiffs filed a third motion for preliminary approval on October 31, 2019.  ECF No. 142. The Court held a preliminary approval hearing on Plaintiffs' third motion for preliminary approval on January 9, 2020.

The Court orders the parties to file an amendment to the Joint Stipulation of Class/Collective Action and PAGA Settlement ("Settlement Agreement"), ECF No. 142-3, by January 15, 2020 that corrects the following:

- In paragraph X, titled "Notices," the parties should replace Defendant Management Facilities Solutions, LLC's prior counsel (David W. Affeld and Damion Robinson from Affeld Grivakes LLP) with current counsel (Susan E. Bishop of Berliner Cohen LLP).

1
Case No. 17-CV-04015-LHK
ORDER RE: PRELIMINARY APPROVAL HEARING

- The parties reference "Exhibit 5," but there is no Exhibit 5.  There is an "Exhibit E" instead.  The parties shall correct this discrepancy.
- "Plaintiffs" is never defined in the Settlement Agreement.  Thus, there is ambiguity as to whether that term refers to only the Class Representatives or includes all Class Members throughout the Settlement Agreement.  This distinction is particularly important for the "General Release By Plaintiffs" contained within III.E.  The Court did not raise this issue at the hearing, but will not grant preliminary approval without a clarification of what "Plaintiffs" means every time it is used in the Settlement Agreement.
- "General Release By Plaintiffs" contained within III.E requires Plaintiffs to release any and all claims "which exist or may exist on Plaintiffs' behalf as of the date of this Agreement."  The "date of this Agreement" is ambiguous because it is not defined, appears to be different from the "Effective Date," and the Settlement Agreement was executed on multiple dates. The Court did not raise this issue at the hearing, but will not grant preliminary approval without clarification of this ambiguity.

The Court proposes changes to the Claim Form, ECF No. 142-3 Ex. 1, in redlined form (Ex. 1), and in clean form (Ex. 2).  The Court also proposes changes to the Notice of Class/Collective Action and PAGA Settlement, ECF No. 142-3 Ex. 2, in redlined form (Ex. 3), and in clean form (Ex. 4).  The parties shall file a response to the Court's proposed changes by January 15, 2020.

The Court sets a Final Approval Hearing date on April 30, 2020.  The Court requires Plaintiffs to file a motion for final approval, and a motion for attorneys' fees and costs, 38 days before the Class Members' Response Deadline, ECF No. 142-3 at 8.  The Court also requires Plaintiffs to file a supplement to the motion for final approval by April 16, 2020.

**IT IS SO ORDERED.**

Dated: January 9, 2020

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-04015-LHK
ORDER RE: PRELIMINARY APPROVAL HEARING