*Gary Middle Rider et al. v. Moving Solutions, Inc. et al., Case No.: 17-cv-04015LHK*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

# CLAIM FORM

**THIS IS A LEGAL DOCUMENT, PLEASE READ IT CAREFULLY.**

**INSTRUCTIONS: PLEASE COMPLETE THIS CLAIM FORM AND TIMELY MAIL THE FORM TO THE SETTLEMENT ADMINISTRATOR IF YOU WANT TO CLAIM YOUR INDIVIDUAL SETTLEMENT PAYMENT, IN EXCHANGE FOR YOUR RELEASE OF THE RELEASED CLAIMS AND FLSA CLAIMS, AS DESCRIBED IN THE NOTICE OF CLASS/COLLECTIVE ACTION AND PAGA SETTLEMENT THAT ACCOMPANIES THIS FORM. YOU MUST COMPLETE IN FULL, SIGN, DATE, AND MAIL THIS CLAIM FORM ON OR BEFORE [INSERT DEADLINE] TO THE FOLLOWING ADDRESS:**

[INSERT NAME, ADDRESS AND TELEPHONE NUMBER]

**INCOMPLETE AND/OR UNTIMELY CLAIM FORMS WILL BE REJECTED**

**I.  CLAIMANT IDENTIFICATION:**

[ID]
[NAME]
[ADDR1]
[ADDR2]
[CITY] [STATE] [ZIP]
[TELEPHONE NO.]

Name/Contact Information Changes (if any)

_____

_____

_____

_____

**II.  EMPLOYMENT INFORMATION:**

Based on our records, you performed work in California as an hourly, non-exempt employee, other than administrative office staff, for Defendants Chartwell Staffing Services, Inc., Moving Solutions, Inc., and/or Managed Facilities Solutions, LLC ("Defendants") for __ weeks between July 17, 2013 and [INSERT DATE OF PRELIMINARY APPROVAL] ("Class Period"). Your estimated Individual Settlement Payment is $__.

If you agree with the information stated above, please complete the last section where indicated below, and return the completed Claim Form to the Settlement Administrator postmarked on or before [INSERT DEADLINE], to receive your monetary recovery.

If you disagree with the number of weeks you worked during the Class Period, please check the box in Part IV of this Claim Form and state the total number of weeks that you believe you have performed work in California for Defendants during the Class Period.  Additionally, attach any and all documents that support your claim (such as paystubs, cancelled checks, time records, etc.), and return the completed Claim Form and attachments to the Settlement Administrator with a postmark date on or before [INSERT DATE].

Please be advised that the number of weeks stated above is presumed to be correct unless the documents you submit prove otherwise.

III. **ACKNOWLEDGMENT OF RELEASE OF SETTLED CLAIMS AND FAIR LABOR STANDARDS ACT OPT-IN.**

By completing this Claim Form and accepting the benefits under this Settlement, I hereby agree that I, and all persons purporting to act on my behalf or purporting to assert a claim under or through me, hereby fully, finally, and forever released, settled, compromised, relinquished and discharged Defendants and all of their present and former parent companies, subsidiaries, affiliates, divisions, predecessors, successors, assigns, joint ventures, and all of their shareholders, officers, directors, employees, agents, servants, registered representatives, attorneys, insurers, successors and assigns, and any other persons acting by through, under or in concert with any of them ("Released Parties") of and from any and all claims, debts, liabilities, demands, obligations, penalties, guarantees, costs, expenses, attorneys' fees, damages, action or causes of action of whatever kind or nature under California law, whether known or unknown, contingent or accrued, based on the same facts alleged by Plaintiffs, including claims for: (a) failure to pay overtime wages in violation of California Labor Code §§ 510 and 1198; (b) failure to pay minimum wages or to timely pay such wages in violation of California Labor Code §§ 204, 1194, 1197, and 1197.1; (c) failure to provide meal periods in violation of California Labor Code §§ 226.7 & 512(a); (d) failure to authorize and permit rest periods in violation of California Labor Code § 226.7; (e) failure to timely pay wages at the termination of employment in violation of California Labor Code §§ 201, 202, and 203; (f) failure to provide accurate, itemized wage statements in violation of California Labor Code §§ 226 and 226.6; (g) unfair business practices under California Business & Professions Code Section 17200 et seq.; and (h) all damages, including, but not limited to, liquidated damages, civil and statutory penalties, interest and other amounts recoverable under said claims identified above in (a)-(g) during the Class Period (the "Released Claims").

By completing this Claim Form and accepting the benefits under this Settlement, I certify that I am the person named above. I acknowledge that I have received and reviewed the Notice of Class/Collective Action and PAGA Settlement. I understand and agree that, by signing this Claim Form, I agree, to the extent required by law, to opt into the collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) and to release the Released Parties from any claim for failure to pay minimum or overtime wages pursuant to the Fair Labor Standards Act arising at any time between July 17, 2014 through [PRELIMINARY APPROVAL DATE] ("FLSA Claims"). The FLSA Claims include all claims, debts, liabilities, demands, obligations, penalties, guarantees, costs, expenses, attorneys' fees, damages, action or causes of action of whatever kind or nature, whether known or unknown, contingent or accrued, arising under the federal Fair Labor Standards Act based on the facts alleged in this case, including, without limitation, claims under 29 U.S.C. §§ 206, 207, 216, and 255.

I understand that I can obtain a copy of the Joint Stipulation of Class/Collective Action and PAGA Settlement from the Settlement Administrator, CPT Group, Inc., and that I may contact Class Counsel if I have any questions.

IV. **SIGNATURE AND ADDITIONAL INFORMATION**

☐ Check here if you believe that the total number of workweeks specified in Part II, above, is inaccurate.
State the total number of workweeks you believe you worked during the class period: _____ weeks
(Enclose any supporting information, such as paystubs, cancelled checks, time records, etc.)

**I agree to be bound by the Settlement and declare under penalty of perjury that the above information is correct.**

Date: _____                                  Signature: _____

                                                  Printed Name: _____