James Dal Bon 157942
LAW OFFICES OF JAMES DAL BON
606 NORTH 1ST STREET
SAN JOSE, CA 95112
(408)472-5645

Attorney for the Plaintiffs and Class
*(Additional Counsel on Other Page)*

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| Gary Middle Rider et al  Plaintiffs,  vs.  Moving Solutions, Inc et al  Defendants | Case No. l7-CV-04015 LHK  ADDENDUM TO STIPULATED SETTLEMENT EX B OF DOC #142  **Hon. Judge Lucy H. Koh**  **Place:    Court Room 8 4th Floor**  : |

THE PARTIES HEREBY STIPULATE THAT:

1) "Plaintiffs" is defined as the class representatives "BARBARA MIDDLE RIDER, ALBERT ARELLANO, ROBERT GARZA, JOSE DON CORONADO"

2) David W. Affeld and Damion Robinson from Affeld Grivakes LLP for Managed Facilities is replaced with current counsel Susan E. Bishop of Berliner Cohen LLP Berliner Cohen 10 Almaden Blvd., 11th Floor San Jose, CA 95113 (408) 286-5800 Fax: (408) 998-5388 Email: susan.bishop@berliner.com

3) The "date of this Agreement" shall be defined as October 9, 2019.

1

4) The Parties approve all changes made by Judge Koh to the Notice of Settlement and Claim Form.

5) The Ex E to the Stipulated Settlement has been changed to Ex 5 and attached to this settlement.

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY, LLP**
606 North First Street
San Jose, CA 95112.
Telephone: (408) 286-7000

JANUARY 16, 2020


_____/vb_____


James Dal Bon
**LAW OFFICES OF JAMES DAL BON**
606 North 1st Street
San Jose CA 95112


JANUARY 16, 2020


_____/jdb_____

ATTORNEYS FOR PLAINTIFFS

Alexander Lawrence Conti
CONTI LAW
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Telephone: (949) 791-8555

JANUARY 16, 2020


_____/ac_____

ATTORNEYS FOR DEFENDANT
DEFENDANT CHARTWELL STAFFING SERVICES, INC.

Richard D. Schramm
EMPLOYMENT RIGHTS ATTORNEYS
1500 E Hamilton Ave., Ste 118
Campbell, CA 95008
Telephone    (408) 796-7551


JANUARY 16, 2020


_____/rs_____

ATTORNEYS FOR DEFENDANT
MOVING SOLUTIONS

Susan Bishop
BERLINER COHEN
10 ALMADEN BLVD., 11TH FLOOR
SAN JOSE, CA 95113
Telephone:    (408) 286-5800

JANUARY 16, 2020


_____/sb_____
ATTORNEYS FOR DEFENDANT
MANAGED FACILITIES LLC