1
2            Exhibit 5
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Type here]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO, <br><br> PLAINTIFFS AND PUTATIVE PLAINTIFFS <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California <br><br> Defendants. | Case No. 17-CV-04015 LHK <br><br> **[PROPOSED] JUDGMENT** <br><br> Hon. Lucy H. Koh <br><br> Date: <br> Time: <br> Courtroom: 8 <br> Location: San Jose Courthouse, 280 South 1st Street, San Jose, CA 95113 |

[Type here]

Pursuant to the Order Granting Preliminary Approval of PAGA and Class Action Settlement ("Preliminary Approval Order") entered on_____ And the Order Granting Final Approval of PAGA and Class Action Settlement (Final Approval Order) on _____., it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1) The Joint stipulation of PAGA and Class action Settlement (the Settlement Agreement) attached hereto as Exhibit 1 shall be incorporated into this judgement as though all terms therein are set forth in full. The capitalized terms in this Judgment shall have the meanings set forth in the Settlement Agreement.

2) All claims asserted in this action are DISMISSED WITH PREJUDICE as to the Plaintiffs Barbara Middle Rider. Robert Garza, Alberto Arellano, and Dan Coronado and the Settlement Class Members as to the maximum permitted by law.

3) The FSLA claims are only released for only those Settlement Class Members who made a claim pursuant to the Settlement Agreement

4) As stated in the Preliminary Approval Order the PAGA claims asserted in this action shall be dismissed with prejudice as to the Plaintiffs and all PAGA Releasees

5) Except as set forth in the Settlement Agreement and the Final Approval Order, each party is to bear its own attorney's fees and costs.

6) All Settlement Class Members who did not properly and timely opt out from the Settlement Agreement are permanently enjoined from pursuing Released Claims, as defined in the Settlement Agreement (with the exception to the FSLA Claims in paragraph 3 above) to the maximum extent permitted by law.

7) All PAGA Releasees are permanently enjoined from pursuing or seeking

to reopen, any of the PAGA Claims, as defined in the Settlement Agreement to the maximum permitted by law.

8) Without effecting the finality of the Judgment the Court shall retain exclusive and continuing jurisdiction over the above captioned action and the parties, including all Settlement Class Members, for the purposes of supervising, administering, implementing, enforcing and interpreting the Settlement Agreement and the Final Approval Order.

IT IS SO ORDERED.

Dated: _____, 2020

_____
THE HONORABLE LUCY H. KOH,
UNITED STATES DISTRICT COURT JUDGE