1  JAMES DAL BON, SB# 157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. 1st St.
3  SAN JOSE, CA 95112
   (408) 466-5845
4
5  VICTORIA L.H. BOOKE, SB# 142518
   BOOKE & AJLOUNY
6  606 North First Street
   San Jose, California 95112
7  Telephone:    (408) 286-7000
   Facsimile:    (408) 286-7111
8
   Attorneys for Plaintiffs
9

10                      UNITED STATES DISTRICT COURT
11
12                      NORTHERN DISTRICT OF CALIFORNIA

                                              Case No.  17-CV-04015 LHK
13  BARBARA MIDDLE RIDER FOR GARY
    MIDDLE RIDER, an individual,
14  ROBERT GARZA, an individual,              **DECLARATION OF BARBARA**
    ALBERT ARELLANO, an individual,           **MIDDLE RIDER FOR GARY**
15  JOSE DON CORONADO, an individual,         **MIDDLE RIDER IN SUPPORT OF**
16                                            **FINAL APPROVAL MOTION**
           Plaintiffs and Class Action
17         Plaintiffs,

18     vs.

19  MOVING SOLUTIONS, a California corporation
20  MANAGED FACILITIES SOLUTIONS, LLC a
    California Limited Liability Company and
21  CHARTWELL STAFFING SOLUTIONS, INC a
    New York Corporation licensed to do business in
22  California

23         Defendants.
24

- 1 -
Declaration of Barbara Middle Rider for Gary Middle Rider ISO Final Approval Motion; Case No. 17-CV-04015 LHK

I, BARBARA MIDDLE RIDER, declare under penalty of perjury by the laws of California the following is true and correct:

1. My name is BARBARA MIDDLE RIDER. I am above the age of eighteen years old and competent to testify in a court of law. If called to testify in a court concerning the facts of this case, I would testify as stated in this declaration:

2. My husband GARY MIDDLE RIDER started this lawsuit and did much of the work involved in this case until he passed away. I know my husband met with the lawyers multiple times. I accompanied my husband to one of the attorney conferences. I observed my husband looking for work papers and trying to locate his former co-workers to assist in the prosecution of this action. After my husband passed away, I became responsible for continuing with the work and demands of the case.

3. My husband GARY MIDDLE RIDER worked for MOVING SOLUTIONS, later acquired by CHARTWELL STAFFING SOLUTIONS, INC., for approximately 9 years.

4. During my husband's time of employment with MOVING SOLUTIONS, and later at CHARTWELL STAFFING SOLUTIONS, INC., he was regularly not paid overtime. Despite working more than 8 hours in a day and 40 hours in a week, MOVING SOLUTIONS AND CHARTWELL STAFFING SOLUTIONS, INC., failed to pay him overtime wages, which is why he sought legal representation.

5. After my husband passed away, I moved to Montana. In order to assist in this case, I spent time on the phone with the lawyers. I also missed three days of work because I had to travel from Montana to California to attend a full day mediation.

6. I missed three days of work to attend the out of state mediation. Today, I get paid approximately $19.57 per hour and due to the mediation, I lost approximately $400.00 dollars. I also incurred travel costs in the approximate amount of $353.00 dollars.

7. I respectfully ask that the consider the time and effort my husband invested in the prosecution of this case. I also respectfully request my time, effort, lost wages and the sacrifice of my family be taken into consideration when making the representative Plaintiff Award.

Executed on March 3, 2020 in San Jose, California.

*Barbara Middle Rider*
BARBARA MIDDLE RIDER FOR
GARY MIDDLE RIDER,
Plaintiff