```
JAMES DAL BON, SB# 157942
LAW OFFICE OF JAMES DAL BON
606 N. 1st St.
SAN JOSE, CA 95112
(408) 466-5845

VICTORIA L.H. BOOKE, SB# 142518
BOOKE & AJLOUNY
606 North First Street
San Jose, California 95112
Telephone:   (408) 286-7000
Facsimile:   (408) 286-7111

Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>Plaintiffs and Class Action Plaintiffs,<br><br>vs.<br><br>MOVING SOLUTIONS, a California corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DECLARATION OF DAN CORONADO, ERRONEOUSLY REFERRED TO IN THE CASE CAPTION AS JOSE DON CORONADO, IN SUPPORT OF FINAL APPROVAL MOTION** |

- 1 -
Declaration of Dan Coronado, erroneously referred to in the case caption as Jose Don Coronado, in Support of Final Approval Motion; Case No. 17-CV-04015 LHK

I, DAN CORONADO, declare under penalty of perjury by the laws of California the following is true and correct:

1. My name is DAN CORONADO. I am above the age of eighteen years old and competent to testify in a court of law. If called to testify in a court concerning the facts of this case, I would testify as stated in this declaration:

2. I worked for MOVING SOLUTIONS, later acquired by CHARTWELL STAFFING SOLUTIONS, INC., for approximately 7 years.

3. During my time of employment with MOVING SOLUTIONS, and later at CHARTWELL STAFFING SOLUTIONS, INC., I was regularly not paid overtime. Despite working more than 8 hours in a day and 40 hours in a week, MOVING SOLUTIONS AND CHARTWELL STAFFING SOLUTIONS, INC., failed to pay me overtime wages, which is why I agreed to participate as class representative. I retired prior to becoming a plaintiff.

4. During the length of this lawsuit I have incurred some costs and lost wages to attend to case related matters.

5. The costs include transportation costs to and from my attorney's office multiple times and attend a full mediation.

6. It has now been approximately three years and I still have not received my lost wages and yet, have continued to lose income due to the demands of the lawsuit upon my time.

7. This case has taken a huge impact on my family, emotionally, mentally, physically and financially. My wife of over 40 years, recently passed away this year. Over the past, approximate 2.5 years that this lawsuit has been proceeding, she suffered from different

medical conditions. I was my wife's sole caretaker and it was difficult and stressful for me to participate and be available to the attorneys while I cared for my very ill wife. As of last week, I suffered a stroke due to the level of stress I have been living under.

8. I have spent time at my attorney's office working on this case. For example; reviewing many documents, looking for documents requested by my attorneys, locating and contacting my former co-workers for our attorneys to interview, providing my attorney with specific details pertaining to the case to draft motions, gathering and providing information related to my witnesses, preparing for mediation, attending the mediation, the list goes on and on.

9. There have been numerous times I have needed to go to my attorney's office, but since this case has been going on since 2017, I can't remember them all.

10. I have spent a lot of time and energy to actively participate in the prosecution of this matter.

11. I respectfully ask that all my time, effort, and the sacrifice of my family time be taken into consideration when making the representative Plaintiff Award.

Executed on March 3, 2020 in San Jose, California.

_Dan Coronado_
DAN CORONADO,
Plaintiff       3/3/2020