JAMES DAL BON, SB# 157942
LAW OFFICE OF JAMES DAL BON
606 N. 1st St.
SAN JOSE, CA 95112
(408) 466-5845

VICTORIA L.H. BOOKE, SB# 142518
BOOKE & AJLOUNY
606 North First Street
San Jose, California 95112
Telephone:   (408) 286-7000
Facsimile:   (408) 286-7111

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>Plaintiffs and Class Action Plaintiffs,<br><br>vs.<br><br>MOVING SOLUTIONS, a California corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a New York Corporation licensed to do business in California<br><br>Defendants. | Case No.  17-CV-04015 LHK<br><br>**DECLARATION OF ALBERT ARELLANO IN SUPPORT OF FINAL APPROVAL MOTION** |

I, ROBERT GARZA, declare under penalty of perjury by the laws of California the following is true and correct:

1. My name is ROBERT GARZA. I am above the age of eighteen years old and competent to testify in a court of law. If called to testify in a court concerning the facts of this case, I would testify as stated in this declaration:

2. I worked for MOVING SOLUTIONS, later acquired by CHARTWELL STAFFING SOLUTIONS, INC., for approximately 3-4 years.

3. During my time of employment with MOVING SOLUTIONS, and later known as CHARTWELL STAFFING SOLUTIONS, INC., I was regularly not paid overtime. Despite working more than 8 hours in a day and 40 hours in a week, MOVING SOLUTIONS AND CHARTWELL STAFFING SOLUTIONS, INC., failed to pay me overtime wages, which is why I agreed to be a plaintiff, after Gary Middlerider passed away.

4. It has now been approximately three years and I still have not received my lost wages and yet, have continued to lose income due to the demands of the lawsuit upon my work time.

5. During the length of this lawsuit I have incurred primarily lost wages to attend to case related matters.

6. On August 14, 2018 I had to take off from work in order to meet with my attorney for a consultation. It was a big inconvenience, having to lose work. I had to travel several miles, approximately 18 miles (round trip), in addition to lost wages for missing work.

7. Today, I get paid approximately $30 per hour and due to the litigation of this case I have been forced to miss work and lose income.

8. When I am forced to take time off work to attend attorney office appointments, document review, search for documents, and a mediation. Participating as a plaintiff reduced my paycheck.

9. I am the sole provider of a family of five. My family depends on my bi-weekly paycheck to put food on the table, pay bills, and provide a home.

10. I have spent many hours at my attorney's office working on this case. For example; reviewing many documents, looking for documents requested by my attorneys, locating and contacting my former co-workers for our attorneys to interview, providing my attorney with specific details pertaining to the case to draft motions, gathering and providing information related to my witnesses, preparing for mediation, and attending the mediation, the list goes on and on.

11. There have been numerous times I've needed to go to my attorney's office, but since this case has been going on since 2017, I can't remember them all.

12. As a result of missing time from work, I lost income. I estimate that I have lost at least 15 to 20 hours of income to meet the demands of this lawsuit.

13. I have spent a lot of time and lost a lot of money to actively participate in the prosecution of this matter.

14. I respectfully ask that all my time, effort, lost wages and the sacrifice of my family be taken into consideration when making the representative Plaintiff Award.

Executed on March 3, 2020 in San Jose, California.

ALBERT ARELLANO, 3/4/2020
Plaintiff

- 3 -

Declaration of Albert Arellano in Support of Final Approval Motion; Case No. 17-CV-04015 LHK