James Dal Bon, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. First Street
San Jose, CA 95112
Tel: (408) 977-7710
Fax: (888) 868-8043
jdb@wagedefenders.com

Victoria L.H. Booke, Bar No. 142518
BOOKE & AJLOUNY
606 N. First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>Plaintiffs and Class Action Plaintiffs,<br><br>vs.<br><br>MOVING SOLUTIONS, a California Corporation, MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**DECLARATION OF VICTORIA BOOKE IN SUPPORT OF UNOPPOSED MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS AND ENHANCEMENT PAYMENTS**<br><br>DATE: April 30, 2020<br>TIME: 1:30 PM<br>DEPT: 8<br>JUDGE: Honorable Lucy H. Koh<br><br>Date Action Filed: 07/17/2017 |

I, Victoria Booke, declare:

1.  I am the attorney of record for Plaintiffs in the above-captioned action along with my co-counsel, James Dal Bon—lead counsel. I am admitted to practice law in the State of California. I

1

have personal knowledge of the matters set forth herein, except for matters stated on information and belief. If called upon to testify, I could and would competently testify to the facts stated herein.

2. I am a principal of my law firm, Booke & Ajlouny, formerly Fahmy & Booke. I have approximately thirty years of experience litigating dozens of wage and hour cases in both State and Federal Court, including wage and hour class actions and PAGA actions. For most of my career, I defended small employers in numerous wage and hour cases brought by individuals, class allegations and representative actions. Approximately, six years ago I successfully tried a wage and hour collective action involving misclassification and claims of unpaid overtime on behalf of a small employer before the Hon. Ronald Whyte (Ret.). Following that successful federal wage and hour trial, I began to change focus and started litigating wage and hour claims on behalf of employees, specifically: individual actions, collective actions and wage and hour class actions on behalf of the employees with my current co-counsel, James Dal Bon. During the past six years my co-counsel and I have together prosecuted approximately ten wage and hour claims on behalf of employees on an individual basis, collective basis and class wide basis. I have been approved and appointed as Class counsel three times in the past five years, excluding the instant matter.

3. In this class action, Plaintiffs BARBARA MIDDLE RIDER, replaced deceased husband GARY MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO and DAN CORONADO, brought this wage and hour class action against MOVING SOLUTIONS, a California Corporation, MANAGED FACILITIES SOLUTION, LLC, a California Limited Liability Company, and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California alleging a total of six causes of action on their behalf and on behalf of all similarly situated current and former employees of Defendants working as laborers and drivers for a moving company: (1) Failure to Pay all Wages Under the Fair Labor Standards Act; (2) Failure to Pay all Wages Including California Overtime Wages; (3) Failure to Pay all Wages at the End of Employment; (4) Failure to Provide Accurate California Itemized Employee Wage Statements; (5) Failure to Provide

Breaks; (6) Violation of California Unfair Competition Law for unlawful and/or unfair act in violation of California Law;

4. While Defendants deny all these claims, the parties engaged in arm's length negotiations and came to the gross settlement amount of $ 470,000.00 as set forth herein: Participating Class Members; enhancement of $5,000 to be paid to each of the class representatives, BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, ROBERT GARZA, ALBERT ARELLANO, and DAN CORONADO, erroneously referred to in the case caption as JOSE DON CORONADO, for a total of $20,000; the parties agreed to allocate $10,000.00 to the PAGA portion, one-fourth (25%) $117,500 in attorneys' fees; costs of $ 6,098.55, it should be noted that this is less than the anticipated $8,500.00; payment of approximately $16,000 to the third party administrator, CPT Group, ("CPT").

5. Counsels' joint motion for Preliminary Approval was granted on January 17, 2020. Defendants do not oppose this present motion.

6. The complaint in this action was filed on July 17, 2017.

7. Thereafter, Class counsel conducted a thorough investigation into the facts of the Lawsuit, including extensive document review and analysis. Although no discovery motions were ultimately required, Class and defense counsel, all experienced in wage and hour litigations, agreed early on to informally produce records, relevant wage and hour related records. These meet and confer efforts included both written correspondence, multiple telephone conferences with all defense counsel. The informal production of documents and investigation included review of approximately 8,000 pages of relevant documents from all defendants including written policies and procedures, handbooks, time records and payroll records, and a detailed analysis of payroll from defendants. Class counsel further investigated the facts alleged in the Complaint by conducting multiple interviews of Class Members.

8. Class counsel spent a significant amount of time examining and analyzing thousands of pages of payroll, timesheets, route sheets, and job assignment orders in order to determine damages and to prepare a meaningful mediation brief.

