James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation; MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company; and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**CLASS ACTION**<br><br>Assigned to:<br>Hon. Lucy H. Koh<br><br>**SUPPLEMENTAL BRIEF** |

**STATEMENT OF FACTS**

This Supplemental Briefing is filed in support of the Final Motion for Class Certification. The court granted Preliminary Approval for a group of nonexempt movers employed by the Defendants. The Defendant's employees are transient and worked for the Defendants for short periods of time. At the time of the Preliminary Approval we estimated that approximately 52% worked for Defendants no more than four weeks. We proposed a claims made procedure. See EFC 142 at p. 5.

We believed that the majority of Class Members who would make claims would be employees that worked for the Defendants the longest. Those workers would be the most motivated to return claims as most of them would make over $50. The short-term employees would be less interested because they would make less than $50. The unclaimed money would be divided among the class members that made claims. While those Class Members that did not make claims would settle their California causes of action, they would not settle their FSLA rights.

On March 2, 2020, Notice Packets were mailed via U.S. First-Class mail to one thousand forty (1,040) Class Members. Eighty-Six (86) Class Members returned valid claims to CPT the Class Administrator. As of this date , CPT received zero (0) Requests for Exclusion, and zero (0) Objections. The Settlement Class Members will receive a proportional distribution of the Net Settlement Amount. See Decl of Claims Administrator

Settlement Class Members will receive their share of the Net Settlement Amount based on the number of weeks worked during the Class Period. There are eighty-six (86) Class Members who will receive a proportional distribution of the Net Settlement Amount. For Class Members who did not submit a Claim Form, their portion of the Net Settlement Amount is reallocated to Class Members who did submit a Claim Form. Id

Thus far 8.2% of the Class Members submitted claims. The vast majority of the Class Members who submitted claims worked for Defendants longer than four weeks. Of

1

Supp. Brief                                                                                         Case No. 17-CV-04015 LHK

these eighty-six (86) Settlement Class Members, the average amount of weeks worked is 70.13 weeks. Furthermore, the number of Settlement Class Members who worked over four (4) weeks or more is eighty (80), or 93% of Claimants. 54% of the Claimants worked over 6 months in the Class Period. Id.

The settlement has been a success. As we predicted the majority of Claimants (93%) worked for the Defendants more than four weeks. A majority of the Claimants, 54%, also worked for the Defendants more than six months. The class members who worked the longest are receiving substantial awards. The average Class Award is $3,371.07, the maximum Class Award is $15,668.32, and the minimum Class Award is $48.06. Id. The Class Members that did not file claims, can still recover lost money from the Defendants in federal court through the FLSA. Finally, recently there has been at least one other wage and hour class-action approved when 6.8% of the Class Members returned claims. Byrne v. Santa Barbara Hospitality Servs., 2018 U.S. Dist. LEXIS 234939, *23-24, 2018 WL 10483678.  For these reasons Plaintiff's counsel asserts the settlement is fair, and the court should approve it.

Finally these numbers may change. The deadline for Class Members to submit a Claim Form, Request for Exclusion, Objection, or Dispute of work weeks is today. However, for Class Members whose Notice Packets are returned to CPT and subsequently mailed once more, a 10-day extension is granted, allowing a deadline of April 26, 2020.  Plaintiff's counsel will update the court on the day of the final approval hearing.

April 16, 2020.

*James Dal Bon*
James Dal Bon
Attorney for the Plaintiffs

2

Supp. Brief                                                                         Case No. 17-CV-04015 LHK