James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation; MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company; and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**CLASS ACTION**<br><br>Assigned to:<br>Hon. Lucy H. Koh<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN GOMEZ ON BEHALF OF CPT GROUP, INC. WITH RESPECT TO SETTLEMENT ADMINISTRATION** |

I, Stephen Gomez, declare as follows:

1. I am a Case Manager for CPT Group, Inc. ("CPT"), the Settlement Administrator jointly agreed upon by the Parties and approved by the Court, for *Gary Middle Rider, et al. v. Moving Solutions, et al.* I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

## NOTIFICATION VIA U.S. MAIL

2. On March 2, 2020, Notice Packets were mailed via U.S. First-Class mail to one thousand forty (1,040) Class Members.

3. As of the date of this declaration, sixty-nine (69) Notice Packets have been returned to CPT, of which seven (7) had a forwarding address and were remailed to the address provided. CPT performed a skip-trace on the remaining sixty-two (62) Notice Packets in effort to find an updated address. Between address found via the skip-trace and requests made by with the class member or attorney, CPT has remailed seventy-five (75) Notice Packets.

4. As of the date of the declaration, there are eight (8) Notice Packets that are undeliverable either because they were returned a second time or no alternate address was found.

## RESPONSE DEADLINE

5. The deadline for Class Members to submit a Claim Form, Request for Exclusion, Objection, or Dispute of work weeks is April 16, 2020.

6. For Class Members whose Notice Packets are returned to CPT and subsequently remailed, a 10-day extension is granted, allowing a deadline of April 26, 2020.

7. As of the date of this declaration, CPT has received eight-six (86) valid Claims, zero (0) Requests for Exclusion, and zero (0) Objections.

8. Responses have to be postmarked by April 16, 2020, or April 26, 2020 if the Notice Packet was remailed, so the above numbers could change.

1

Supp. Decl. of Stephen Gomez on Behalf of CPT Group, Inc. with Respect to Settlement Administration        Case No. 17-CV-04015 LHK

## CLASS MEMBER WORKWEEKS AND ESTIMATED AWARD

9. As of the date of declaration, eighty-six (86) Class Members have submitted a valid Claim Form. These Settlement Class Members will receive a proportional distribution of the Net Settlement Amount.

10. The Net Settlement Amount of $288,912.01 was determined by subtracting Class Counsel's Fees ($117,500.00), Class Counsel's Costs ($8,500.00), Class Representatives' Enhancement Awards ($20,000.00), LWDA PAGA Allocation ($7,500.00), Class PAGA Award ($2,500.00), Settlement Administrator's Costs ($16,500.00) and the estimated Employer's Taxes ($7,587.99) from the Gross Settlement Amount of $470,000.00.

11. Settlement Class Members will receive their share of the Net Settlement Amount based on the number of weeks worked during the Class Period. There are eighty-six (86) Class Members who will receive a proportional distribution of the Net Settlement Amount. For Class Members who did not submit a Claim Form, their portion of the Net Settlement Amount is reallocated to Class Members who did submit a Claim Form.

12. Of these eighty-six (86) Settlement Class Members, the average amount of weeks worked is 70.13 weeks. The number of Settlement Class Members who worked over four (4) weeks or more is eighty (80), or 93% of Claimants. Furthermore, forty-seven (47) of the Claimants worked over 6 months in the Class Period, or 54% of the Claimants.

13. Class Members who worked during the PAGA Class Period will receive their portion of the $2,500 based on the number of weeks worked during the PAGA Class Period unless they submitted a Request for Exclusion from the settlement. Since no Requests for Exclusion were received, all four hundred eighteen (418) eligible Class Members will receive a portion of the Class PAGA Award.

14. The average Class Award is $3,371.07, the maximum Class Award is $15,668.32, and the minimum Class Award is $48.06.

2

Supp. Decl. of Stephen Gomez on Behalf of CPT Group, Inc. with Respect to Settlement Administration                                    Case No. 17-CV-04015 LHK

15. The average PAGA award is $5.98, the maximum PAGA Award is $39.89, and the minimum PAGA Award is $0.37.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 16, 2020 in Irvine, California.

_____
Stephen Gomez

3

Supp. Decl. of Stephen Gomez on Behalf of CPT Group, Inc. with Respect to Settlement Administration    Case No. 17-CV-04015 LHK