UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT GARZA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>  Defendants. | Case No. 17-CV-04015-LHK<br><br>**ORDER TO FILE BILLING RECORDS**<br><br>Re: Dkt. No. 152 |

On March 9, 2020, Plaintiffs filed a motion for attorney's fees. ECF No. 152. In the motion for attorney's fees, Plaintiffs represent that counsel Victoria Booke billed 145.55 hours in the instant case. *Id.* at 4. Plaintiffs filed Ms. Booke's billing records in support of the motion. ECF No. 152-1. Plaintiffs also represent that counsel James Dal Bon billed 124.29 hours in the instant case. ECF No. 125 at 4. However, Plaintiffs did not file Mr. Dal Bon's billing records in support of the motion. Instead, Plaintiffs merely filed a declaration by Mr. Dal Bon, who states that "I am only adding eight hours on my billing for these two motions and the final appearances. This comes to a total of 124.29 hours." ECF No. 125-2 at 3. In the absence of billing records, the Court is unable to confirm the appropriateness of this figure.

Accordingly, the Court ORDERS Plaintiffs to file a copy of Mr. Dal Bon's billing records

1

United States District Court
Northern District of California

in the instant case by Thursday, April 30, 2020, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 28, 2020

_____
LUCY H. KOH
United States District Judge