James Dal Bon, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. First Street
San Jose, CA 95112
Tel: (408) 977-7710
Fax: (888) 868-8043
jdb@wagedefenders.com

Victoria L.H. Booke, Bar No. 142518
BOOKE & AJLOUNY
606 N. First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MIDDLE RIDER et al<br><br>Plaintiffs,<br><br>vs.<br><br>MOVING SOLUTIONS INC., CHARTWELL STAFFING SOLUTIONS, NC. AND MANAGED FACILITIES SOLUTIONS LLC<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**SUPPLEMENTAL DECLARATION OF VICTORIA BOOKE PURSUANT TO COURT'S ORDER DATED 04/28/2020**<br><br>DATE: April 30, 2020<br>TIME: 1:30 PM<br>DEPT: 8<br><br>Date Action Filed: 07/17/2017 |

I, Victoria Booke, declare:

1. I am the attorney of record for Plaintiffs in the above-captioned action along with my co-counsel, James Dal Bon—lead counsel. I am admitted to practice law in the State of California. I have personal knowledge of the matters set forth herein, except for matters stated on information and belief. If called upon to testify, I could and would competently testify to the facts stated herein.

1

2. I submit this declaration to explain the description "extensive written discovery" and inquiries related to paralegal time and my time entries between June 3rd, 2019 and January 17th 2020. As an initial clarification, we engaged in only informal discovery as it related to Mr. Schramm's client. Mr. Schramm and I have been professional colleagues for decades. We are also both experienced employment lawyers so we agreed what types of documents should be produced and worked together to obtain the relevant documents. It took some effort to eventually obtain the documents informally because Mr. Schramm's client had sold the business and put many of the documents we were looking for in storage.

3. We formally propounded a total of 146 written Requests for Production Documents on the other two defendants. The Defendants' responses were replete with objections, which we had to meet and confer on. Attached for reference as Exhibit A are copies of the first page and last page of each Defendant's response, evidencing Plaintiffs as the Propounding party and the total number of the requests. We also responded to Defendant Chartwell's three sets of written Requests for Production of Documents totaling 180 requests. Consequently, the parties engaged in a total of 326 written discovery requests, which I characterized as extensive. Based on my recent review of my billing, it appears light given the nature and scope of the discovery we engaged in. We also met and conferred on both the formal and the informal discovery seeking further documentation. Since my office does not send out monthly billings on our class action cases, I do not print out and review the billing on a monthly basis to ensure all my time is posted. Consequently, some of my time spent litigating class actions is not always posted.

4. First, the paralegal time of Flora Saucedo was NOT double billed. The entries posted in May 2019 and September 2019 were noted as work performed but not included in the cost entries posted. The paralegal costs were posted for 2018. In our prior class action motions for attorney fees we ordinarily post our paralegal time as a cost, we do not generally include paralegal services in our attorney time billing. Perhaps Ms. Saucedo did not post her 2019 time as a cost, because she was aware that the Court instructed us that we were not going to be compensated for the work we were doing on the subsequent Motions for Preliminary Approval.

5. Although we were instructed by the Court that attorney fees would not be awarded for repeated motions, I continued to record and track my time. I distinguished between the time spent on revising the Motion for Preliminary Approval and the related motion documents and those efforts related to interfacing with the clients, opposing counsel, the Case Management conference and CMC Statement. So, I did not simply stop recording time, and zero out all time between June 9, 2019 and January 17, 2020. I posted most of my time in detail and excluded the time reasonably related to the Preliminary Approval Motion. The total time billed between June 3rd 2019 and January 17, 2020 was approximately 16 hours, I deducted ten hours related to the subject motion during the relevant time period. If the Court deems nothing during that time period is compensable then the hours on the billing record should be reduced by another six hours for a total of 139.5.

6. I have spent approximately five and half hours gathering information, reviewing billing, reviewing emails to refresh my recollection, reviewing discovery, Court transcripts, reviewing prior Court Orders, reviewing my prior declaration, and drafting this declaration. My assistant also had to come to the office today from 10:00 am until 3:30 pm to help gather all the information necessary to adequately respond and prepare the information for this declaration.

I declare under penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Executed by me on April 29, 2020, at San Jose, California.


By:   /s/ Victoria Booke
      Victoria Booke
      Attorney for Plaintiffs

**EXHIBIT "A"**

Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bcpllaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Michael E. Olsen, California Bar No. 307358
michael.olsen@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO,<br><br>PLAINTIFFS AND CLASS ACTION<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California,<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANT CHARTWELL STAFFING SERVICES, INC.'S RESPONSE TO PLAINTIFFS' ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>Hon. Lucy H. Koh |

PROPOUNDING PARTING:   Plaintiffs ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO

RESPONDING PARTY:   Defendant CHARTWELL STAFFING SERVICES, INC.

SET NUMBER:   ONE (1)

USA01\12241345

**REQUEST FOR PRODUCTION NO. 73:**

All DOCUMENTS in YOUR possession RELATING TO scheduling of the DRIVERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

Defendant incorporates herein the preliminary statement and general objections. Defendant objects to this request on the grounds that it is vague and ambiguous as to the term "scheduling." Defendant objects to this request on the grounds that it is not proportional to the needs of the case because it would require Defendant to review every single document in its possession, custody, or control to determine whether it "RELAT[ES]" to "scheduling."

Dated: October 18, 2018

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ Christopher J. Archibald
Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC

1  Allison C. Eckstrom, California Bar No. 217255
   allison.eckstrom@bcpllaw.com
2  Christopher J. Archibald, California Bar No. 253075
   christopher.archibald@bclplaw.com
3  Michael E. Olsen, California Bar No. 307358
   michael.olsen@bclplaw.com
4  **BRYAN CAVE LEIGHTON PAISNER LLP**
   3161 Michelson Drive, Suite 1500
5  Irvine, California 92612-4414
   Telephone: (949) 223-7000
6  Facsimile: (949) 223-7100

7  Attorneys for Defendants
   CHARTWELL STAFFING SERVICES, INC. and
8  MANAGED FACILITIES SOLUTIONS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO,<br><br>PLAINTIFFS AND CLASS ACTION<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation MANAGED FACILITIES SOLUTIONS, LLC a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC a new York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**DEFENDANT MANAGED FACILITIES SOLUTIONS LLC'S RESPONSE TO PLAINTIFFS' ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>Hon. Lucy H. Koh |

PROPOUNDING PARTING:   Plaintiffs ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO

RESPONDING PARTY:   Defendant MANAGED FACILITIES SOLUTIONS, LLC

SET NUMBER:   ONE (1)

**REQUEST FOR PRODUCTION NO. 73:**

All DOCUMENTS in YOUR possession RELATING TO scheduling of the DRIVERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

Defendant incorporates herein the preliminary statement and general objections. Defendant objects to this request on the grounds that it is vague and ambiguous as to the term "scheduling." Defendant objects to this request on the grounds that it is not proportional to the needs of the case because it would require Defendant to review every single document in its possession, custody, or control to determine whether it "RELAT[ES]" to "scheduling."

Dated: October 18, 2018

Allison C. Eckstrom
Christopher J. Archibald
Michael E. Olsen
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ Christopher J. Archibald
Christopher J. Archibald
Attorneys for Defendants
CHARTWELL STAFFING SERVICES, INC. and
MANAGED FACILITIES SOLUTIONS, LLC