# EXHIBIT A

| Date | Action | Time |
|---|---|---|
| 10/5/16 | Spoke to potential client E Castillo concerning moving solutions ran it by another lawyer | 1.5 |
| 7/10/17 | Intake with Plaintiff Gary Middle Rider and wife | 2.5 |
| 7/11/17 | Draft Class Action Complaint | 4.5 |
| 7/17/17 | Filed COMPLAINT against All Defendants | 0.2 |

| | | |
|---|---|---|
| 9/6/17 | Reviewed CLERK'S SECOND NOTICE Re: Consent or Declination: Plaintiffs/ | 0.1 |
| 9/13/17 | Reviewed CONSENT/DECLINATION | 0.1 |
| 9/13/17 | Reviewed ORDER REASSIGNING CASE. | 0.1 |
| 10/10/17 | E-mail ERA attorneys concerning Moving Solutions | 0.33 |
| 10/20/17 | Drafted and filed CASE MANAGEMENT STATEMENT | 0.33 |

| | | |
|---|---|---|
| 10/31/17 | Conferred with Vickie | 0.33 |
| 11/17/17 | E-mail and discussion with Defense attorney Amy Carlson concerning Chartwell | 0.5 |
| 12/11/17 | Filed and wrote RESPONSE TO ORDER TO SHOW CAUSE with Exhibits | 2.5 |
| 12/11/17 | confer with Vickie | 0.3 |
| 12/13/17 | Appearance at OSC | 0.75 |

| | | |
|---|---|---|
| 12/14/17 | Drafted and filed AMENDED COMPLAINT | 1.5 |
| 1/2/18 | Proposed Summons | 0.33 |
| 1/30/18 | e-mail to process server Moving Solutions | 0.1 |
| 1/31/18 | Discussion with process server | 0.5 |
| 2/2/18 | Another e-mail from Amy Carlson concerning Chartwell and service of the amended complaint | 0.5 |

| | | |
|---|---|---|
| 2/20/18 | Reviewed Answer to Amended Complaint | 0.5 |
| 2/20/18 | Reviewed Certificate of Interested Entities by Chartwell Staffing Solutions Inc. | 0.1 |
| 2/28/18 | Reviewed First CROSSCLAIM against Chartwell Staffing Solutions Inc., Managed Facilities Solutions, LLC.. | 0.5 |
| 3/2/18 | Reviewed Chartwell's changes to the CMC 3/9/2018 | 0.33 |
| 3/2/18 | WITHDRAWAL of Claim re 24 Crossclaim for Implied Indemnity, Comparative Indemnity Declaratory Relief, Equitable Indemnity and Contribution | 0.1 |

| | | |
|---|---|---|
| 3/2/18 | Reviewed Corrected ORDER Directing the Parties to File a Joint Case Management Statement. | 0.1 |
| 3/2/18 | Reviewed Moving Solutions, Inc's Statement of Affirmative Defenses and ANSWER to Complaint red: 03/02/2018) | 0.5 |
| 3/5/18 | CASE MANAGEMENT STATEMENT JOINT filed by Gary Middle Rider. (Dal Bon, James) (Filed on 3/5/2018) (Entered: 03/05/2018) | 0.33 |
| 3/6/18 | Confer with JDB regarding Service and Declaration | 0.4 |
| 3/7/18 | filed First MOTION for Entry of Default filed by Gary Middle Rider. (Dal Bon, James) (Filed on 3/7/2018) (Entered: 03/07/2018) | 0.33 |

| | | |
|---|---|---|
| 3/7/18 | Initial Case Management Conference | 0.75 |
| 3/27/18 | Reviewed Answer to Amended Complaint 19 Amended Complaint by Managed Facilities Solutions, LLC | 0.33 |
| 4/5/18 | MEETING WITH Jim regarding new plaintiff | 0.4 |
| 5/1/18 | Called 22 witnesses on Middlerider's witness list over week period | 3.5 |
| 5/8/18 | Have investigator skip trace the 22 witnesses on Middlerider's witness list | 0.5 |

