James Dal Bon, California Bar No. 157942
**LAW OFFICES OF JAMES DAL BON**
606 North First Street
San Jose, CA 95112
Telephone: (408) 466-5845

Victoria L. H. Booke, California Bar No. 142518
**LAW OFFICES OF BOOKE & AJLOUNY**
606 North First Street
San Jose, CA 95112
Telephone: (408) 286-7000

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALBERT ARELLANO, ROBERT GARZA, DANIEL CORONADO, JOSE DON CORONADO,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, a California Corporation; MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company; and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015 LHK<br><br>**CLASS ACTION**<br><br>Assigned to:<br>Hon. Lucy H. Koh<br><br>**THIRD SUPPLEMENTAL DECLARATION OF STEPHEN GOMEZ ON BEHALF OF CPT GROUP, INC. WITH RESPECT TO SETTLEMENT ADMINISTRATION** |

I, Stephen Gomez, declare as follows:

1.      I am a Case Manager for CPT Group, Inc. ("CPT"), the Settlement Administrator jointly agreed upon by the Parties and approved by the Court, for *Gary Middle Rider, et al. v. Moving Solutions, et al.* I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

2.      Regarding the number of weeks worked, the current count of 22,321 weeks is a result of the information provided to CPT by the Defense Counsel firms of Conti Law, Employment Rights Attorneys, and Berliner Cohen LLP. Via email on February 5, 2020, I confirmed with Defense Counsel that the information provided to me by the parties covers separate dates within the Class Period and does not overlap. As a result, Class Members' who appeared in multiple lists would have their weeks summed. After reviewing the three lists, CPT totaled that there were 1094 Class Members provided to us.

3.      CPT finalized the list and provided to all parties for review. On February 27, 2020, Counsel for Berliner Cohen LLP stated she believed that certain individuals on the Class List did not qualify as Class Members and should be removed. After confirming with Counsel for Conti Law, Defense Counsel notified us on February 28, 2020 to remove fifty-four names off the Class List as they did not qualify as Class Members. This brought the current Class List to one thousand forty (1,040) individuals and twenty-two thousand three hundred fourteen weeks (22,314). An increase in seven (7) weeks resulted from a Class Member disputing his work week total and CPT adjusting his amount. As a result, the final work week count is twenty-two thousand three hundred twenty-one (22,321). CPT cannot attest to the cause of the increase in Class Members or work weeks but can attest to the numbers provided as those are figures calculated based on the information provided by Defense Counsel.

4.      Regarding the PAGA Award to be distributed to Class Members, the $2,500 Class PAGA Award will be distributed proportionally based on the number of weeks

1

Third Supp. Decl. of Stephen Gomez on Behalf of CPT Group, Inc. with Respect to Settlement Administration          Case No. 17-CV-04015 LHK

1 worked during the PAGA Class Period. In total, there are six thousand seven hundred six (6,706) PAGA weeks. The rate per PAGA workweek is $0.3728, or *approximately* $0.37. The entire $2,500 Class PAGA Award is being distributed to eligible Class Members.

5. Regarding the erroneous figures presented in the second supplemental declaration, CPT has corrected the settlement administration fee to $16,000 and Class Counsel's cost to $6,098.55. Therefore, the correct Net Settlement Amount of $292,813.46 was determined by subtracting Class Counsel's Fees ($117,500.00), Class Counsel's Costs ($6,098.55), Class Representatives' Enhancement Awards ($20,000.00), LWDA PAGA Allocation ($7,500.00), Class PAGA Award ($2,500.00), Settlement Administrator's Costs ($16,000.00) and the estimated Employer's Taxes ($7,587.99) from the Gross Settlement Amount of $470,000.00.

6. Based on the Net Settlement Amount above, the average Class Award is $3,253.48, the maximum Class Award is $14,672.18, and the minimum Class Award is $45.01.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 1, 2020 in Irvine, California.

_____
Stephen Gomez

2