UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT GARZA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>        Defendants. | Case No. 17-CV-04015-LHK<br><br>**JUDGMENT** |

On May 1, 2020, the Court granted Plaintiffs' motion for final approval and dismissed the instant case with prejudice. ECF No. 163. Accordingly, judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 1, 2020

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No. 17-CV-04015-LHK
JUDGMENT