# EXHIBIT "B"


Class Action Administrators

**Middle Rider v. Moving Solutions - Claims Case**
**Mailing Date: 12/20/2020**
**Toll Free Number: 1(888) 910-0296**

Estimated Calculations (2 scenarios)

Scenario1

| | |
|---|---:|
| **MSF** | **$470,000.00** |
| Class Counsel Fees | $117,500.00 |
| Class Counsel Costs | $6,098.55 |
| CR: Albert Arellano | $5,000.00 |
| CR: Robert Garza | $5,000.00 |
| CR: Jose Don Coronado (aka Dan Coronado) | $5,000.00 |
| CR: Barbara Middle Rider | $5,000.00 |
| LWDA | $7,500.00 |
| CPT Fees | $16,000.00 |
| **NSA** | **$302,901.45** |

| | |
|---|---:|
| **PAGA NSA** | **$2,500.00** |
| Total PAGA Participating Class Count | 418 |
| Total PAGA Participating Class Weeks | 6,706 |
| Settlement Formula: | (IndPAGAWks/TotPAGAWks)*PAGA NSA |
| **Total PAGA Amt** | **$2,499.95** |
| Tax Info | |
| % Wages (W2) | 0.00% |
| % Interest/Penalties (1099) | 100.00% |

| | |
|---|---:|
| **Claims NSA** | **$300,401.45** |
| Total Claimants (est.) | 201 |
| Claimed Class Weeks (est.) | 12,295 |
| Settlement Formula: | (IndClaimedWks/TotClaimedWks)*Claims NSA |
| **Total Claimed Amount (est.)** | **$300,401.44** |
| Tax Info | |
| % Wages (W2) | 20% |
| % Interest/Penalties (1099) | 80% |
| Employer Taxes | Paid from MSF |

*Please note that a Qualified Settlement Fund ("QSF") will be established for the distribution of settlement funds from this case.

**California's Employment Development Department (EDD) requires SDI, UI and ETT to be calculated using Defendant's rates and reported under Defendant's EIN. Your Case Manager will inform you of the additional information CPT will require in order to be compliant with these new regulations.

| Scenario2 | |
|---|---|
| **MSF** | **$450,000.00** |
| Class Counsel Fees | $112,434.27 |
| Class Counsel Costs (remain as is since hard cost) | $6,098.55 |
| CR: Albert Arellano | $4,784.44 |
| CR: Robert Garza | $4,784.44 |
| CR: Jose Don Coronado (aka Dan Coronado) | $4,784.44 |
| CR: Barbara Middle Rider | $4,784.44 |
| LWDA | $7,176.66 |
| CPT Fees | $15,310.20 |
| **NSA** | **$289,842.58** |

|   | | |
|---|---|---|
| | **PAGA NSA** | **$2,500.00** *Please note* |
| | Total PAGA Participating Class Count | 418 |
| | Total PAGA Participating Class Weeks | 6,706 |
| *p. 24 of SA* | Settlement Formula: | PAGAWks/TotPAGAWks)*PAGA NSA |
| *slightly off due to rounding* | **Total PAGA Amt** | **$2,499.95** *slightly off du* |
| | Tax Info | |
| | % Wages (W2) | 0.00% |
| *p. 24 of SA* | % Interest/Penalties (1099) | 100.00% |

|   | | |
|---|---|---|
| | **Claims NSA** | **$287,342.58** |
| | Total Claimants (est.) | 201 |
| | Claimed Class Weeks (est.) | 12,295 |
| *p. 22 of SA* | Settlement Formula: | nedWks/TotClaimedWks)*Claims NSA |
| *slightly off due to rounding* | **Total Claimed Amount (est.)** | **$287,342.52** *slightly off du* |
| | Tax Info | |
| *p. 22 of SA* | % Wages (W2) | 20% |
| | % Interest/Penalties (1099) | 80% |
| *p. 4 of SA* | Employer Taxes | Paid from MSF |

|  | OriginalAmt | ProRataAdjPct | AmtToAdjust |
|---|---|---|---|
| Class Counsel Fees | $117,500.00 | 0.253286555 | $5,065.73 |
| Class Counsel Costs (remains as is) | $6,098.55 | 0 | $0.00 |
| CR: Albert Arellano | $5,000.00 | 0.010778151 | $215.56 |
| CR: Robert Garza | $5,000.00 | 0.010778151 | $215.56 |
| CR: Dan Coronado (dba Jose Don Coronado) | $5,000.00 | 0.010778151 | $215.56 |
| CR: Barbara Middle Rider | $5,000.00 | 0.010778151 | $215.56 |
| LWDA | $7,500.00 | 0.016167227 | $323.34 |
| CPT Fees | $16,000.00 | 0.034490084 | $689.80 |
| NSA | $302,901.45 | 0.652943529 | $13,058.87 |
|  | $470,000.00 | 1 | $20,000.00 |

**Potential Amount Not Funded**
**$20,000.00**

that proposed deducts pro-rata amount from LWDA rather than from class members.

ue to rounding

ue to rounding