UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER for GARY MIDDLE RIDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**ORDER FOR DEFENDANT MOVING SOLUTIONS AND RICK PHILPOTT TO SHOW CAUSE**<br><br>Re: Dkt. No. 165 |

On May 1, 2020, the Court granted final approval of the parties' class action settlement, dismissed this case with prejudice, and entered final judgment. ECF No. 163, 164. Yet on January 20, 2021, Plaintiffs filed the instant request for guidance and modification of class action disbursement. ECF No. 165. Plaintiffs allege that one of the three Defendants, Moving Solutions, Inc. ("Moving Solutions"), has represented that it cannot pay its $20,000 portion of the $470,000 that was due to the settlement administrator on December 28, 2020. *Id.* at 1–2.

As a possible solution, Plaintiffs suggest that the Court order Rick Philpott, the principal of Moving Solutions, to pay the $20,000 owed by Moving Solutions. *Id.* at 2–3. Under California Labor Code § 558(a), Philpott may be personally liable for unpaid wages that form the basis of this class action settlement. *See, e.g.*, *Atempa v. Pedrazzani*, 238 Cal. Rptr. 3d 465, 468 (Ct. App.

1

Case No. 17-CV-04015-LHK
ORDER FOR DEFENDANT MOVING SOLUTIONS AND RICK PHILPOTT TO SHOW CAUSE

2018) (affirming principal's liability under Cal. Labor Code § 558(a)); Settlement Agreement, ECF No. 142-3 at 5–6 (listing settled claims under Cal. Labor Code).

Accordingly, the Court ORDERS Moving Solutions and Rick Philpott to file, by February 3, 2021, a brief and declaration(s) under penalty of perjury that (1) respond to Plaintiffs' proposal that Philpott pay $20,000; and (2) show cause why Moving Solutions should not be subject to sanctions or contempt proceedings for violating the Court's orders. Moreover, the Court will set by Clerk's Notice a hearing on Plaintiffs' instant request. All parties shall attend the hearing.

**IT IS SO ORDERED.**

Dated: January 31, 2021

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-04015-LHK
ORDER FOR DEFENDANT MOVING SOLUTIONS AND RICK PHILPOTT TO SHOW CAUSE