RICHARD SCHRAMM (SBN 151696)
EMPLOYMENT RIGHTS ATTORNEYS
1500 E. Hamilton Ave., Suite 118
Campbell, California 95008
Tel:  (408) 796-7551
Fax: (408) 796-7368
Attorneys for Defendant, Moving Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

-oo0oo-

| | |
|---|---|
| BARBARA MIDDLE RIDER for GARY MIDDLE RIDER, et al., | **Case No.** 17-CV-04015-LHK |
| Plaintiff and Class Plaintiffs, | **DEFENDANT, MOVING SOLUTIONS, INC.'S, RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |
| v. | |
| MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC, | |
| Defendants. | Re: Dkt Nos. 165, 166 |
| | Hon. Lucy H. Koh |

In response to this Court's January 31, 2021 Order to Show Cause, Defendant MOVING SOLUTIONS, INC., provides the following to this Court:

On or about March 9, 2019, Plaintiffs and Defendants entered into a stipulated settlement agreement, entitled "Joint Stipulation of Class/Collective Action and PAGA Settlement," ("the Settlement Agreement") and therein agreed to settle all claims in this action. Under the Settlement Agreement, the parties agreed to settle this action for $470,000, to be paid by Defendants, collectively.

Defendants collectively agreed to deposit funds to the Settlement Administrator in two installments: the first for $235,000 to be paid within thirty days after the Court granted final approval,

1 and the second payment of $235,000 to be paid 210 days later.

2     Two Defendants, Chartwell Staffing Services, Inc., and Managed Facilities Solutions, LLC,
3 timely made their deposits to the Settlement Administrator, their deposits totaling $450,000; but
4 defendant, Moving Solutions, Inc., has not timely made its deposit totaling $20,000.

5     Over recent months, MSI's counsel, and MSI's CEO, Rick Philpott, conferred several times
6 about Moving Solutions, Inc.'s failure to contribute to the settlement fund.  Both Mr. Philpott and MSI
7 are aware that this court has the ability to issue sanctions for the failure to contribute to the class
8 settlement fund.  Also, Plaintiffs' counsel and all defense counsel have met and conferred to discuss this
9 failure to timely deposit $20,000.  In addition, defendant MSI has proffered a Stipulation to the other
10 defendants and to Plaintiff's counsel regarding the disposition and distribution of funds currently
11 residing in the class settlement fund, but not all the parties have agreed to that Stipulation.

12     Attached herewith and in compliance with this Court's Order, is the declaration of Rick Philpott
13 CEO for MSI, to provide this Court with the relevant information related to MSI's non-contribution to
14 the class settlement fund.

15 Respectfully submitted,

16
17                                                               /s/
                                        Richard Schramm, Esq.
                                        Employment Rights Attorneys
                                        Attorneys for Moving Solutions, Inc.