RICHARD SCHRAMM (SBN 151696)
EMPLOYMENT RIGHTS ATTORNEYS
1500 E. Hamilton Ave., Suite 118
Campbell, California 95008
Tel: (408) 796-7551
Fax: (408) 796-7368
Attorneys for Defendant, Moving Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

-oo0oo-

| | |
|---|---|
| BARBARA MIDDLE RIDER for GARY MIDDLE RIDER, et al.<br><br>          Plaintiff and Class Plaintiffs,<br><br>     v.<br><br>MOVING SOLUTIONS, INC., a California Corporation; CHARTWELL STAFFING SOLUTIONS, INC.; and MANAGED FACILITIES SOLUTIONS, LLC,<br><br>          Defendants. | **Case No.** 17-CV-04015-LHK<br><br>**DECLARATION OF RICK PHILPOTT IN SUPPORT OF MOVING SOLUTIONS INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**<br><br><br><br>Re: Dkt Nos. 165, 166<br><br>Hon. Lucy H. Koh |

I, Rick Philpott, am President, Co-Shareholder, and CEO of Moving Solutions, Inc., and declare as follows:

1. I have acted as one of the principal shareholders of Moving Solutions, Inc., since the mid-1990s. My wife, Janet, and Nelson Villanueva and Peter Taormino are co-shareholders. On or about December 31, 2013 Moving Solutions, Inc., decided to outsource our employees to Defendant Chartwell Staffing Solutions ("Chartwell"). After January 1, 2014, Chartwell employed all of Moving Solutions, Inc.'s non-managerial employees and assumed responsibility for their payroll and benefits. Chartwell became solely responsible for all scheduling, firing, training, and all Human Resource matters involving the former Moving Solutions, Inc. employees. Moving Solutions, Inc. retained only senior management and sales/project management personnel.

2. On May 11, 2016, Moving Solutions, Inc., entered into an Agreement for Sale of Assets with Chartwell Staffing Solutions whereupon Chartwell acquired all of Moving Solutions, Inc.'s assets. Effective May 11, 2016, I assumed a new role as Vice President for Chartwell.

3. Over the latter half of 2016, Chartwell, and Moving Solutions, Inc. executed two Amendments to the Agreement for Sale of Assets. The first amendment allowed for the transfer of all of Chartwell's newly acquired assets from Moving Solutions, Inc., to a new entity, i.e., Defendant Managed Facilities Solutions, LLC ("MFS"). The second amendment modified the agreement to extend the time to complete the transfer contemplated by the Agreement for Sale of Assets.

4. When Chartwell and Moving Solutions, Inc. executed the Agreement for Sale of Assets, Chartwell and MFS acquired all of Moving Solutions' assets, including but not limited to furniture, trucks, equipment, and all funds. Chartwell and MFS hired all of Moving Solutions, Inc.'s former employees.

5. Accordingly, since 2016 and currently, Moving Solutions has possessed no assets or income that can be used to contribute to the class settlement. Instead, Chartwell and MFS acquired all those cash and other assets, and they currently have all of Moving Solutions, Inc.'s assets and funds.

6. In Summer, 2017, Moving Solutions, Inc., caused to be filed a lawsuit in the Superior Court for the State of California, County of Orange, Case No.: 30-2017-0093552-CU-BC-CJC, (referred to herein as the "Orange County Litigation") against Chartwell and MFS, alleging numerous causes of

action stemming from Chartwell and MFS' breach of the Agreement for Sale of Assets. Moving Solutions, Inc. asserts MFS and Chartwell breached the terms of the Asset Sale Agreement.

7. Prior to transferring its employees to Chartwell, Moving Solutions, Inc. had an excellent relationship with Gary Middle Rider and all the company's former employees. Moving Solutions, Inc. is only responsible for a small window of time as it relates to the wage-hour issues underlying this case (i.e., a small number of months in 2014). Ultimately, Chartwell bears a significant majority of the responsibility for the overtime and wage-hour issues underlying this case.

8. As President and CEO of Moving Solutions, Inc., I attended the Mediation in 2019. As indicated in this declaration, I conveyed the same information about Moving Solutions, Inc. at the mediation, including that the company had no assets. As a result of the confidential sessions with the Mediator and our attorneys, I felt confident the outcome of the Orange County litigation against Chartwell would Moving Solutions, Inc. able to make its $20,000 contribution to the class settlement. We did not anticipate that the Orange County trial would be delayed for at least 15 months thereafter, due to multiple continuances requested by and granted to Chartwell and MFS. Further, I personally had emergency open-heart surgery in August, 2020, and my surgery delayed that trial to January 2020. MFS then asked for its own extension as it changed attorneys, and the trial was delayed to March, 2020. Then, the COVID 19 pandemic began and delayed that trial two more times. Currently, the trial is set for April 19, 2021, and a Mandatory Settlement Conference is scheduled to occur on April 8, 2021.

9. Because Chartwell Staffing Solutions and MFS failed to pay for Moving Solutions, Inc.'s assets, and because Chartwell deliberately refused to pay leasing companies for the use of the various assets, multiple leasing companies have obtained judgements against my wife and me as personal guarantors for over $350,000. Further, the lengthy Orange County litigation against Chartwell forced my wife and me to liquidate our personal assets, including our home, to finance all of the court costs and attorney fees on behalf of Moving Solutions, Inc. to date. My wife and I currently reside in a motor home, renting space for that vehicle.

10. Further, because of the judgments against my wife and me, all our savings and bank accounts were accessed and transferred to the creditors by court order. Currently, my wife and I have no assets and we are unable to loan Moving Solutions, Inc. any more money to contribute to this

class-action settlement fund.

11. I am currently employed in a job at S & M Moving Systems, Inc., but the income from that position provides only enough to pay for my family expenses on a month-to-month basis.

12. I am aware that the $20,000 expected of Moving Solutions, Inc. has not been contributed to the class settlement fund. I am aware from my counsel that this court has the authority to issue sanctions for Moving Solutions, Inc.'s non-payment; however, I ask the court to take note of the factors that have contributed to Moving Solutions Inc.'s inability to deposit the funds, as well as my inability to access or utilize any funds or assets to contribute to Moving Solutions, Inc. Moving Solutions fully intends to contribute the funds necessary to complete the class action settlement, but at the current time, the other two defendants, Chartwell and MFS, still hold onto the prior assets Moving Solutions, Inc. had at one time.

13. Moving Solutions, Inc.'s only available option is for the Orange County case against Chartwell Staffing Solutions to reach a resolution in April 2021. The case against Chartwell Staffing Solutions / MFS seeks multiple millions of dollars in damages and attorney fees, so there will be ample funds available to satisfy Moving Solutions, Inc.'s obligation once that case has ended.

14. Over the past 4-5 years, Chartwell Staffing Solutions and MFS have controlled all the physical equipment, assets, customers, and employees of formerly operating Moving Solutions, Inc., and those two companies have remained in business with profits over those same years. Currently, Moving Solutions, Inc. exists in name only, and has not had any sales or business activity since May 11th, 2016.

I declare under penalty of perjury of the laws of the United States of America, that the statements made in this declaration are true and correct.

Dated: 02-03-2021

_____
Rick Philpott, CEO / President for Moving Solutions, Inc.