UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER for GARY MIDDLE RIDER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOVING SOLUTIONS, INC, et al.,<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 165 |

Attorneys for Plaintiffs: Victoria L.H. Booke and James Dal Bon
Attorney for Defendant Chartwell Staffing Solutions Inc.: Alexander Lawrence Conti
Attorney for Defendant Managed Facilities Solutions, LLC: Susan E. Bishop
Attorney for Defendant Moving Solutions, Inc.: Richard Dean Schramm
Attorney for Rick Philpott, principal of Defendant Moving Solutions, Inc.: Brendan Loper

On February 5, 2021, the Court held a hearing on Plaintiffs' Request for Guidance and Modification of Class Action Disbursement Due to Breach of the Settlement Agreement. The Court discussed the instant Request on the record. This Case Management Order memorializes the Court's orders from the hearing.

The Court refers Plaintiffs, Defendant Moving Solutions, Inc., and its principals (Rick Philpott, Janet Philpott, Peter Taormino, and Nelson Villaneuva) to a settlement conference on

1

Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER

February 16, 2021 at 9:30 a.m. with United States Magistrate Judge Nathanael Cousins:

The Court sets a case management conference on March 3, 2021 at 3:00 p.m. By February 24, 2021, the parties shall file a joint case management statement that includes a joint settlement status report.

**IT IS SO ORDERED.**

Dated: February 7, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-04015-LHK
CASE MANAGEMENT ORDER