# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MIDDLE RIDER for GARY MIDDLE RIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MOVING SOLUTIONS, INC., et al <br><br> Defendant. | Case No.  17-cv-04015 LHK <br><br> **NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE** <br><br> **Re: Dkt. No.  170** |

This case was referred to this Court by District Judge Lucy H. Koh for a settlement conference. The conference will be held on **February 16, 2021, at 9:30 a.m.** in Courtroom 5, 4th Floor, 280 South First Street, San Jose, California. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 408.535.5343. Please see this Court's Settlement Conference Standing Order for more information.

IT IS SO ORDERED.

Date:  February 8, 2021

Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-04015 LHK (NC)
SETTLEMENT CONFERENCE ORDER