James Dal Bon, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. First Street
San Jose, CA 95112
Tel: (408) 977-7710
Fax: (888) 868-8043
jdb@wagedefenders.com

Victoria L.H. Booke, Bar No. 142518
BOOKE & AJLOUNY
606 N. First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111
vbooke@bookelaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>    Plaintiffs and Class Action Plaintiffs,<br><br>    vs.<br><br>MOVING SOLUTIONS INC., a California Corporation, MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California<br><br>    Defendants. | Case No. 17-CV-04015-LHK<br><br>**[PROPOSED] AMENDED ORDER GRANTING FINAL APPROVAL FOR CLASS DISBURSEMENT**<br><br>Date Action Filed: 07/17/2017 |

The written Settlement Agreement between all parties and the Court's Final Approval Order dated May 1, 2020 provided for a total funding of $470,000.00.  Defendants Chartwell Staffing, Inc. and Managed Facilities Solutions, LLC each made their full deposits of $250,000.00 and $200,000.00, respectively.  Defendant Moving Solutions did not make its required contribution of $20,000.00.  Due to Moving Solutions, Inc's, breach of the Settlement Agreement and to provide all class members and the class administrator with the full amount as represented in the original notices which disclosed disbursement of the entire $470,000.00, this Court will modify the Final Approval Order.  Pursuant to *Molina vs. Pacer Cartage, Inc.* (2016) 47 F. Supp. 3d. 1061, the Court is permitted to modify a Final Approval without a new notice and hearing if the modification is a de minimus impact to the class.

In this case the $20,000.00 shortfall will be reflected in the disbursement of Class Counsels' fees and none of the class members nor the class administrator will be impacted by Moving Solutions, Inc's failure to timely contribute their funds.

Class Counsel retains the right to collect the full amount of the fees awarded in the amount $117,500.00 but will only be paid $97,500.00 out of the funds deposited with the Class Administrator. Class Counsel retain the right to pursue collection of the $20,000.00 for their fees from Moving Solutions, Inc. and/or its principals.

All other terms and conditions of the May 1, 2020 Final Approval Order remain in full force and effect.

**IT IS SO ORDERED**

Date: _____                         _____
                                                                                                  LUCY H. KOH
                                                                                                  United States District Judge

**PROPOSED AMENDED ORDER GRANTING FINAL APPROVAL FOR CLASS DISBURSEMENT**
Case No.17-CV-04015-LHK