James Dal Bon, Bar No. 157942
LAW OFFICE OF JAMES DAL BON
606 N. First Street
San Jose, CA 95112
Tel: (408) 977-7710
Fax: (888) 868-8043
jdb@wagedefenders.com

Victoria L.H. Booke, Bar No. 142518
BOOKE & AJLOUNY
606 N. First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111
vbooke@bookelaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MIDDLE RIDER FOR GARY MIDDLE RIDER, an individual, ROBERT GARZA, an individual, ALBERT ARELLANO, an individual, JOSE DON CORONADO, an individual,<br><br>Plaintiffs and Class Action Plaintiffs,<br><br>vs.<br><br>MOVING SOLUTIONS INC., a California Corporation, MANAGED FACILITIES SOLUTIONS, LLC, a California Limited Liability Company and CHARTWELL STAFFING SOLUTIONS, INC., a New York Corporation licensed to do business in California<br><br>Defendants. | Case No. 17-CV-04015-LHK<br><br>**CLASS COUNSEL'S STATUS REPORT FOLLOWING SETTLEMENT CONFERENCE**<br><br>Date Action Filed: 07/17/2017 |

1

This status report is to advise that the settlement conference before Judge Cousins did not resolve the twenty thousand dollars due from Moving Solutions, Inc. Consequently, class counsel request the Honorable Judge Koh sign the Proposed Amended Judgment, attached as Exhibit "A" hereto for ease of reference.

The Proposed Amended Judgment authorizes the class administrator to distribute the reduced amount of $450,000.00 to all class members per the original notices. The proposed Judgment provides for the $20,000.00 shortfall to be accounted for by reducing the amount disbursed to class counsel for attorney fees from $117,500.00 to $97,500.00, allowing class counsel the right to collect the funds from Moving Solutions and/or its principals.

After the proposed Amended Judgment is signed, the class administrator will immediately proceed to disburse the funds based upon the original notices sent to the class members. Class counsel will file a motion seeking to add the principals of Moving Solutions as individuals to the Judgment pursuant to Labor Code 558(a).

Date: 2/17/21

VICTORIA BOOKE