# EXHIBIT "A"

1  James Dal Bon, Bar No. 157942
   LAW OFFICE OF JAMES DAL BON
2  606 N. First Street
   San Jose, CA 95112
3  Tel: (408) 977-7710
   Fax: (888) 868-8043
4  jdb@wagedefenders.com

5
   Victoria L.H. Booke, Bar No. 142518
6  BOOKE & AJLOUNY
   606 N. First Street
7  San Jose, CA 95112
   (408) 286-7000
8  Fax: (408) 286-7111
   vbooke@bookelaw.com
9

10 ATTORNEYS FOR PLAINTIFFS

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14 | BARBARA MIDDLE RIDER FOR GARY         | Case No. 17-CV-04015-LHK
15 | MIDDLE RIDER, an individual, ROBERT   |
   | GARZA, an individual, ALBERT          |
16 | ARELLANO, an individual, JOSE DON     | [PROPOSED] AMENDED ORDER GRANTING
   | CORONADO, an individual,              | FINAL APPROVAL FOR CLASS
17 |                                       | DISBURSEMENT
   |        Plaintiffs and Class Action    |
18 |        Plaintiffs,                    |
19 |                                       |
   |   vs.                                 | Date Action Filed: 07/17/2017
20 |                                       |
21 | MOVING SOLUTIONS INC., a California   |
   | Corporation, MANAGED FACILITIES       |
22 | SOLUTIONS, LLC, a California Limited  |
   | Liability Company and CHARTWELL       |
23 | STAFFING SOLUTIONS, INC., a New       |
   | York Corporation licensed to do business in |
24 | California                            |
25 |        Defendants.                    |
26
27
28                                   1
   PROPOSED AMENDED ORDER GRANTING FINAL APPROVAL FOR CLASS DISBURSEMENT
                        Case No.17-CV-04015-LHK

The written Settlement Agreement between all parties and the Court's Final Approval Order dated May 1, 2020 provided for a total funding of $470,000.00. Defendants Chartwell Staffing, Inc. and Managed Facilities Solutions, LLC each made their full deposits of $250,000.00 and $200,000.00, respectively. Defendant Moving Solutions did not make its required contribution of $20,000.00. Due to Moving Solutions, Inc's, breach of the Settlement Agreement and to provide all class members and the class administrator with the full amount as represented in the original notices which disclosed disbursement of the entire $470,000.00, this Court will modify the Final Approval Order. Pursuant to *Molina vs. Pacer Cartage, Inc.* (2016) 47 F. Supp. 3d. 1061, the Court is permitted to modify a Final Approval without a new notice and hearing if the modification is a de minimus impact to the class.

In this case the $20,000.00 shortfall will be reflected in the disbursement of Class Counsels' fees and none of the class members nor the class administrator will be impacted by Moving Solutions, Inc's failure to timely contribute their funds.

Class Counsel retains the right to collect the full amount of the fees awarded in the amount $117,500.00 but will only be paid $97,500.00 out of the funds deposited with the Class Administrator. Class Counsel retain the right to pursue collection of the $20,000.00 for their fees from Moving Solutions, Inc. and/or its principals.

All other terms and conditions of the May 1, 2020 Final Approval Order remain in full force and effect.

**IT IS SO ORDERED**

Date: _____

                                          LUCY H. KOH
                                          United States District Judge