1  RICHARD D. SCHRAMM (SBN 151696)
   **EMPLOYMENT RIGHTS ATTORNEYS**
2  1500 E. Hamilton Ave., Suite 118
   Campbell, California 95008
3  Tel:  (408) 796-7551
   Fax: (408) 796-7368
4  Attorneys for Defendant, Moving Solutions, Inc.

5  (Additional Counsel on Next Page)

6

7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10                        **-oo0oo-**

11 ALBERT ARELLANO, ROBERT GARZA,        ) Case No. 5:17-CV-04015 LHK
   DANIEL CORONADO dba JOSE DON          )
12 CORONADO, BARBARA MIDDLE RIDER,       ) **JOINT CASE MANAGEMENT**
                                         ) **CONFERENCE STATEMENT**
13                                        )
              Plaintiffs and Class Plaintiffs, )
14                                        )
                                         )
15 v.                                     )
                                         ) JUDGE:      Hon. Lucy H. Koh
16 MOVING SOLUTIONS, INC., a California   ) DATE:       Wednesday, March 3, 2021
   Corporation;  MANAGED FACILITIES      ) TIME:       03:00 P.M.
16 SOLUTIONS, LLC, a California Limited Liability )
   Company; and CHARTWELL STAFFING       )
17 SOLUTIONS, INC. a New York Corporation )
   licensed to do business in California, )
18                                        )
19            Defendants.                 )
                                         )
20 _____   )

21

22

23

24

25

26

27

28

1  [Concurrently filed by]

2  Victoria L. H. Booke, California Bar No. 142518
   **LAW OFFICES OF BOOKE & AJLOUNY**
3  606 North First Street
   San Jose, CA  95112
4  Telephone:      (408) 286-7000
   Attorneys for Plaintiffs and the Class
5

6  Alexander L. Conti, California Bar No. 155945
   **CONTI LAW**
7  23 Corporate Plaza Ste. 150
   Newport Beach, CA 92660
8  Telephone (949) 791-8555
   Fax (949) 791-8556Attorneys for Defendant,
9  Chartwell Staffing Services, Inc.

10 Susan Bishop, California Bar No. 187253
   **BERLINER COHEN, LLP**
11 10 Almaden Blvd., Eleventh Floor
   San Jose, California 95113
12 Telephone (408) 286-5800
   Fax: (408) 998-5388
13 Attorneys for Defendant,
   Managed Facilities Solutions, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JOINT CASE MANAGEMENT STATEMENT

Counsel for Plaintiffs and Class Plaintiffs, and respective Defendants, Moving Solutions, Inc., ("MSI"), Managed Facilities Solutions, LLC, ("MFS") and Chartwell Staffing Solutions, Inc., ("Chartwell"), hereby submit this Joint Case Management Statement.

## 1.    STATEMENT OF FACTS

On February 5, 2021, this Court ordered all Parties to attend a Mandatory Settlement Conference before the Hon. Judge Nathanael Cousins, to attempt resolution of the issues stemming from Defendant MSI's failure to contribute its $20,000 obligation under the Class Action Settlement Agreement.

On February 16, 2021, attorneys for Plaintiffs and Class Plaintiffs, Victoria Booke, Esq., and James Dal Bon, Esq. ("Plaintiffs' Class Counsel"), MSI's attorneys Richard Schramm, Esq., Defendant MSI (through its principal, Rick Philpott), Brendan Loper, Esq. (counsel for MSI in Southern California), and Chartwell's attorney, Alex Conti, Esq., attended the Settlement Conference with Judge Cousins (the parties present are referred to collectively herein as "the Parties").

Ultimately, Plaintiffs' Class Counsel resolved to amend the Judgment in this case to authorize the Class Administrator to distribute the captured funds (totaling $450,000) to their intended recipients and the class members. Plaintiffs' Class Counsel further resolved to account for the $20,000 shortfall in funds due to the Class Members by reducing the amounts due to Plaintiffs' class counsel fees from $117,500 to $97,500. As the amounts due to the Class Members and Class Representatives remains unchanged, further notice to the Class is not required. See Dkt. No. 174.

## 2.    PENDING MOTIONS

Though the Parties resolved to disburse the captured funds to the Class Members, the Parties were unable to reach an accord regarding MSI's contribution to the Class Settlement.  The Parties agreed Plaintiffs' Class Counsel retained the right to pursue collection of $20,000 in attorneys' fees from MSI. Plaintiffs' Class Counsel intends to file a separate motion, adding the principals of Moving Solutions individually, to the Judgment pursuant to Labor Code §558(a).

//

//

//

1    Though no motions are currently pending before the Court, the Parties anticipate Class Counsel

2  will file this motion to amend the Judgment to include the MSI principals.

3

4

5  Dated: February 24, 2021                          /s/
                                                  _____
6                                                 Victoria L. H. Booke, Esq.
                                                  LAW OFFICES OF BOOKE & AJLOUNY, LLP
7                                                 Attorneys for Plaintiffs and the Class

8  Dated: February 24, 2021                          /s/
                                                  _____
9                                                 Richard D. Schramm, Esq.
                                                  EMPLOYMENT RIGHTS ATTORNEYS
10                                                Attorneys for Defendant,
                                                  MOVING SOLUTIONS, INC.

11

12  Dated: February 24, 2021                          /s/
                                                  _____
13                                                Alexander L. Conti, Esq.
                                                  CONTI LAW
14                                                Attorneys for Defendant,
                                                  CHARTWELL STAFFING SERVICES, INC.

15

16  Dated: February 24, 2021                          /s/
                                                  _____
17                                                Susan E. Bishop, Esq.
                                                  BERLINER COHEN, LLP
18                                                Attorneys for Defendant,
                                                  MANAGED FACILITIES SOLUTIONS, LLC

19

20

21

22

23

24

25

26

27

28

---

Joint Case Management Statement                          Case No: 5:17-CV-04015-LHK          3