9. Plaintiffs were intricately involved in each aspect of the case, and therefore attended numerous meetings with counsel to prepare their case for mediation and attended the full day long mediation.

10. On December 1, 2018, the parties engaged in mediation at ADR Services before the Hon. Judge Jacobs-May. As stated, Plaintiffs and Defendant all attended that full day mediation. After a full day of mediation, the case settled. I have recorded approximately 145.55 hours to date in this matter, excluding the approximate 10 hours the Court instructed we could not charge for revising the Preliminary Approval Motion. The hours recorded demonstrate I participated significantly in all aspects of this litigation, including without limitation, participation in the significant written discovery; meetings with Plaintiffs and strategizing with co-counsel; extensive document review and analysis of thousands of time sheets, analyzing said time sheets, payroll records, in the context of this action; supervision of paralegal staff in regard to document organization, summaries and mediation; participating in strategy session; attended the approximately eight (8) hours of mediation, and participating in preparation of the initial Preliminary Motion, and the present motion.

11. To date, my co-counsel and I have expended costs in this action in the amount of $6,098.55, I have attached hereto as **Exhibit A**, my contemporaneous billing summary, which includes the breakdown of these costs.

12. I also had a paralegal who assisted us with this class action case. She is no longer employed by me, but as the person who hired her and supervised her for approximately a year and half, I am familiar with her background and experience. Ms. Flora Saucedo is a graduate from UC Davis, and she is a law school graduate. She has worked as a paralegal at other law firms for several years prior to joining my firm. Her regular billable hourly rate is $125.00. Based solely on the paralegal time recorded, her costs have been $2,400.00, this amount is identified on **Exhibit A** and included in the total costs.

13. The work of Plaintiffs' counsel is not yet complete as I will spend additional time attending the hearing on this matter, coordinating the Settlement with defense counsel and the third-party administrator, and meeting with Plaintiffs. I will likely spend in excess of 10 to 15 hours reading

4

Dec. of Victoria Booke in Support of Motion for Order Granting Final Approval: Case No.17-CV-04015-LHK

and responding to numerous emails and phone calls between the class administrator, co-counsel and defense counsel, and phone calls with class members, which will facilitate the class members obtaining payment. My prior experience in class actions involving local employers, during the claims period we had several class members come unannounced directly to our office to help complete the claim forms, or the potential class members may come to our office because they heard of the class action but for some reason or another did not receive a claim form or do not understand the case. I will, undoubtedly, meet with the numerous class members and assist them to gather proof of employment to submit and qualify them as a class member.

14. In 2015, I was appointed as class counsel by the Honorable Peter Kirwan in case no: 13CV249431 *Lopez vs. Delivery Logistics, et al*. In the *Lopez* case the court approved my co-counsel and I for 1/3 of the award, based on the loadstar analysis the hourly rate was approximately $430.00 per hour. In December 2017, I was again appointed as class counsel by the Honorable Brian Walsh in case no: 16-CV-295143, *Diaz vs. Heavenly Construction, Inc*. In the *Diaz* case the court approved my co-counsel and I for 1/3 of the award, based on the loadstar analysis the hourly rate was approximately $450.00 per hour. In this case counsel are requesting ¼ of the award, a lower percentage than we have been awarded in prior class actions.

15. Many lawyers with my years of wage and hour litigation and trial experience in the Bay Area are well over $500 per hour. Indeed, in my trial six months ago in Alameda County my opposing counsel, who has been practicing law seven fewer years than I have, had a regular hourly billing rate of $850.00 per hour for contract litigation, which is far less complicated than a wage and hour class action case. Consequently, my hourly rate for this case is far below the Bay Area market rate for counsel of my years of experience. Based on review of my contemporaneously maintained billing entries I have entered approximately 145.55 hours, excluding the ten hours the Court stated we could not bill for. As stated above, I believe I will spend another 10 to 15 hours for the Final Approval hearing and during the class administration process. This includes approximately six weeks of weekly reports from the class administrator and my best estimate of the time following up with the class administrator. Additionally, I will spend time interacting and advising all the class members who will reach out. Thus, to date based

on the loadstar analysis using my hours of 155.55, including anticipated time post motion, at my prior approved rate of $450.00, I will and have expended approximately $69,997.50 in attorney time prosecuting this matter. I understand my co-counsel has expended a similar amount of time, and based on some of the challenges of this case my co-counsel agreed to share equally in 25% the settlement which is $117,500 of attorney fees, to effectuate what we believed was a fair resolution, subject to Court approval. Thus, based on the lodestar calculation (50% of 117,500.00=58,750.00 divided by 155.55 hours) I have agreed to accept approximately $377.70 per hour to prosecute this action, if the Court awards what counsel agreed to accept as part of the resolution of this matter.