| | | |
|---|---|---:|
| 5/13/18 | Spoke to Albert Arellano and sent the fee agreement and intake form | 0.5 |
| 5/18/18 | E-mail to the court requesting date to file motion to amend | 0.33 |
| 6/14/18 | Follow up with Elizabeth | 0.3 |
| 7/18/18 | RECEIPT OF CORRESPONDENCE and respond to email | 0.3 |
| 7/19/18 | Set up conference call | 0.3 |

| | | |
|---|---|---|
| 7/19/18 | Conference call re: Joint CMC with all counsel | 0.6 |
| 7/23/18 | sent joint cmc to co counsel Vickie booke | |
| 7/24/18 | REVIEW AND REVISE Joint CMC w/ JDB and Gina | 0.7 |
| 7/26/18 | Certificate of Interested Entities by Managed Facilities Solutions, LLC. (Archibald, Christopher) (Filed on 7/26/2018) (Entered: 07/26/2018) | |
| 7/26/18 | RECEIPT OF CORRESPONDENCE email re: CMC | 0.2 |

| | | |
|---|---|---|
| 8/1/18 | E-mail to Defendants Please sign the CMC Statement | |
| 8/2/18 | CASE MANAGEMENT STATEMENT filed by Gary Middle Rider. (Booke, Victoria) (Filed on 8/2/2018) (Entered: 08/02/2018) | |
| 8/7/18 | MEETING WITH Vickie and Gina re: next steps and CMC | 0.3 |
| 8/8/18 | Further Case Management Conference held on 8/8/2018 | 1.1 |
| 8/8/18 | Draft and file STIPULATION to Amend the Complaint filed by Gary Middle Rider. | 0.5 |

| | | |
|---|---|---|
| 8/8/18 | Draft and File AMENDED COMPLAINT Second against All Defendants. | 0.75 |
| 8/8/18 | REVIEW CMC and notes in preparation for case hearing | 0.5 |
| 8/9/18 | Review NOTICE by Moving Solutions, Inc Notice of Withdrawal | 0.1 |
| 8/14/18 | MEETING WITH new Plaintiffs | 1.5 |
| 8/15/18 | E-mail to co-counsel on strategy on interviewing potential plaintiffs | 0.5 |

| | | |
|---|---|---|
| 8/15/18 | NOTICE of Appearance by Christopher J. Archibald (Attachments: # 1 Proposed Order, # 2 Proposed Order)(Archibald, Christopher) (Filed on 8/15/2018) (Entered: | 0.1 |
| 8/17/18 | MEETING WITH Vickie and Gina re: RFPD | 1 |
| 8/21/18 | Short e-mail concerning mediator to co-counsel | 0.1 |
| 8/22/18 | Review ANSWER to Amended Complaint (Second) | 0.5 |
| 8/23/18 | MEETING WITH Gina & Vickie re: initial disclosures | 0.5 |

| | | |
|---|---|---|
| 8/27/18 | Short e-mail concerning mediation dates | 0.1 |
| 8/28/18 | RECEIPT OF CORRESPONDENCE Archibald re: new mediation dates | 0.2 |
| 8/30/18 | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation. Discuss w/ Vickie | 0.2 |
| 8/30/18 | TELEPHONE CALL TO OPPOSING COUNSEL re: mediation | 0.2 |
| 9/10/18 | E-mail concerning the motion to replace Gary Middle Rider with widow to co counsel | 0.5 |

| | | |
|---|---|---|
| 9/12/18 | Declaration sent to Barbra Middle Rider | 0.1 |
| 9/17/18 | E-mail to Defendants regarding the proposed discovery schedule | 0.33 |
| 9/18/18 | Review of Joint MOTION to Continue Mediation Completion Deadline filed by Chartwell S | 0.33 |
| 9/19/18 | Review Order by Judge Lucy H. Koh Granting 55 Motion to Continue. | 0.1 |
| 9/20/18 | E-mail to Defendants regarding the Non. Opposition to Rule 25 Motion | 0.33 |