I declare under penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Executed by me on March 5, 2020, at San Jose, California.

Victoria Booke
Attorney for Plaintiffs

**EXHIBIT "A"**

BOOKE & AJLOUNY, LLP  
606 NORTH FIRST STREET  
SAN JOSE, CA 95112

March 05, 2020

**PLEASE PAY $6,098.55 BY 3/25/2020**
**THANK YOU**

PLEASE MAIL PAYMENT TO:

BOOKE & AJLOUNY, LLP  
606 NORTH FIRST STREET  
SAN JOSE, CA 95112

Client 3888     Moving Solutions

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF $6,098.55

Client 3888     Moving Solutions

**Default Matter**

| Professional Services Since the Last Statement: | | | Hours | Fees |
|---|---|---|---|---|
| 07/13/17 | VLB | REVIEW AND REVISE Class action Complaint | 1.50 | $0.00 |
| 10/31/17 | VLB | DRAFT email and confer with JDB | .40 | $0.00 |
| 12/11/17 | VLB | confer with Jim | .30 | $0.00 |
| 03/01/18 | VLB | DRAFT CMC | .40 | $0.00 |
| 03/02/18 | VLB | Review Chartwell's email & respond | .30 | $0.00 |
| 03/06/18 | VLB | Confer with JDB regarding Service and Declaration | .40 | $0.00 |
| 03/20/18 | VLB | Call to R. Schramm re: Moving Solutions | .20 | $0.00 |
| 04/05/18 | VLB | MEETING WITH Jim regarding new plaintiff | .40 | $0.00 |
| 06/14/18 | VLB | Follow up with Elizabeth | .30 | $0.00 |
| 07/18/18 | VLB | RECEIPT OF CORRESPONDENCE and respond to email | .30 | $0.00 |
| 07/19/18 | VLB | Set up conference call | .30 | $0.00 |
| 07/19/18 | VLB | Conference call re: Joint CMC with all counsel | .60 | $0.00 |
| 07/19/18 | VLB | DRAFT & format updated CMC | .50 | $0.00 |
| 07/24/18 | VLB | REVIEW AND REVISE Joint CMC w/ JDB and Gina | .70 | $0.00 |
| 07/25/18 | VLB | RECEIPT OF CORRESPONDENCE to and from R. Schramm re: CMC | .30 | $0.00 |
| 07/25/18 | VLB | DRAFT email re: CMC | .20 | $0.00 |
| 07/25/18 | VLB | RECEIPT OF CORRESPONDENCE from Archihold re: CMC context | .20 | $0.00 |
| 07/26/18 | VLB | RECEIPT OF CORRESPONDENCE email re: CMC | .20 | $0.00 |
| 07/26/18 | VLB | Follow up w/ Schramm re: CMC | .20 | $0.00 |
| 07/31/18 | VLB | REVIEW AND REVISE CMC Statement | .30 | $0.00 |
| 07/31/18 | VLB | RECEIPT OF CORRESPONDENCE from Chartwell re: CMC | .20 | $0.00 |
| 08/07/18 | VLB | MEETING WITH JDB and Gina re: next steps and CMC | .30 | $0.00 |
| 08/08/18 | VLB | REVIEW CMC and notes in preparation for case hearing | .50 | $0.00 |
| 08/14/18 | VLB | MEETING WITH new Plaintiffs | 2.00 | $0.00 |
| 08/16/18 | VLB | RECEIPT OF CORRESPONDENCE Substitution of Counsel & INS to staff | .30 | $0.00 |
| 08/16/18 | VLB | Conference call w/ Chartwell re: Informed discovery claim & mediation | .80 | $0.00 |
| 08/17/18 | VLB | MEETING WITH JDB and Gina re: RFPD | 1.00 | $0.00 |
| 08/18/18 | VLB | Draft Request For Production of Documents | 2.50 | $0.00 |
| 08/23/18 | VLB | MEETING WITH Gina & JBD re: initial disclosures | .50 | $0.00 |
| 08/24/18 | VLB | DRAFT Initial Disclosure on behalf of Plaintiffs | .80 | $0.00 |
| 08/24/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Schramm re: Mediation | .30 | $0.00 |
| 08/27/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Richard Schramm | .20 | $0.00 |