| | | |
|---|---|---|
| 9/20/18 | Discussion and e-mail to CPT Group regarding the cost of doing a Bel Aire Notice | 0.5 |
| 9/21/18 | Review MOTION to Withdrawal Of Counsel | 0.1 |
| 9/24/18 | Review Order by Judge Lucy H. Koh Granting 57 Motion to Withdraw as Attorney. | 0.1 |
| 9/27/18 | E-mail back from Defendants regarding signing the non opposition motion | 0.1 |
| 10/1/18 | Sent e-mail to Barbara Middle Rider | 0.1 |

| | | |
|---|---|---|
| 10/2/18 | E-mail from JAMS sign the mediation agreement | 0.1 |
| 10/3/18 | E-mail back from Barbara Middle Rider | 0.1 |
| 10/3/18 | MEETING WITH with JDB and FS re joint conference call and amendment | 0.4 |
| 10/8/18 | Drafted and sent proposed Bal Aire Notice to Defendants | 1.5 |
| 10/8/18 | Received Non Opposition from the Defendants | 0.1 |

| | | |
|---|---|---|
| 10/8/18 | E-mail to the court regarding the scheduling of Rule 25 Motion | 0.33 |
| 10/8/18 | MEETING WITH JDB re: topics for conference call | 0.4 |
| 10/8/18 | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK | 0.2 |
| 10/8/18 | Discovery Status and timeframe | 0.5 |
| 10/9/18 | Call with widow and client Albert Arellano re: discovery | 1.5 |

| | | |
|---|---|---|
| 10/10/18 | Draft and file JOINT CASE MANAGEMENT STATEMENT | 0.5 |
| 10/10/18 | Statement Statement of Death by Gary Middle Rider. | 0.5 |
| 10/10/18 | Researched drafted and filed MOTION to Substitute Party filed by Albert Arellano. | 3.5 |
| 10/10/18 | Sent proposed order to the court Rule 25 Motion | 0.33 |
| 10/11/18 | Call from Jams | 0.2 |

| | | |
|---|---|---|
| 10/12/18 | Reviewed Order by Judge Lucy H. Koh Granting 64 Motion to Substitute Party.. | |
| 10/22/18 | Begin drafting discovery responses | 2 |
| 10/22/18 | REVIEW Coronado docs; call Plaintiffs re: documents | 0.6 |
| 10/23/18 | DRAFT Request For Production of Documents responses | 2.5 |
| 10/23/18 | INSTRUCTIONS re: bates stamp docs | 0.2 |

| | | |
|---|---|---|
| 10/24/18 | E-mail to Defendants regarding proposed changed to Bel Aire Notice | 0.2 |
| 10/24/18 | MEETING WITH JDB re: Motion to Compel Bel Air Notice | 0.4 |
| 10/25/18 | Confer with JDB before conference call with opposing counsel | 0.4 |
| 10/25/18 | REVIEW document response re: meet and confer; outline problematic responses | 1.5 |
| 10/25/18 | ATTEND conference call with opposing counsel and Vickie re: discovery issues | 0.7 |

| | | |
|---|---|---|
| 10/29/18 | REVIEW confidential Stipulation and Order; | 0.2 |
| 10/30/18 | TELEPHONE CALL TO OPPOSING COUNSEL with Vickie Richard Schramm and Milan | 0.3 |
| 11/7/18 | REVIEW AND REVISE Request for Production of Documents for 3 Plaintiffs | 5 |
| 11/8/18 | Reviewed STIPULATION WITH PROPOSED ORDER for Protective Order filed by Chartwell Staffing Solutions Inc., Managed Facilities Solutions, LLC.. (Archibald, Christopher) (Filed on 11/8/2018) | 0.1 |
| 11/12/18 | MEETING WITH Vickie and Flora re Calendaring brief  analyzing legal issues | 0.7 |

| | | |
|---|---|---|
| 11/12/18 | MEETING WITH JDB re: proposed order; status of discovery; contact R. Schramm; calendar mediation brief | 1 |
| 11/29/18 | Document review for mediation consult with Vickie | 1 |
| 11/29/18 | Draft Mediation Brief | 4.25 |
| 11/30/18 | MEETING WITH clients | 0.5 |
| 12/1/18 | ATTEND Mediation | 8.5 |