Client 3888          Page 1 of 6          Statement Date: 03/05/20

**Default Matter (Continued)**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/18 | VLB | RECEIPT OF CORRESPONDENCE re: Mediation need to change dates, call O/C | .40 | $0.00 |
| 08/28/18 | VLB | REVIEW AND REVISE IDs | .20 | $0.00 |
| 08/28/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Richard | .20 | $0.00 |
| 08/28/18 | VLB | RECEIPT OF CORRESPONDENCE Archibald re: new mediation dates | .20 | $0.00 |
| 08/29/18 | VLB | Exchange emails re: Mediation dates | .20 | $0.00 |
| 08/30/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation. Discuss w/ Joim Doc Production | .20 | $0.00 |
| 08/30/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation | .20 | $0.00 |
| 08/30/18 | VLB | RECEIPT OF CORRESPONDENCE need to reschedule mediation & review stipulation | .40 | $0.00 |
| 08/31/18 | VLB | REVIEW Doc Production | 1.40 | $0.00 |
| 09/11/18 | VLB | RECEIPT OF CORRESPONDENCE emails re: deposition scheduling | .40 | $0.00 |
| 09/12/18 | VLB | Emails exchanged re: Discovery | .20 | $0.00 |
| 09/13/18 | VLB | Emails re: Stipulation | .20 | $0.00 |
| 09/14/18 | VLB | Email exchange re: discovery issues | .20 | $0.00 |
| 09/14/18 | VLB | Emails for Moving Solutions counsel | .20 | $0.00 |
| 09/17/18 | VLB | Emails re: conference call | .20 | $0.00 |
| 09/18/18 | VLB | Discovery conference call - informal production agreed to | 1.30 | $0.00 |
| 09/20/18 | VLB | Review Bel Air Notice | .30 | $0.00 |
| 10/03/18 | VLB | MEETING WITH with JDB and FS re joint conference call and amendment | .40 | $0.00 |
| 10/03/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: set up conference all for Joint CMC | .30 | $0.00 |
| 10/08/18 | VLB | MEETING WITH JDB re: topics for conference call | .40 | $0.00 |
| 10/08/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Richard Schramm | .20 | $0.00 |
| 10/08/18 | VLB | Discovery Status and timeframe | .50 | $0.00 |
| 10/09/18 | VLB | DRAFT updated CMC; call R. Schramm | 1.00 | $0.00 |
| 10/09/18 | VLB | Call with widow and client Albert Arellano re: discovery | 1.50 | $0.00 |
| 10/09/18 | VLB | Revisions to Joint CMC | .30 | $0.00 |
| 10/10/18 | VLB | Follow up with R. Schramm re: filing | .30 | $0.00 |
| 10/11/18 | VLB | DRAFT email to Jams | .20 | $0.00 |
| 10/11/18 | VLB | DRAFT email and call to Richard | .20 | $0.00 |
| 10/11/18 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK to Chris Archibald | .20 | $0.00 |
| 10/11/18 | VLB | Call from Jams | .20 | $0.00 |
| 10/11/18 | VLB | RECEIPT OF CORRESPONDENCE re: mediation coordination | .20 | $0.00 |
| 10/12/18 | VLB | RECEIPT OF CORRESPONDENCE re: Depo location and respond; check rules | .70 | $0.00 |
| 10/12/18 | VLB | DRAFT Meet and Confer re Depositions | .40 | $0.00 |
| 10/22/18 | VLB | Begin drafting discovery responses | 2.00 | $0.00 |
| 10/22/18 | VLB | REVIEW Coronado docs; call Plaintiffs re: documents | .60 | $0.00 |
| 10/23/18 | VLB | DRAFT Request For Production of Documents responses | 2.50 | $0.00 |
| 10/23/18 | VLB | INSTRUCTIONS re: bates stamp docs | .20 | $0.00 |
| 10/24/18 | VLB | MEETING WITH JDB re: Motion to Compel Bel Air Notice | .40 | $0.00 |
| 10/24/18 | VLB | Exchange emails re discovery | .30 | $0.00 |
| 10/25/18 | VLB | Confer with JDB before conference call with opposing counsel | .40 | $0.00 |
| 10/25/18 | VLB | REVIEW document response re: meet and confer; outline problematic responses | 1.50 | $0.00 |
| 10/25/18 | VLB | ATTEND conference call with opposing counsel re: discovery issues | .70 | $0.00 |
| 10/29/18 | VLB | REVIEW confidential Stipulation and Order; send email re comments | .40 | $0.00 |
| 10/29/18 | VLB | Email to Richard Schramm | .20 | $0.00 |
| 10/30/18 | VLB | RECEIPT OF CORRESPONDENCE email Archibald | .30 | $0.00 |