| | | |
|---|---|---|
| 12/1/18 | MEETING WITH Vickie and FS to calendar and discuss next steps including joint stip | 0.6 |
| 12/1/18 | TELEPHONE CALL TO OPPOSING COUNSEL Schram re: contents of Joint Stip | 0.3 |
| 12/13/18 | Filed the second proposed amended complaint | 0.5 |
| 12/14/18 | RECEIPT OF CORRESPONDENCE emails re: PAGA and amendment | 0.3 |
| 12/17/18 | PAGA update | 0.3 |

| | | |
|---|---|---|
| 1/8/19 | Reviewed JOINT CASE MANAGEMENT STATEMENT filed by Chartwell Staffing Solutions Inc., | 0.33 |
| 1/8/19 | REVIEW  Court Order | 0.1 |
| 1/16/19 | RECEIPT OF CORRESPONDENCE proposed docs and email from Chris. | 0.3 |
| 1/16/19 | REVIEW AND REVISE Stip and Dec. | 0.3 |
| 1/16/19 | TELEPHONE CALL TO OPPOSING COUNSEL re FLSA and claim forms and issues with PAGA. | 0.3 |

| | | |
|---|---|---|
| 1/17/19 | Reviewed ORDER CONTINUING DEADLINES; VACATING REMAINING CASE SCHEDULE; | 0.2 |
| 1/17/19 | RECEIPT OF CORRESPONDENCE New Order and confer with JDB | 0.3 |
| 1/18/19 | Reviewed deadlines set by court | 0.5 |
| 1/28/19 | Review Court's order regarding court dates and deadlines with JDB and VB | 0.3 |
| 1/28/19 | Calendar recent orders | 0.3 |

| | | |
|---|---|---|
| 2/5/19 | RECEIPT OF CORRESPONDENCE email Archibald and respond | 0.3 |
| 2/11/19 | Telephone call from Robert Garza requesting update on case. | 0.1 |
| 2/13/19 | Reviewed Stipulated Settlement | 2 |
| 2/21/19 | INSTRUCTIONS re: Stip and Order, Amended Complaint | 0.4 |
| 2/21/19 | Review third amended complaint | 0.5 |

| | | |
|---|---|---|
| 2/25/19 | Reviewed STIPULATION WITH PROPOSED ORDER Joint | 0.33 |
| 2/26/19 | Reviewed Order by Judge Lucy H. Koh Granting 75 Stipulation | 0.1 |
| 3/7/19 | E-mail to CPT Group to determine the language requested by Defendants and quote from CPT | 0.33 |
| 3/2/19 | Drafted  Motion for Preliminary Approval | 5 |
| 3/7/19 | Drafted  Motion for Preliminary Approval | 10 |

| | | |
|---|---|---|
| 3/8/19 | Filed and Drafted  Motion for Preliminary Approval Further details from CPT Group break down of settlement and employer's tax | 8 |
| 3/8/19 | Review of Dec of Robert Garza and  Joint CMC Statement | 0.33 |
| 3/12/19 | Review ANSWER to Complaint (Third Amended) byChartwell Staffing Solutions Inc.. (Archibald, Christopher) (Filed on 3/12/2019) (Entered: 03/12/2019) | 0.33 |
| 3/13/19 | Review of Joint Status Conference Statement | 0.33 |
| 3/14/19 | Review Declaration of Christopher J. Archibald regarding Notice to US  Attorney General and to State Attorney Generals of Proposed Class Action Settlement filed | 0.33 |

| | | |
|---|---|---:|
| 5/16/19 | Reviewed JOINT CASE MANAGEMENT STATEMENT | 0.33 |
| 5/20/19 | Reviewed e-mail sent by Defendants to the courts | 0.33 |
| 5/22/19 | Calculated Billable Hours | 2.5 |
| 3/6/20 | Prepared Motion for Final Approval | 2 |
| 3/7/20 | Prepared Motion for Preliminary Approval | 2 |

| | | |
|---|---|---|
| 3/9/20 | Filed and wrote Motion for Attorney's Fees | 4 |
| Total hours | | 124.29 |