| | | Default Matter (Continued) | | |
|---|---|---|---|---|
| 10/30/18 | VLB | REVIEW confidentiality Stipulation and Order and emailed to Opposing Counsel. | .50 | $0.00 |
| 10/30/18 | VLB | TELEPHONE CALL TO CLIENT re: Discovery | .70 | $0.00 |
| 10/30/18 | VLB | DRAFT email | .30 | $0.00 |
| 10/30/18 | VLB | Follow up with Milan | .30 | $0.00 |
| 10/30/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Richard Schramm and MIlan | .30 | $0.00 |
| 10/30/18 | VLB | RECEIPT OF CORRESPONDENCE email | .20 | $0.00 |
| 10/31/18 | VLB | RECEIPT OF CORRESPONDENCE email and respond | .20 | $0.00 |
| 11/07/18 | VLB | REVIEW AND REVISE Request for Production of Documents for 3 Plaintiffs | 5.00 | $0.00 |
| 11/08/18 | VLB | RECEIPT OF CORRESPONDENCE Putative Class detail and work weeks | .40 | $0.00 |
| 11/08/18 | VLB | RECEIPT OF CORRESPONDENCE Discovery and Plaintiff's email | .30 | $0.00 |
| 11/12/18 | VLB | MEETING WITH JDB and Flora re Calendring brief analyzing legal issues | .70 | $0.00 |
| 11/12/18 | VLB | MEETING WITH JDB re: proposed order; status of discovery; contact R. Schramm; calendar mediation brief | 1.00 | $0.00 |
| 11/13/18 | VLB | REVIEW box of payroll and billing from Philpott | 3.00 | $0.00 |
| 11/16/18 | VLB | REVIEW AND REVISE Protective Order | .50 | $0.00 |
| 11/19/18 | VLB | REVIEW TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Chris Archibald | .20 | $0.00 |
| 11/19/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re: insufficient documents produced | .30 | $0.00 |
| 11/19/18 | VLB | Met with JDB re: damages | .30 | $0.00 |
| 11/21/18 | VLB | DETAILED ANALYSIS OF DOCUMENTS Produced by Chartwell | 7.00 | $0.00 |
| 11/22/18 | VLB | DETAILED ANALYSIS OF DOCUMENTS Produced by Moving Solutions | 6.00 | $0.00 |
| 11/26/18 | VLB | REVIEW AND REVISE mediation brief | 1.00 | $0.00 |
| 11/27/18 | VLB | REVIEW AND REVISE Mediation Brief | 2.50 | $0.00 |
| 11/28/18 | VLB | Document review from Chartwell | 3.00 | $0.00 |
| 11/28/18 | VLB | Confer with accountant | .30 | $0.00 |
| 11/28/18 | VLB | DETAILED ANALYSIS OF DOCUMENTS produced | 4.50 | $0.00 |
| 11/28/18 | VLB | RECEIPT OF CORRESPONDENCE R. Schramm | .20 | $0.00 |
| 11/29/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Milan re: docs | .30 | $0.00 |
| 11/29/18 | VLB | Confer with Judge Jacobs May | .70 | $0.00 |
| 11/29/18 | VLB | Confer with JDB re: docs and mediation | .50 | $0.00 |
| 11/29/18 | VLB | REVIEW document production | 3.00 | $0.00 |
| 11/29/18 | VLB | Philpotts DETAILED ANALYSIS OF DOCUMENTS from Philpotts | 3.50 | $0.00 |
| 11/29/18 | VLB | MEETING WITH Eric Castillo | .80 | $0.00 |
| 11/29/18 | VLB | Continue document review for mediation | 3.00 | $0.00 |
| 11/30/18 | VLB | MEETING WITH clients | .50 | $0.00 |
| 12/01/18 | VLB | ATTEND Mediation | 8.50 | $0.00 |
| 12/01/18 | VLB | MEETING WITH JDB and FS to calendar and discuss next steps including joint stip | .60 | $0.00 |
| 12/01/18 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Schram re: contents of Joint Stip | .30 | $0.00 |
| 12/04/18 | VLB | RECEIPT OF CORRESPONDENCE email re: Amending complaint | .20 | $0.00 |
| 12/13/18 | VLB | RECEIPT OF CORRESPONDENCE RE: Amended Complaint | .20 | $0.00 |
| 12/13/18 | VLB | Emails w/ OC re: Labor claim | .30 | $0.00 |
| 12/14/18 | VLB | RECEIPT OF CORRESPONDENCE emails re: PAGA and amendment | .30 | $0.00 |
| 12/17/18 | VLB | PAGA update | .30 | $0.00 |
| 12/18/18 | VLB | Emails re: PAGA, Review PAGA claim | .30 | $0.00 |
| 12/19/18 | VLB | Work on gettling client's signature MOU | .20 | $0.00 |
| 12/19/18 | VLB | Copied on email | .10 | $0.00 |
| 12/21/18 | VLB | RECEIPT OF CORRESPONDENCE email re: PAGA | .20 | $0.00 |
| 12/22/18 | VLB | Calculate & confirm time to file PAGA complaint | .30 | $0.00 |
| 01/08/19 | VLB | REVIEW AND REVISE Court Order | .30 | $0.00 |
| 01/14/19 | VLB | RECEIPT OF CORRESPONDENCE from Chris Archibald re Order | .20 | $0.00 |

**Default Matter (Continued)**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/19 | VLB | REVIEW AND REVISE Stipulation and edit and confer with Chris Archibald and R. Schramm | .80 | $0.00 |
| 01/16/19 | VLB | RECEIPT OF CORRESPONDENCE proposed docs and email from Chris. | .30 | $0.00 |
| 01/16/19 | VLB | REVIEW AND REVISE Stip and Dec. | .30 | $0.00 |
| 01/16/19 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL re FLSA and claim forms and issues with PAGA. | .30 | $0.00 |
| 01/17/19 | VLB | RECEIPT OF CORRESPONDENCE New Order and confer with JDB | .30 | $0.00 |
| 01/17/19 | VLB | REVIEW AND REVISE CMC | .30 | $0.00 |
| 01/28/19 | VLB | Calendar recent orders | .30 | $0.00 |
| 02/05/19 | VLB | RECEIPT OF CORRESPONDENCE email Archibald and respond | .30 | $0.00 |
| 02/13/19 | VLB | Review proposed closing docs & edits | 2.00 | $0.00 |
| 02/15/19 | VLB | REVIEW AND REVISE Motion documents | 1.50 | $0.00 |
| 02/21/19 | VLB | INSTRUCTIONS re: Stip and Order, Amended Complaint | .40 | $0.00 |
| 02/21/19 | VLB | Email Richard re: Stipulation | .30 | $0.00 |
| 03/06/19 | VLB | RECEIPT OF CORRESPONDENCE from Chris Archibald | .20 | $0.00 |
| 03/06/19 | VLB | Email re: net settlement & costs & information.  Look & calculate | .60 | $0.00 |
| 03/07/19 | VLB | Review and revise Motion, gather and organize exhibits | 3.40 | $0.00 |
| 03/20/19 | VLB | Follow up with R. Schramm | .20 | $0.00 |
| 04/09/19 | VLB | DRAFT email to O/C re: Motion | .20 | $0.00 |
| 04/09/19 | VLB | TELEPHONE CALL FROM CLIENT re: Substitution & follow up email | .30 | $0.00 |
| 04/19/19 | VLB | DRAFT TO O/C RE: Motion | .20 | $0.00 |
| 05/13/19 | VLB | DRAFT CMC | .40 | $0.00 |
| 05/13/19 | VLB | RECEIPT OF CORRESPONDENCE Draft CMC & Review | .40 | $0.00 |
| 05/13/19 | VLB | RECEIPT OF CORRESPONDENCE Draft CMC & review | .40 | $0.00 |
| 05/14/19 | VLB | Order re telephone appearance | .10 | $0.00 |
| 05/14/19 | VLB | REVIEW AND REVISE Proposed MSC | .30 | $0.00 |
| 05/20/19 | VLB | RECEIPT OF CORRESPONDENCE from O/C re: Notice & Claim Form | .20 | $0.00 |
| 05/20/19 | VLB | RECEIPT OF CORRESPONDENCE from O/C re: Notice  & claim form | .20 | $0.00 |
| 05/22/19 | VLB | ATTEND hearing | 1.30 | $0.00 |
| 05/23/19 | FS | Telehone call to Court Reporter Supervisor regarding ordering transcripts; complete and submit transcript order form | .50 | $0.00 |
| 05/23/19 | FS | Research cases suggested by Judge Koh (Hoffman) | .30 | $0.00 |
| 05/23/19 | VLB | APPEAR AT COURT HEARING re: Final Approval Motion | 1.30 | $0.00 |
| 05/24/19 | FS | Continue reseraching cases suggested by Judge Koh | .50 | $0.00 |
| 05/24/19 | VLB | Review Hoffman claim, review O/C redline & receive email from O/C | 1.20 | $0.00 |
| 05/25/19 | VLB | Analyze & review forms | .80 | $0.00 |
| 05/28/19 | VLB | Discuss with JDB; email with Chris Archibald | .30 | $0.00 |
| 05/30/19 | VLB | REVIEW AND REVISE Claim Notice; Confer with JDB | 1.50 | $0.00 |
| 05/30/19 | VLB | REVIEW supplemental briefing | .60 | $0.00 |
| 05/30/19 | VLB | RECEIPT OF CORRESPONDENCE email re: calculation | .20 | $0.00 |
| 05/30/19 | VLB | Email to JDB re: formatting issue | .20 | $0.00 |
| 05/30/19 | VLB | RECEIPT OF CORRESPONDENCE Amended Notice | .20 | $0.00 |
| 06/04/19 | VLB | RECEIPT OF CORRESPONDENCE Revise email from O/C | .20 | $0.00 |
| 06/04/19 | VLB | Review redlines | .50 | $0.00 |
| 06/13/19 | VLB | RECEIPT OF CORRESPONDENCE re: claims | .20 | $0.00 |
| 06/25/19 | VLB | RECEIPT OF CORRESPONDENCE re: CMC scheduling call | .20 | $0.00 |
| 06/26/19 | VLB | RECEIPT OF CORRESPONDENCE from clerk re: CMC | .20 | $0.00 |
| 07/22/19 | VLB | Dsicuss hearing with JDB | .30 | $0.00 |
| 07/22/19 | VLB | Email exchange re: Hearing and set up call | .30 | $0.00 |
| 07/23/19 | VLB | RECEIPT OF CORRESPONDENCE & revised drafts | .20 | $0.00 |
| 07/24/19 | VLB | TELEPHONE CALL FROM OPPOSING COUNSEL Archibald re: next steps | .30 | $0.00 |
| 07/24/19 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Schram re: next steps | .30 | $0.00 |
| 07/24/19 | VLB | DRAFT confirming email and review stip and forward | .30 | $0.00 |
| 07/24/19 | VLB | Review emails & track changes (NO CHARGE) | 1.20 | $0.00 |

**Default Matter (Continued)**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/28/19 | VLB | RECEIPT OF CORRESPONDENCE emails re: Docs (NO CHARGE) | .30 | $0.00 |
| 09/05/19 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL | .10 | $0.00 |
| 09/09/19 | VLB | Email re: Docs (NO CHARGE) | .20 | $0.00 |
| 09/10/19 | VLB | Email re: revisions (NO CHARGE) | .30 | $0.00 |
| 09/10/19 | VLB | Emails re: docs (NO CHARGE) | .20 | $0.00 |
| 09/10/19 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK | .10 | $0.00 |
| 09/10/19 | VLB | Email re: lack of response (NO CHARGE) | .30 | $0.00 |
| 09/11/19 | VLB | DRAFT email to all Counsel re: status of review | .30 | $0.00 |
| 09/11/19 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Managed facilities | .10 | $0.00 |
| 09/11/19 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK | .10 | $0.00 |
| 09/12/19 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Dan | .20 | $0.00 |
| 09/12/19 | VLB | Review redline email Chris | .40 | $0.00 |
| 09/14/19 | VLB | Email re: revision | .20 | $0.00 |
| 09/18/19 | VLB | TELEPHONE CALL TO CLIENT re: SA and status | .20 | $0.00 |
| 09/24/19 | VLB | Email to MFS counsel re: Docs (NO CHARGE) | .20 | $0.00 |
| 09/26/19 | FS | Review court Order re: filing of CMC statement; Draft CMC per instructions from VB; Edits to CMC per JDB and prepare email and circulate draft of CMC to opposing counsel | 1.25 | $0.00 |
| 09/26/19 | VLB | Call D. Robinson; draft prposed CMC and call opposing counsel; met with JDB | 1.50 | $0.00 |
| 09/26/19 | VLB | TELEPHONE CALL TO OPPOSING COUNSEL Susan Bishop - Intro, need to finalize docs (NO CHARGE) | .20 | $0.00 |
| 09/27/19 | FS | Telephone conference with R. Garcia re redline changes to Joint CMC; edits to Joint CMC and prepared for filing on ECF | 1.00 | $0.00 |
| 09/27/19 | VLB | Review counsel's edits | .20 | $0.00 |
| 09/30/19 | FS | Review ecf notification re: consent order granting sub of attorney and ntc re continued Further CMC | .20 | $0.00 |
| 10/02/19 | VLB | Court Appearance (NO CHARGE) | 1.50 | $0.00 |
| 10/08/19 | VLB | Confer with JDB re next steps | .40 | $0.00 |
| 10/09/19 | VLB | ATTEND Court (no charge) | .00 | $0.00 |
| 10/28/19 | VLB | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK Biishop and follow up with email re status of motion | .30 | $0.00 |
| 10/29/19 | VLB | RECEIPT OF CORRESPONDENCE Defense counsel's input re: Approval docs - Review docs (NO CHARGE) | 1.00 | $0.00 |
| 01/12/20 | VLB | Review revisions & edits (NO CHARGE) | 2.00 | $0.00 |
| 01/16/20 | VLB | RECEIPT OF CORRESPONDENCE R. Schramm | .20 | $0.00 |
| 01/28/20 | VLB | RECEIPT OF CORRESPONDENCE email to Administrator | .40 | $0.00 |
| 01/31/20 | VLB | CPT email | .10 | $0.00 |
| 02/03/20 | VLB | Class list email issues | .20 | $0.00 |
| 02/03/20 | VLB | RECEIPT OF CORRESPONDENCE RE: Employee list | .20 | $0.00 |
| 02/04/20 | VLB | Forwarded Docs to Administrator | .30 | $0.00 |
| 02/04/20 | VLB | (2) CPT email re: status of class list | .20 | $0.00 |
| 02/06/20 | VLB | (5) Emails w/ CPT re: account set up - deadlines & content, website | .50 | $0.00 |
| 02/13/20 | VLB | (3) emails re: follow up on docs & account set up | .40 | $0.00 |
| 02/20/20 | VLB | RECEIPT OF CORRESPONDENCE email re: Class list | .20 | $0.00 |
| 02/21/20 | VLB | Email string re: class list issues; confer w/ JDB re: issues | .30 | $0.00 |
| 02/25/20 | VLB | MS Class list & CPT & JDB's response | .30 | $0.00 |
| 02/25/20 | VLB | F/U w/ CPT | .10 | $0.00 |
| 02/25/20 | VLB | RECEIPT OF CORRESPONDENCE re: Employee list | .40 | $0.00 |
| 02/26/20 | VLB | Email for Administrator | .30 | $0.00 |
| 02/26/20 | VLB | Administrator email | .10 | $0.00 |
| 02/27/20 | VLB | (6) Emails re: Class list | .40 | $0.00 |
| 02/27/20 | VLB | Email re: calculation & dates. | .40 | $0.00 |
| 02/28/20 | VLB | (3) Responsive emails re: class list | .30 | $0.00 |

### Default Matter (Continued)

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/20 | VLB | RECEIPT OF CORRESPONDENCE Email re: mailling | .20 | $0.00 |
| 03/02/20 | VLB | Draft & revise declarations for Final Approval Motion | 3.50 | $0.00 |
| 03/02/20 | VLB | Confer w/ staff re: coordination of client decs. | .40 | $0.00 |
| 03/04/20 | VLB | Finalize declarations | .40 | $0.00 |
| 03/04/20 | VLB | DRAFT VB's Declaration for Final Approval Motion | 1.50 | $0.00 |
| 03/05/20 | VLB | Finalize dec w/ billing info and calculations | .60 | $0.00 |

**Total Fees:** 155.55     $0.00

*[handwritten: deduct 10 — 145.55]*

### Costs Advanced Since the Last Statement:

| Date | Description | Costs |
|---|---|---|
| 02/28/18 | Paralegal cost for work on Joint Stipulation and Motion To Certify Class | $360.00 |
| 03/31/18 | Paralegal cost for work on Motion To Certify Class Preliminary | $840.00 |
| 11/13/18 | PHOTOCOPY CHARGES | $304.87 |
| 11/20/18 | Cost advanced Jams, Inc. Mediation | $2,950.00 |
| 11/30/18 | PARKING charges at Mediation (JDB) | $40.00 |
| 11/30/18 | Paralegal cost for work on Discovery and Mediation | $1,200.00 |
| 11/30/18 | Copy charges for Discovery | $50.00 |
| 12/13/18 | POSTAGE AND CERTIFIED MAILING CHARGES | $6.71 |
| 12/18/18 | Federal Express charges for overnight shipment of discs | $23.12 |
| 12/21/18 | Cost advanced Financial Consulting | $100.00 |
| 05/24/19 | Court reporter fee for copy of transcript of proceedings held on 5-23-19 | $223.85 |

**Total Costs:** $6,098.55

### Statement Summary

| | |
|---|---|
| Balance From the Last Statement: | $0.00 |
| Plus Charges Listed Above: | $6,098.55 |
| **Total Balance Due:** | **$6,098.55** |